Gordon Rees Scully Mansukhani, LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THOMAS H. TOY, SR. et al., | ) CASE NO. 4:19-cv-00325-HSG |
|---|---|
| Plaintiffs, | ) |
| | ) Transferred from Alameda Superior Court; |
| vs. | ) Case No. RG18932350 |
| HONEYWELL INTERNATIONAL INC., et al., | ) |
| | ) **ORDER OF DISMISSAL WITHOUT PREJUDICE OR DEFENDANT HENNESSY INDUSTRIES, LLC** |
| Defendants. | ) |
| | ) Judge: Haywood S. Gilliam, Jr. |
| | ) State Court filed: December 14, 2018 |
| | ) Removed to NDCA: January 18, 2019 |
| | ) FAC Filed: February 11, 2019 |

| THOMAS H. TOY, SR. et al., | ) CASE NO. 4:19-cv-00326-HSG |
|---|---|
| Plaintiffs, | ) |
| | ) Transferred from Alameda Superior Court; |
| vs. | ) Case No. RG18932350 |
| HONEYWELL INTERNATIONAL INC., et al., | ) |
| | ) **ORDER OF DISMISSAL WITHOUT PREJUDICE OR DEFENDANT HENNESSY INDUSTRIES, LLC** |
| Defendants. | ) |
| | ) Judge: Haywood S. Gilliam, Jr. |
| | ) State Court filed: December 14, 2018 |
| | ) Removed to NDCA: January 18, 2019 |
| | ) FAC Filed: February 11, 2019 |

Gordon Rees Scully Mansukhani, LLP
101 W. Broadway Suite 2000
San Diego, CA 92101

| | |
|---|---|
| THOMAS H. TOY, SR. et al., <br><br> Plaintiffs, <br><br> vs. <br><br> HONEYWELL INTERNATIONAL INC., et al., <br><br> Defendants. | CASE NO. 4:19-cv-00336-HSG <br><br> Transferred from Alameda Superior Court; Case No. RG18932350 <br><br> **ORDER OF DISMISSAL WITHOUT PREJUDICE OR DEFENDANT HENNESSY INDUSTRIES, LLC** <br><br> Judge: Haywood S. Gilliam, Jr. <br><br> State Court filed: December 14, 2018 <br> Removed to NDCA: January 18, 2019 <br> FAC Filed: February 11, 2019 |

**PURSUANT TO STIPULATION, IT IS ORDERED** that Plaintiffs, THOMAS TOY, SR. and AGNES TOY's, action is dismissed without prejudice as to Defendant Hennessy Industries, LLC only, each party to bear its own costs.

**IT IS SO ORDERED**.

Dated: 3/4/2019

*Haywood S. Gilliam Jr.*
U.S. District Court
Northern District of California