UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THOMAS H. TOY, et al., Plaintiffs, v. HONEYWELL INTERNATIONAL INC., et al., Defendants. | Case No. 19-cv-00325-HSG<br><br>**ORDER GRANTING MOTION TO CONSOLIDATE**<br><br>Re: Dkt. No. 125 |
|---|---|
| THOMAS H. TOY, et al., Plaintiffs, v. HONEYWELL INTERNATIONAL INC., et al., Defendants. | Case No. 19-cv-00326-HSG<br><br>Re: Dkt. No. 121 |
| THOMAS H. TOY, et al., Plaintiffs, v. HONEYWELL INTERNATIONAL INC., et al., Defendants. | Case No. 19-cv-00336-HSG<br><br>Re: Dkt. No. 93 |

Pending before the Court is Defendant Genuine Parts Company's motion to consolidate these three cases. The time for responses and replies has passed and none have been filed.[1] Because these three cases are identical—they each originated from the same complaint in state

---

[1] The Court finds this matter appropriate for disposition without oral argument and the matter is deemed submitted. *See* Civil L.R. 7-1(b).

court, which was removed by three separate Defendants—the Court **GRANTS** the motion to consolidate.

The cases captioned *Toy v. Honeywell International Inc.*, Case No. 19-326, and *Toy v. Honeywell International Inc.*, Case No. 19-336, are hereby consolidated into the action captioned *Toy v. Honeywell International Inc.*, Case No. 19-325. The earliest-filed civil action, Case No. 19-325, shall serve as the lead case. The clerk is directed to administratively close the later-filed civil actions, Case Nos. 19-326 and 19-336. All future filings shall be done in the lead case only and shall be captioned "*In re Toy Asbestos Litigation*".

**IT IS SO ORDERED.**

Dated: 4/2/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge