JENNIFER A. CORMIER (State Bar No. 177109)
jcormier@mgmlaw.com
THOMAS J. TARKOFF (State Bar No. 160994)
ttarkoff@mgmlaw.com
**MANNING GROSS + MASSENBURG LLP**
201 Spear Street, 18th Floor
San Francisco, CA 94105
Tel:     415 512 4381
Fax:    415 512 6791

Attorneys for Defendant
**THE GOODYEAR TIRE & RUBBER COMPANY**

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS H. TOY and AGNES TOY,<br><br>Plaintiffs,<br><br>vs.<br><br>HONEYWELL INTERNATIONAL, INC., f/k/a ALLIED-PRODUCTS LIABILITY SIGNAL, INC.; sued as successor-in-interest to BENDIX CORPORATION, et al.<br><br>Defendants. | Case No.: 4:19-cv-00325-HSG<br><br>Alameda County Superior Court<br>Case No. RG18932350<br><br>**DEFENDANT THE GOODYEAR TIRE & RUBBER COMPANY'S REQUEST FOR TELEPHONIC APPEARANCE FOR MAY 14, 2019 CASE MANAGEMENT CONFERENCE; DECLARATION OF THOMAS J. TARKOFF; [PROPOSED] ORDER**<br><br>Date: May 14, 2019<br>Time: 2:00 p.m.<br>Courtroom 2<br>Judge: Hon Haywood S. Gilliam, Jr.<br><br>Complaint Filed: December 14, 2018<br>Notice of Removal Filed: January 22, 2019<br>Trial Date: Not Set |

Thomas J. Tarkoff, trial counsel for defendant The Goodyear Tire & Rubber Company ("Goodyear"), respectfully requests to appear via telephone for the Case Management Conference on May 14, 2019 at 2:00 p.m. in Courtroom 2 of this court, the Honorable Haywood S. Gilliam, Jr.

presiding. Mr. Tarkoff is the lead trial counsel for Goodyear in this action. Mr. Tarkoff is currently scheduled to be out of the state on May 14, 2019 and therefore is requesting a telephonic appearance.

Dated: May 6, 2019

**MANNING GROSS + MASSENBURG LLP**

By: /s/ *Thomas J. Tarkoff*
Thomas J. Tarkoff
Attorneys for Defendant
**THE GOODYEAR TIRE & RUBBER COMPANY**

## [PROPOSED] ORDER

The request of Thomas J. Tarkoff to make a telephonic appearance at the May 14, 2019 2:00 p.m. Case Management Conference is GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

Dated: May 7, 2019

By: *Haywood S. Gill, Jr.*
United States District Judge

# CERTIFICATE OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF ORANGE**
*Thomas T. Toy, et al. v. Honeywell International, Inc., et al.*
USDC Northern Case No.: 4:19-cv-00325-HSG

I am employed in the County of Orange, State of California. I am over the age of 18 years and not a party to the within action. My business address is **Manning Gross + Massenburg LLP, 100 Pringle Avenue, Suite 750, Walnut Creek, CA 94596.**

On May 6, 2019, I served the foregoing document described as **DEFENDANT THE GOODYEAR TIRE & RUBBER COMPANY'S REQUEST FOR TELEPHONIC APPEARANCE FOR MAY 14, 2019 CASE MANAGEMENT CONFERENCE; DECLARATION OF THOMAS J. TARKOFF; [PROPOSED] ORDER** on the interested parties in this action.

by placing the original and/or a true copy thereof enclosed in (a) sealed envelope(s), addressed as follows:

**SEE ATTACHED SERVICE LIST**

☐ **BY REGULAR MAIL:** I deposited such envelope in the mail at 400 Spectrum Center Dr., Suite 1450, Irvine, CA 92618. The envelope was mailed with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one (1) day after date of deposit for mailing in affidavit.

**BY THE ACT OF FILING OR SERVICE, THAT THE DOCUMENT WAS PRODUCED ON PAPER PURCHASED AS RECYCLED.**

☐ **BY OVERNIGHT MAIL:** I deposited such documents at the Golden State Overnight or Federal Express Drop Box located at 400 Spectrum Center Dr., Suite 1450, Irvine, CA 92618. The envelope was deposited with delivery fees thereon fully prepaid.

☒ **BY CM/ECF ELECTRONIC DELIVERY:** In accordance with the registered case participants and in accordance with the procedures set forth at the Court's website www.ecf.cacd.uscourts.gov

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made.

Executed on May 6, 2019, at Walnut Creek, California.

*/s/ Jen Nolan*
Jen Nolan

**SERVICE LIST**
*Thomas T. Toy, et al. v. Honeywell International, Inc., et al.*
USDC Northern Case No.: 3:19-cv-00325-JSC

| | |
|---|---|
| Jessica M. Dean<br>Benjamin H. Adams<br>DEAN, OMAD & BRANHAM, LLP<br>302 N. Market Street<br>Suite 300<br>Dallas, TX 75202 | jdean@dobllp.com<br>badams@dobllp.com<br><br>Attorneys for Plaintiffs<br>Thomas Toy and Agnes Toy |
| Glen R. Powell<br>Gordon & Rees LLP<br>Embarcadero Center West<br>275 Battery Street<br>Suite 2000<br>San Francisco, CA 94111 | 415-986-5900<br>415-986-8054 (fax)<br>gpowell@gordonrees.com<br><br>Attorneys for Defendants<br>Air & Liquid Systems Corporation, Buffalo Pumps, Inc., and Velan Valve Corp. |
| Nicole Elisabet Gage<br>Tucker Ellis LLP<br>One Market Street, Steuart Tower<br>Suite 700<br>San Francisco, CA 94105 | 415-617-2105<br>415-617-2409 (fax)<br>nicole.gage@tuckerellis.com<br><br>Attorneys for Defendant<br>Copes-Vulcan, Inc. |
| Velan Valve Corp.<br>Valen Valve Corp<br>Gordon Rees Scully Mansukhani<br>633 West Fifth Street, 52nd Floor<br>Los Angeles, CA 90071 | 2135765081<br>mpark@grsm.com<br><br>Defendant |