Geoffrey M. Davis (SBN 214692)
geoffrey.davis@klgates.com
K&L GATES LLP
10100 Santa Monica Blvd. Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

Peter E. Soskin (SBN 280347)
peter.soskin@klgates.com
K&L GATES LLP
Four Embarcadero Center, Suite 1200
San Francisco, CA 94111
Telephone: +1 415 882 8200
Facsimile: +1 415 882 8220

Attorneys for Defendant Crane Co.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOMAS H. TOY, SR. and AGNES TOY, <br><br> Plaintiffs, <br><br> vs. <br><br> HONEYWELL INTERNATIONAL INC., *et al*., <br><br> Defendants. | Case No.: 4:19-cv-00325-HSG <br><br> Alameda County Superior Court <br> Case No.: RG-18-932350 <br><br> **DEFENDANT CRANE CO.'S REQUEST FOR TELEPHONIC APPEARANCE FOR MAY 14, 2019 CASE MANAGEMENT CONFERENCE;** ~~PROPOSED~~ **ORDER** <br><br> Date:  May 14, 2019 <br> Time:  2:00 p.m. <br> Courtroom:  2 <br> Judge:  Hon. Haywood S. Gilliam, Jr. <br><br> Complaint Filed:  December 14, 2018 <br> Notice of Removal Filed: January 22, 2019 <br> Trial Date:  N/A |

Crane Co. requests that it be permitted to appear at the May 14, 2019 Case Management Conference through its counsel of record, Geoffrey Davis telephonically, if Mr. Davis' co-counsel, Peter Soskin is unable to attend in person. Mr. Soskin is currently in trial outside of California, and it is not yet known whether he will be able to return to northern California in time to attend the Case Management Conference on May 14, 2019. Mr. Davis resides in Los Angeles and has other commitments in Southern California the morning of May 14, 2019. Both Mr. Davis and Mr. Soskin

1

have full authority to make decisions about any issue that may come up during the Case Management Conference. Therefore, in the event that Mr. Soskin is unable to attend the Case Management Conference in person, Crane Co. requests that Mr. Davis be permitted to attend by telephone.

K&L GATES LLP

Dated: May 7, 2019      By:   */s/ Geoffrey M Davis*
Geoffrey M Davis
10100 Santa Monica Blvd. Eighth Floor
Los Angeles, CA 90067
Telephone: +1 310 552 5000
Facsimile: +1 310 552 5001

Attorneys for Crane Co.

**[PROPOSED] ORDER**

The request of Crane Co. for Geoffrey M. Davis to make a telephonic appearance at the May 14, 2019, 2:00 p.m. Case Management Conference is GRANTED. Counsel shall contact CourtCall at (866) 582-6878 to make arrangements for the telephonic appearance.

DATED: 5/8/2019

Haywood S. Gilliam, Jr.
United States District Court Judge