CHRISTINE D. CALARESO (SBN 222306)
CMBG3 Law LLC
100 Spectrum Center Drive, Suite 820
Irvine, CA 92618

Telephone: (949) 467-9500
Facsimile: (949) 377-3355

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

THOMAS H. TOY, SR. and AGNES TOY,

Plaintiff(s)

v.

HONEYWELL INTERNATIONAL, INC., et al.

Defendant(s).

CASE NUMBER:

4:19-cv-00325-HSG

**ORDER GRANTING SUBSTITUTION OF ATTORNEY**

The Court hereby orders that the request of:

__Armstrong International, Inc.__  Plaintiff  **X** Defendant  Other _____
*Name of Party*

to substitute __Christine D. Calareso__ who is

**X** Retained Counsel   Counsel appointed by the Court (Criminal cases only)   Pro Se

__100 Spectrum Center Drive, Suite 820__
*Street Address*

__Irvine, CA 92618__                __ccalareso@cmbg3.com__
*City, State, Zip*                  *E-Mail Address*

__(949) 467-9500__     __(949) 377-3355__     __222306__
*Telephone Number*     *Fax Number*           *State Bar Number*

as attorney of record instead of __Sonja E. Blomquist__
*List **all** attorneys from same firm or agency who are withdrawing*

**Is hereby:**

   [X] **GRANTED**        [ ] **DENIED**

Dated __5/16/2019__

*/s/ Haywood S. Gill Jr.*
U. S. District Judge/~~U.S. Magistrate Judge~~

---

~~(PROPOSED)~~ **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**