AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

## NORTHERN District of CALIFORNIA

THOMAS H. TOY, SR. and AGNES TOY

                Plaintiff(s),

V.

HONEYWELL INTERNATIONA, INC., et al.

                Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 4:19-cv-00325-HSG

Notice is hereby given that, subject to approval by the court, __SMOTHERS PARTS & PERFORMANCE ACCESSORIES__ substitutes
(Party (s) Name)

__Florence A. McClain, Esq.__, State Bar No. __203300__ as counsel of record in
(Name of New Attorney)

place of __Marshall E. Bluestone, Esq., Bluestone Zunino & Hamilton, LLP.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

    Firm Name:          Lewis Brisbois Bisgaard & Smith LLP

    Address:             333 Bush Street, Suite 1100, San Francisco, California 94104

    Telephone:         (415) 362-2580         Facsimile (415) 434-0882

    E-Mail (Optional):   florence.mcclain@lewisbrisbois.com

I consent to the above substitution.

Date:    June 4, 2019

                             (Signature of Party (s))
Ian Andersen, Smothers Parts & Performance Accessories

I consent to being substituted.

Date:    June 4, 2019

                             (Signature of Former Attorney (s))
Marshall E. Bluestone, Esq.

I consent to the above substitution.
Date:    June 4, 2019

                             (Signature of New Attorney)
Florence A. McClain, Esq.

The substitution of attorney is hereby approved and so ORDERED.

Date:    6/7/2019

                             Haywood S. Gill, Jr.
                             Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]

American LegalNet, Inc.
www.FormsWorkflow.com