UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE TOY ASBESTOS LITIGATION | Case No. 19-cv-00325-HSG<br>**ORDER GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT**<br>Re: Dkt. No. 238 |
|---|---|

Currently before the Court is Plaintiff's unopposed motion for leave to file a second amended complaint. *See* Dkt. No. 238. Plaintiff seeks to amend the complaint to update the parties and claims in light of the death of the original plaintiff, Thomas H. Toy, Sr., in April. *Id.* at 2; *see also* Fed. R. Civ. P. 25(a). A "court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). Considering the need for the amendments given Mr. Toy's death and the lack of opposition from any Defendant, the Court finds that leave to amend is warranted and **GRANTS** Plaintiff's motion.

**IT IS SO ORDERED.**

Dated: 7/18/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge