UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THOMAS H. TOY, SR. and AGNES TOY,<br><br>Plaintiffs,<br><br>vs.<br><br>HILL BROTHERS CHEMICAL COMPANY,<br><br>Defendant. | Case No. 4:19-cv-00325-HSG<br><br>**ORDER DISMISSING ACTION AS TO DEFENDANT HILL BROTHERS CHEMICAL COMPANY WITHOUT PREJUDICE** |

Pursuant to the Joint Stipulation to Dismiss Action as to Defendant HILL BROTHERS CHEMICAL COMPANY, filed by the parties to this action, it is hereby ordered that Plaintiffs' Complaint is dismissed as to HILL BROTHERS CHEMICAL COMPANY without prejudice. Each party to bear its own costs.

**IT IS SO ORDERED.**

Dated: September 30, 2019

By: *Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.
United States District Court Judge