UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TOY ASBESTOS LITIGATION | Case No. 19-cv-00325-HSG<br><br>**ORDER GRANTING STIPULATION TO EXTEND FACT DISCOVERY**<br><br>Re: Dkt. No. 297 |

Pending before the Court is a stipulation filed by Plaintiffs and Defendant Crane Co., seeking to extend the fact discovery deadline from December 13, 2019, to February 10, 2020, for discovery propounded by Plaintiffs and Crane Co. on each other. *See* Dkt. No. 297. The parties seek more time to complete settlement negotiations and identify the time and scope of the deposition of the Crane Co. representative. Accordingly, the Court **GRANTS** the stipulation and **SETS** February 10, 2020, as the deadline for Plaintiffs and Crane Co. to complete fact discovery directed to each other. The Court cautions that even if the parties are unable to reach agreement, all other case deadlines will remain in effect.

**IT IS SO ORDERED.**

Dated: 11/13/2019

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge