| | |
|---|---|
| | Reset Form |

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Agnes Toy, et al.

    Plaintiff(s),

v.

Honeywell International, Inc., et al.

    Defendant(s).

Case No: 4:19-cv-00325-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE ; ORDER**
(CIVIL LOCAL RULE 11-3)

I, John A. Heller, an active member in good standing of the bar of Northern District of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant, General Electric Company in the above-entitled action. My local co-counsel in this case is Derek S. Johnson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Co-counsel's California State Bar Number is: 220988

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| One S. Dearborn<br>Chicago, IL 60603 | 601 Montgomery Street, 9th Floor<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD:<br>(312) 853-7281 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD:<br>(415) 781-7072 |
| MY EMAIL ADDRESS OF RECORD:<br>jheller@sidley.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD:<br>djohnson@wfbm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6183833.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/07/2019

                                             John A. Heller
                                             APPLICANT

---

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of John A. Heller is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/20/2019

                                             Haywood S. Gill, Jr.
                                     UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. John A. Heller

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That John A. Heller was duly admitted to practice in said Court on (01/15/1985) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (11/06/2019 )

Thomas G. Bruton , Clerk,
By: Yulonda Thomas
Deputy Clerk