# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Agnes Toy, et al.

Plaintiff(s),

v.

Honeywell International, Inc.

Defendant(s).

Case No: 4:19-cv-00325-HSG

APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER
(CIVIL LOCAL RULE 11-3)

I, Tim Kapshandy, an active member in good standing of the bar of Northern District of Illinois, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Defendant General Electric Company in the above-entitled action. My local co-counsel in this case is Derek S. Johnson, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Co-counsel's California State Bar Number is: 220988

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| One S. Dearborn<br>Chicago, IL 60603 | 601 Montgomery Street, 9th Floor<br>San Francisco, CA 94111 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (312) 853-7643 | (415) 781-7072 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| tkapshandy@sidley.com | djohnson@wfbm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6180926.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/08/2019

Tim Kapshandy
APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Tim Kapshandy is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 11/20/2019

*Haywood S. Gilliam Jr.*
UNITED STATES DISTRICT ~~MAGISTRATE~~ JUDGE

PRO HAC VICE APPLICATION & ORDER                    October 2019

# CERTIFICATE OF GOOD STANDING



*United States of America*

}ss. Timothy E. Kapshandy

*Northern District of Illinois*

I, Thomas G. Bruton , Clerk of the United States District Court for the Northern District of Illinois,

DO HEREBY CERTIFY That Timothy E. Kapshandy was duly admitted to practice in said Court on (12/17/1981) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois on (11/08/2019 )

Thomas G. Bruton , Clerk,
By: Yulonda Thomas
Deputy Clerk