|   |   |
|---|---|
| 1 | **UNITED STATES DISTRICT COURT** |
| 2 | **NORTHERN DISTRICT OF CALIFORNIA** |

Agnes Toy, et al.

           Plaintiff(s),

 v.

Honeywell Intl., et al.

           Defendant(s).

Case No: 4:19cv325-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE** ; ORDER
(CIVIL LOCAL RULE 11-3)

I, /s/ David C. Humen, an active member in good standing of the bar of USDC/EDWI & State TX, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiffs Agnes Toy and Thomas Toy, Jr. in the above-entitled action. My local co-counsel in this case is Benjamin H. Adams, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Co-counsel's California State Bar Number is: 272909

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| 302 N. Market Street, Suite 300<br>Dallas, TX 75202 | 302 N. Market Street, Suite 300<br>Dallas, TX 75202 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (214) 722-5990 | (214) 722-5990 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| dhumen@dobslegal.com | badams@dobslegal.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 24087769.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 11/11/2019

                                                  /s/ David C. Humen
                                                      APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of /s/ David C. Humen is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, co-counsel designated in the application will constitute notice to the party.

Dated: 11/20/2019

                                                  UNITED STATES DISTRICT/MAGISTRATE JUDGE

*[DENIED stamp with signature of Judge Haywood S. Gilliam Jr.]*

*PRO HAC VICE* APPLICATION & ORDER
                                                                                             October 2019

Reset Form

AO136 ED
(Rev. 03/17)

# United States District Court

Eastern District of Wisconsin

# Certificate of Good Standing

I, STEPHEN C. DRIES, Clerk of the United States District Court, Eastern District of Wisconsin,

DO HEREBY CERTIFY that DAVID C. HUMEN, was duly admitted to practice in this Court on February 5, 2015 and is in good standing as a member of the Bar of this Court. I further certify that there are no disciplinary actions on file with this Court.

Dated at Milwaukee, Wisconsin on July 12, 2019.

                                       Stephen C. Dries
                                       Clerk of Court

                            By:  s/ Kristine W. Brah
                                       Deputy Clerk

# The Supreme Court of Texas

AUSTIN
---
CLERK'S OFFICE

    **I, BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**David Christopher Humen**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 1st day of November, 2013.

    I further certify that the records of this office show that, as of this date

**David Christopher Humen**

is presently enrolled with the State Bar of Texas as an active member in good standing.

    **IN TESTIMONY WHEREOF** witness my signature and the seal of the Supreme Court of Texas at the City of Austin, this, the 21th day of June, 2019.

BLAKE HAWTHORNE, Clerk

*Blake A. Hawthorne*
Clerk, Supreme Court of Texas

No. 2805C.1

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.