UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TOY ASBESTOS LITIGATION | Case No. 19-cv-00325-HSG<br><br>**ORDER GRANTING STIPULATION TO EXTEND FACT DISCOVERY**<br><br>Re: Dkt. No. 315 |

Pending before the Court is a stipulation filed by Plaintiffs and Defendant Warren Pumps, LLC, seeking to extend the fact discovery deadline from December 13, 2019, to February 10, 2020, for the deposition of Warren's corporate representative. *See* Dkt. No. 315. The parties seek more time to complete settlement negotiations and identify the time and scope of the deposition of Warren's corporate representative. *Id.* Accordingly, the Court **GRANTS** the stipulation and **SETS** February 10, 2020, as the deadline for Plaintiffs and Warren to complete fact discovery directed to each other. The Court cautions that even if the parties are unable to reach agreement, all other case deadlines will remain in effect.

**IT IS SO ORDERED.**

Dated: 12/5/2019

HAYWOOD S. GILLIAM, JR.
United States District Judge