|   | | |
|---|---|---|
| 1 | | UNITED STATES DISTRICT COURT |
| 2 | | NORTHERN DISTRICT OF CALIFORNIA |

| | | |
|---|---|---|
| THOMAS H. TOY, SR. and AGNES TOY, | ) ) ) ) ) ) ) ) ) ) ) | Case No: 4:19-cv-00325-HSG <br><br> **APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER** <br> (CIVIL LOCAL RULE 11-3) |
| Plaintiff(s), | | |
| v. | | |
| HONEYWELL INTERNATIONAL INC., et al. | | |
| Defendant(s). | | |

I, Edward Joseph White, an active member in good standing of the bar of Commonwealth of PA, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Air & Liquid Systems Corp. in the above-entitled action. My local co-counsel in this case is James Scadden, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Co-counsel's California State Bar Number is: 090127

| MY ADDRESS OF RECORD: <br> 1818 Market Street, Philadelphia, PA 19103 | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: <br> 633 West Fifth Street, 52nd Floor, Los Angeles, CA 90071 |
|---|---|
| MY TELEPHONE # OF RECORD: <br> (215) 564-4141 | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: <br> (510) 463-8600 |
| MY EMAIL ADDRESS OF RECORD: <br> exw@wlbdeflaw.com | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: <br> jscadden@grsm.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 90180.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 12/05/2019

                                            Edward Joseph White
                                            APPLICANT

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of Edward Joseph White is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 12/10/2019

                                          *Haywood S. Gilliam Jr.*
                                    UNITED STATES DISTRICT JUDGE *October 2019*



# Supreme Court of Pennsylvania

## CERTIFICATE OF GOOD STANDING

*Edward Joseph White, Esq.*

DATE OF ADMISSION

*December 10, 2002*

The above named attorney was duly admitted to the bar of the Commonwealth of Pennsylvania, and is now a qualified member in good standing.

Witness my hand and official seal
Dated: October 21, 2019

*Patricia Johnson*

Patricia A. Johnson
Chief Clerk