PETER K. RENSTROM, State Bar No. 148459
peter@wfbm.com
TODD M. THACKER, State Bar No. 199506
tthacker@wfbm.com
WFBM, LLP
601 Montgomery Street, Ninth Floor
San Francisco, California 94111-2612
Telephone:  (415) 781-7072
Facsimile:   (415) 391-6258

Attorneys for Defendant
VIKING PUMP, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AGNES TOY**, individually and successor-in-interest to the Estate of **THOMAS H. TOY, SR.**, deceased; **THOMAS H. TOY, JR.**, individually and as legal heir to THOMAS H. TOY, SR., deceased,<br><br>Plaintiffs,<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC., et al.,<br><br>Defendants. | USDC Case No. 4:19-CV-00325-HSG<br><br>(Removed from Alameda Superior Court Case No. RG18932350)<br><br>**STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF VIKING PUMP, INC.**<br><br>Action Filed:        May 14, 2018<br><br>Judge:  Hon. Haywood S. Gilliam, Jr.<br><br>[Filed Concurrently with [Proposed] Order] and Certificate of Service] |

1

Case No. 4:19-CV-00325-HSG

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF VIKING PUMP, INC.

4549461.1

TO THE COURT AND ALL INTERESTED PARTIES OF RECORD:

IT IS HEREBY STIPULATED by the affected parties, Plaintiffs and Defendant, that all claims against Defendant VIKING PUMP, INC., shall be and hereby are, dismissed without prejudice, with mutual waiver of costs, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: December 17, 2019          Dean Omar Branham Shirley, LLP

By: */s/ Benjamin H. Adams*
Jessica M. Dean (CSBN 260598)
Benjamin H. Adams (CSBN 272909)
Attorneys for Plaintiffs

Dated: December 17, 2019          WFBM, LLP

By: _____
TODD M. THACKER, (CSBN 199506)
PETER K. RENSTROM (CSBN 148459)
WFBM, LLP
Attorneys for Defendant
VIKING PUMP, INC.