PETER K. RENSTROM, State Bar No. 148459
peter@wfbm.com
TODD M. THACKER, State Bar No. 199506
tthacker@wfbm.com
WFBM, LLP
601 Montgomery Street, Ninth Floor
San Francisco, California 94111-2612
Telephone: (415) 781-7072
Facsimile: (415) 391-6258

Attorneys for Defendant
VIKING PUMP, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AGNES TOY**, individually and successor-in-interest to the Estate of **THOMAS H. TOY, SR.**, deceased; **THOMAS H. TOY, JR.**, individually and as legal heir to THOMAS H. TOY, SR., deceased<br><br>Plaintiffs,<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC., et al.,<br><br>Defendants. | USDC Case No. 4:19-CV-00325-HSG<br><br>(Removed from Alameda Superior Court Case No. RG18932350)<br><br>**CERTIFICATE OF SERVICE TO DEFENDANT VIKING PUMP, INC.'S STIPULATION FOR DISMISSAL WITHOUT PREJUDICE**<br><br>Action Filed:   May 14, 2018<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>[Filed Concurrently with Stipulation and [Proposed] Order] |

CERTIFICATE OF SERVICE

*Agnes Toy (WD: Thomas H. Toy, Sr.), et al. v. Honeywell, et al.*
USDC-N-Oakland, Northern District Case No. 4:19-CV-00325 HSG
Our client: Defendant Viking Pump, Inc.

I, Eva Luna declare, that I am a resident of the State of California, over the age of 18 years, and not a party to the within action. My electronic notification address is eluna@wfbm.com; and my business address is WFBM, LLP at 601 Montgomery Street, Ninth Floor, San Francisco, California 94111. On December 16, 2019, I served the following documents:

STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF VIKING PUMP, INC.;

[PROPOSED] ORDER GRANTING VIKING PUMP, INC.'S DISMISSAL WITHOUT PREJUDICE

CERTIFICATE OF SERVICE TO DEFENDANT VIKING PUMP, INC.'S STIPULATION FOR DISMISSAL WITHOUT PREJUDICE

on the following:

| | |
|---|---|
| Dean Omar Branham Shirley, LLP<br>302 N. Market Street, Suite 300<br>Dallas, TX 75202<br>T: 214-722-5990<br>F: 214-722-5991<br>E: jdean@dobslegal.com<br>E: badams@dobslegal.com<br>Attorneys for Plaintiffs<br>Agnes Toy, (WD: Thomas H. Toy, Sr.), et al. | All Counsel of Record<br>(via File & ServeXpress Electronic Service List) |

BY ELECTRONIC SERVICE: I electronically served the document(s) described above via CM/ECF and via File & ServeXpress, on the recipients designated on the Transaction Receipt authorizing service of documents.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made. Executed on December 16, 2019, at San Francisco, California.

By: _____
Eva Luna

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

WALSWORTH
601 MONTGOMERY STREET, NINTH FLOOR
SAN FRANCISCO, CALIFORNIA 94111-2612
TEL (415) 781-7072 • FAX (415) 391-6258

4549461.1

Case No. 4:19-CV-00325-HSG
CERTIFICATE OF SERVICE TO VIKING PUMP, INC.'S DISMISSAL WITHOUT PREJUDICE