PETER K. RENSTROM, State Bar No. 148459
peter@wfbm.com
TODD M. THACKER, State Bar No. 199506
tthacker@wfbm.com
WFBM, LLP
601 Montgomery Street, Ninth Floor
San Francisco, California 94111-2612
Telephone: (415) 781-7072
Facsimile: (415) 391-6258

Attorneys for Defendant
VIKING PUMP, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **AGNES TOY**, individually and successor-in-interest to the Estate of **THOMAS H. TOY, SR.**, deceased; **THOMAS H. TOY, JR.**, individually and as legal heir to THOMAS H. TOY, SR., deceased,<br><br>Plaintiffs,<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC., et al.,<br><br>Defendants. | USDC Case No. 4:19-CV-00325-HSG<br><br>(Removed from Alameda Superior Court Case No. RG18932350)<br><br>**ORDER GRANTING VIKING PUMP, INC.'S DISMISSAL WITHOUT PREJUDICE**<br><br>Action Filed: May 14, 2018<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>[Filed Concurrently with Stipulation and Certificate of Service] |

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that Plaintiffs AGNES TOY, individually and successor-in-interest to the Estate of THOMAS H. TOY, SR., deceased; THOMAS H. TOY, JR., individually and as legal heir to THOMAS H. TOY, SR., deceased, ("Plaintiffs") action is dismissed without prejudice as to Defendant VIKING PUMP, INC. only, each party to bear its own costs, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**.

Dated: 12/18/2019

*[signature: Haywood S. Gilliam Jr.]*
Hon. Haywood S. Gilliam, Jr.
United States District Judge
Northern District of California

Party Represented by:

*/s/ Todd M. Thacker*
TODD M. THACKER, State Bar No. 199506
tthacker@wfbm.com
WFBM, LLP
601 Montgomery Street, Ninth Floor
San Francisco, California 94111-2612
Telephone: (415) 781-7072
Facsimile: (415) 391-6258
Attorneys for Defendant
VIKING PUMP, INC.