AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

__Northern__ District of __California__

Thomas H. Toy, et al.

               Plaintiff (s),

V.

Honeywell International, et al.

               Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 19 CV-00325-HSG

Notice is hereby given that, subject to approval by the court, __Weir Valves & Controls USA, Inc. fka Atwood & Morrill Inc.__ substitutes
(Party (s) Name)

__Emily D. Bergstrom, Esq__, State Bar No. __191395__ as counsel of record in
(Name of New Attorney)

place of __Mark S. Kannett, Esq.__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

   Firm Name: BHC Law Group, LLP
   Address: 5800 Hollis Street, Suite O, Emeryville, CA 94608
   Telephone: (510) 658-3600    Facsimile: (510) 658-1151
   E-Mail (Optional): _____

I consent to the above substitution.
Date: 12/19/19

I consent to being substituted.
Date: 12/20/19

I consent to the above substitution.
Date: 12/19/19

Weir Valves & Controls, USA, Inc. fka Atwood & Morrill, Inc.
_____ (Signature of Party (s))

Mark S. Kannett, Esq.
(Signature of Former Attorney (s))

Emily D. Bergstrom, Esq.
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/3/2020           Haywood S. Gill, Jr.
                                                               Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]