AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

| Northern | District of | California |

Thomas H. Toy, et al.
     Plaintiff (s),
  v.
Honeywell International, Inc., et al.
     Defendant (s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: 19-CV-00325-HSG

Notice is hereby given that, subject to approval by the court, M. Slayen & Associates, Inc. substitutes
                 (Party (s) Name)
Emily D. Bergstrom, Esq. , State Bar No. 191395 as counsel of record in
(Name of New Attorney)

place of Mark S. Kannett, Esq.
    (Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:
 Firm Name:  BHC Law Group, LLP
 Address:   5900 Hollis Street, Suite O, Emeryville, CA 94608
 Telephone:  (510) 658-3600  Facsimile (510) 658-1151
 E-Mail (Optional): emily@bhc.law

I consent to the above substitution.
Date: 12-15-2019
              M. Slayen & Associates, Inc.
              (Signature of Party (s))

I consent to being substituted.
Date: 12-14-2019
              Mark S. Kannett, Esq.
              (Signature of Former Attorney (s))

I consent to the above substitution.
Date: 12-20-19
              Emily D. Bergstrom, Esq.
              (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: 1/3/2020
              Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]