```
 1  CHARLES S. BISHOP, SBN 099335
    (cbishop@sinunubruni.com)
 2  SINUNU BRUNI LLP
    333 Pine Street, Suite 400
 3  San Francisco, CA 94104-3311
    Telephone:    415.362.9700
 4  Facsimile:    415.362.9707
 5
    Attorneys for Defendant,
 6  Fryer-Knowles, Inc. a California corporation
 7
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

— oOo —

| *In re Toy Asbestos Litigation* | Case No.: 4:19-cv-00325-HSG |
|---|---|
| Agnes Toy, individually and successor-in-interest to the estate of Thomas H. Toy, Sr., deceased; Thomas H. Toy, Jr., individually and as legal heir to Thomas H. Toy, Sr., deceased;<br><br>Plaintiffs,<br>vs.<br><br>HONEYWELL INTERNATIONAL INC., et al.<br><br>Defendants. | *(Removed from Alameda Superior Court Case No. RG18932350)*<br><br>**ORDER GRANTING DEFENDANT FRYER-KNOWLES, INC., A CALIFORNIA CORPORATION'S DISMISSAL WITHOUT PREJUDICE**<br><br>Action Filed: December 14, 2018<br>Removed:     January 22, 2019<br><br>*[Filed Concurrently with [Proposed] Order] and Certificate of Service]* |

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that Plaintiffs AGNES TOY, individually and successor-in-interest to the Estate of THOMAS H. TOY, SR., deceased; THOMAS H. TOY, JR., individually and as legal heir to THOMAS H. TOY, SR., deceased, ("Plaintiffs") action is dismissed without prejudice as to Defendant Fryer-Knowles,

Inc. a California corporation only, each party to bear its own costs, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: 1/3/2020

_____
Hon. Haywood S. Gilliam, Jr.
United States District Judge
Northern District of California

Party Represented by:
*/s/ Charles S. Bishop*

CHARLES S. BISHOP, SBN 099335
(*cbishop@sinunubruni.com*)
SINUNU BRUNI LLP
333 Pine Street, Suite 400
San Francisco, CA 94104-3311
Telephone: 415.362.9700
Facsimile: 415.362.9707
Attorney for Defendant
Fryer-Knowles, Inc., a California corporation