**Douglas G. Wah, Esq.**         SBN   64692
**Khaled Taqi-Eddin, Esq.**      SBN   220923
**Andrew L. Sharp, Esq.**        SBN   292541
asharp@foleymansfield.com
FOLEY & MANSFIELD, P.L.L.P.
2185 N. California Blvd., Suite 575
Walnut Creek, CA  94596
Telephone:   (510) 590-9500
Facsimile:   (510) 590-9595

Attorneys for Defendant
**THE WM. POWELL COMPANY**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In Re Toy Asbestos Litigation* <br><br> Plaintiffs, <br><br> vs. <br><br> HONEYWELL INTERNATIONAL INC., et al., <br><br> Defendants. | Case No. 19-cv-00325-HSG <br><br> **ORDER GRANTING THE WM. POWELL COMPANY'S DISMISSAL WITHOUT PREJUDICE** <br><br> Judge: Honorable Haywood S. Gillam, Jr. |

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiffs AGNES TOY, individually and successor-in-interest to the Estate of THOMAS H. TOY, SR., deceased; THOMAS H. TOY, JR., individually and as legal heir to THOMAS H. TOY, SR., deceased, ("Plaintiffs") action is dismissed without prejudice as to Defendant THE WM. POWELL only, each party to bear its own costs, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

DATED:  January 3, 2020

*(signature)*
Haywood S. Gilliam, Jr.
United States District Court Judge

ORDER GRANTING THE WM. POWELL COMPANY'S DISMISSAL WITHOUT PREJUDICE