FRANK D. POND (Bar No. 126191)
DANA L. BURCH (Bar No. 224713)
dburch@pondnorth.com
MARISSA K. GITTLER (Bar No. 285525)
mgittler@pondnorth.com
POND NORTH LLP
355 South Grand Ave., 43rd Floor
P.O. Box 17941
Los Angeles, CA 90071
Telephone: (213) 617-6170
Facsimile: (213) 623-3594

Attorneys for Defendant
GENUINE PARTS COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| *In re Toy Asbestos Litigation,* | Case No: 4:19-cv-00325-HSG |
| **AGNES TOY**, individually and successor-in-interest to the Estate of THOMAS H. TOY, SR., deceased; **THOMAS H. TOY, JR.**, individually and as legal heir to THOMAS H. TOY, SR., deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>**HONEYWELL INTERNATIONAL, INC.**, et al.,<br><br>Defendants | **ORDER TO CONTINUE THE OPPOSITION AND REPLY FILING DEADLINES IN CONNECTION WITH GENUINE PART COMPANY'S MOTION TO COMPEL PLAINTIFF'S FURTHER RESPONSES**<br><br>Judge: Honorable Haywood S. Gilliam, Jr.<br>Dept.: Courtroom 2<br><br>Date: February 6, 2020<br>Time: 2:00 p.m<br><br>FAC Filed: February 11, 2019<br>SAC Filed: July 22, 2019<br>Date Removed: January 18, 2019<br>*[Removed from the Alameda County Superior Court, Case No. RG18932350]* |

Plaintiffs Agnes Toy, individually and successor-in-interest to the Estate of Thomas H. Toy, Sr., deceased; Thomas H. Toy, Jr., individually and as legal heir to Thomas H. Toy, Sr., deceased ("Plaintiffs") and defendant Genuine Parts Company ("GPC") by and through their respective counsel of record, stipulated on January 3, 2020, and January 2, 2020, respectively, to continue the opposition and reply schedule for GPC's Motion to Compel Plaintiff's Further

1

Responses currently scheduled to be heard on February 6, 2020 at 2:00 p.m. ("GPC's Motion").

PURSUANT TO STIPULATION, IT IS SO ORDERED that:

1. The deadline for Plaintiffs to file and serve their opposition to GPC's Motion will be continued from January 3, 2020, to January 13, 2020;

2. The deadline for GPC to file and serve its reply in support of GPC's Motion will be continued from January 10, 2020, to January 21, 2020; and

3. The hearing date on GPC's Motion will currently remain February 6, 2020.

**IT IS SO ORDERED.**

Dated: 1/6/2020

Hon. Haywood S. Gilliam, Jr.
United States District Judge
Northern District of California