# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TOY ASBESTOS LITIGATION, <br><br> Plaintiffs, <br><br> v. <br><br> HONEYWELL INTERNATIONAL INC., f/k/a ALLIED-PRODUCTS LIABILITY SIGNAL, INC., sued as successor-in-interest to BENDIX CORPORATION, et al., <br><br> Defendants. | Case No. 4:19-cv-00325-HSG <br><br> [PROPOSED] ORDER GRANTING DISMISSAL WITH PREJUDICE OF FLOWSERVE US INC. <br><br> Judge: Honorable Haywood S. Gillam, Jr. |

The Court, having considered the stipulation of plaintiffs Agnes Toy, individually and successor-in-interest to the Estate of Thomas H, Toy, deceased and Thomas H. Toy, Jr. and defendant Flowserve US Inc., solely as successor to Edward Valves, Inc., hereby approves the stipulation and orders that plaintiffs' claims against Flowserve US Inc., solely as successor to Edward Valves, Inc. be and hereby are DISMISSED WITH PREJUDICE pursuant to Fed. R. Civ. P 41(a)(2). Each party to bear its own costs.

**IT IS SO ORDERED.**

Dated: 1/8/2020

Haywood S. Gillam, Jr.
United States District Court Judge