Lisa L. Oberg (SBN 120139)
lisa.oberg@dentons.com
Daniel B. Hoye (SBN 139683)
daniel.hoye@dentons.com
Samuel D. Jubelirer (SBN 287649)
samuel.jubelirer@dentons.com
DENTONS US LLP
One Market Plaza
Spear Tower, 24th Floor
San Francisco, CA 94105
Telephone:    415 267 4000
Facsimile:    415 267 4198

Attorneys for Defendant
BorgWarner Morse TEC LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| *In re Toy Asbestos Litigation* | Case No. 4:19-cv-325-HSG<br>Assigned to: The Honorable Haywood S. Gilliam, Jr, Dept 2<br><br>**STIPULATION OF PARTIES AND ~~PROPOSED~~ ORDER TO CONTINUE DEFENDANT BORGWARNER MORSE TEC LLC'S MOTION FOR SANCTIONS**<br><br>Accompanying Documents<br>1. Declaration of Samuel D. Jubelirer<br><br>Judge:      Hon. Haywood S. Gilliam, Jr.<br>Dept.:      2 – 4th Floor<br>SAC Filed:  June 7, 2019<br>Trial Date: July 27, 2020 |

STIPULATION OF PARTIES AND ~~PROPOSED~~ ORDER TO CONTINUE DEFENDANT BORGWARNER MORSE TEC LLC'S MOTION FOR SANCTIONS
Case No. 4:19-cv-325-HSG

US_Active\113999661\V-1

Dentons US LLP
One Market Plaza
Spear Tower, 24th Floor
San Francisco, CA 94105
415 267 4000

Pursuant to Northern District Local Rule 6-2, Plaintiffs Agnes Toy and Thomas H. Joy, Jr. ("Plaintiffs") and Defendant BorgWarner Morse TEC LLC ("Morse TEC," and collectively, the "Parties"), by and through their undersigned counsel, hereby stipulate as follows:

1. Whereas, the Parties are currently discussing Morse TEC's motion for sanctions filed on December 26, 2019 and currently set for hearing on February 6, 2020 (the "Motion");

2. Whereas, the Parties wish to continue the opposition and reply deadlines and hearing date so that they may further discuss the Motion before involving the Court;

3. The Parties stipulate and agree that the hearing on the Motion and related deadlines should be continued as follows:

Hearing: March 5, 2020, at 2:00 PM

Opposition: Filed no later than February 20, 2020

Reply: Filed no later than February 27, 2020

**IT IS SO STIPULATED.**

Dated: January 8, 2020

DENTONS US LLP

By: /s/ Samuel D. Jubelirer
Lisa L. Oberg
Daniel B. Hoye
Samuel D. Jubelirer

Attorneys for Defendant
BorgWarner Morse TEC LLC

Dated: January 8, 2020

DEAN OMAR BRANHAM SHIRLEY LLP

By: /s/ Benjamin Adams
Benjamin Adams

Attorneys for Plaintiffs
Agnes Toy and Thomas H. Toy, Jr.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: 1/9/2020

Hon. Haywood S. Gilliam, Jr.
United States District Judge

1
STIPULATION OF PARTIES AND ~~PROPOSED~~ ORDER TO CONTINUE DEFENDANT BORGWARNER MORSE TEC LLC'S MOTION FOR SANCTIONS
Case No. 4:19-cv-325-HSG

US_Active\113999661\V-1