UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE TOY ASBESTOS LITIGATION

Case No. 19-cv-00325-HSG

**ORDER GRANTING IN PART AND DENYING IN PART STIPULATION TO MODIFY CASE SCHEDULE**

Re: Dkt. No. 329

Having reviewed the parties' stipulation to modify the case schedule, Dkt. No. 329, the Court set a telephone conference for January 8, 2020, to discuss the proposal, *see* Dkt. No. 334. On further consideration of the parties' proposal and the Court's schedule, the Court **GRANTS IN PART** and **DENIES IN PART** the stipulation, extending the expert discovery and dispositive motion deadlines, but otherwise maintaining the pretrial and trial dates. The Court accordingly **SETS** the following deadlines:

| Event | Date |
|---|---|
| Opening Expert Reports | February 17, 2020 |
| Rebuttal Expert Reports | March 9, 2020 |
| Deadline to Depose Plaintiffs' Experts | April 6, 2020 |
| Deadline to Depose Defendants' Experts | April 27, 2020 |
| Dispositive Motion and *Daubert* Motion Filing Deadline | May 6, 2020 |
| Hearing on Dispositive Motions and *Daubert* Motions | June 4, 2020, 2:00 p.m. |
| Pretrial Conference | July 14, 2020, 3:00 p.m. |
| Jury Trial (15 days) | July 27, 2020, 8:30 a.m. |

//

//

These dates may only be altered by order of the Court and only upon a showing of good cause.

**IT IS SO ORDERED.**

Dated: 1/10/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge