FRANK D. POND (Bar No. 126191)
DANA L. BURCH (Bar No. 224713)
dburch@pondnorth.com
HARRISON S. SMITH (Bar No. 318184)
hsmith@pondnorth.com
POND NORTH LLP
355 South Grand Ave., 43rd Floor
P.O. Box 17941
Los Angeles, CA 90071
Telephone: (213) 617-6170
Facsimile: (213) 623-3594

Attorneys for Defendant
WESTERN AUTO SUPPLY COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| *In re Toy Asbestos Litigation,*<br><br>    Plaintiffs,<br><br>vs.<br><br>HONEYWELL INTERNATIONAL, INC., et al.,<br><br>    Defendants. | Case No: 4:19-cv-00325-HSG<br><br>**ORDER GRANTING DEFENDANT WESTERN AUTO SUPPLY COMPANY'S DISMISSAL WITHOUT PREJUDICE**<br><br>Judge: Honorable Haywood S. Gilliam, Jr.<br>Dept.: Courtroom 2<br><br>FAC Filed: February 11, 2019<br>SAC Filed July 22, 2019<br>Date Removed: January 18, 2019<br>*[Removed from the Alameda County Superior Court, Case No. RG18932350]* |

///
///
///
///
///
///
///

1

**PURSUANT TO STIPULATION, IT IS SO ORDERED** that Plaintiffs AGNES TOY, individually and successor-in-interest to the Estate of THOMAS H. TOY, SR., deceased; THOMAS H. TOY, JR., individually and as legal heir to THOMAS H. TOY, SR., deceased, ("Plaintiffs") action is dismissed without prejudice as to Defendant Western Auto Supply Company only, each part to bear its own costs, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED**

Dated: 1/23/2020

POND NORTH LLP

By: *Haywood S. Gilliam Jr.*
Hon. Haywood S. Gilliam, Jr.
United States District Judge
Northern District of California