UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| THOMAS H. TOY, SR. and AGNES TOY, <br><br> Plaintiffs, <br><br> vs. <br><br> HONEYWELL INTERNATIONAL INC., et al., <br><br> Defendants. | N.D. CA No. 4:19:cv-00325-HSG <br><br> Assigned for All Purposes to the Honorable Haywood S. Gilliam, Jr. <br><br> ORDER GRANTING PARTY'S DISMISSAL WITHOUT PREJUDICE OF DEFENDANT DCo LLC, f/k/a DANA COMPANIES, LLC |
|---|---|

PURSUANT TO STIPULATION, **IT IS SO ORDERED**. All claims against Defendant DCo LLC, f/k/a DANA COMPANIES, LLC are hereby dismissed without prejudice, each side to bear their own costs and fees, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: 1/23/2020

By: *Haywood S. Gilliam Jr.*
Haywood S. Gilliam, Jr.
United States District Judge