MICHAEL J. PIETRYKOWSKI  (SBN:  118677)
mpietrykowski@gordonrees.com
JAMES G. SCADDEN (SBN:  090127)
jscadden@gordonrees.com
GLEN R. POWELL (SBN:  219453)
gpowell@gordonrees.com
GORDON & REES LLP
633 West Fifth Street 52nd Floor
Los Angeles, CA  90071
Telephone: (213) 576-5000
Facsimile:  (213) 680-4470

Attorneys for Defendant
VELAN VALVE CORP.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

THOMAS H. TOY, SR. and AGNES TOY,　　)　　CASE NO:  4:19-cv-00325-HSG
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　Plaintiffs,　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　vs.　　　　　　　　　　　　　　)　　**ORDER GRANTING DEFENDANT**
　　　　　　　　　　　　　　　　　　　　)　　**VELAN VALVE CORP.'S DISMISSAL**
HONEYWELL INTERNATIONAL, f/k/a　　　)　　**WITHOUT PREJUDICE**
ALLIED-PRODUCTS LIABILITY SIGNAL,　)
INC. sued as successor in interest to BENDIX )
CORPORATION, et al.,　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　　　)
　　　　　　　　　　　Defendants.　　　　)
　　　　　　　　　　　　　　　　　　　　)

　　　　　PURSUANT TO THE STIPULATION between the parties, it is hereby ordered that

AGNES TOY, individually and successor-in-interest to the Estate of THOMAS H. TOY,

SR., deceased; THOMAS H. TOY, JR., individually and as legal heir to THOMAS H.

TOY, SR., deceased ("Plaintiffs") action is dismissed without prejudice as to Defendant

VELAN VALVE CORP., each party to bear their own costs, pursuant to Rule 41 of the Federal

Rules of Civil Procedure.

　　　　　IT IS SO ORDERED:

Dated:  1/28/2020

Hon. Haywood S. Gilliam, Jr.
United States District Court Judge