CHRISTINE D. CALARESO (SBN 222306)
ccalareso@cmbg3.com
W. JOSEPH GUNTER (SBN 170810)
jgunter@cmbg3.com
GILLIAM F. STEWART (SBN 260070)
gstewart@cmbg3.com
CMBG3 LAW LLC
100 Spectrum Center Drive, Suite 820
Irvine, California 92618
Telephone: (949) 467-9500
Facsimile: (949) 377-3355

Attorneys for Defendant DEZURIK, INC.,
erroneously sued as DEZURIK, INC.,
individually and successor-in-interest to
COPES-VULCAN, INC.

# IN THE UNITED STATES DISTRICT COURT

# IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In Re Toy Asbestos Litigation*, <br><br> Plaintiffs, <br><br> v. <br><br> HONEYWELL INTERNATIONAL, INC., f/k/a ALLIED-PRODUCTS LIABILITY SIGNAL, INC., et al. <br><br> Defendants. | Case No. 4:19-cv-00325-HSG <br><br> *Judge: Honorable Haywood S. Gilliam, Jr.* <br><br> **ORDER GRANTING DEZURIK, INC., ERRONEOUSLY SUED AS DEZURIK, INC., INDIVIDUALLY AND SUCCESSOR-IN-INTEREST TO COPES-VULCAN, INC.'S DISMISSAL WITHOUT PREJUDICE** |

/ / /

/ / /

/ / /

/ / /

1

PURSUANT TO STIPULATION, IT IS SO ORDERED that Plaintiffs AGNES TOY, individually and successor-in-interest to the Estate of THOMAS H. TOY, SR., deceased, THOMAS H. TOY, JR., individually and as legal heir to THOMAS H. TOY, SR., deceased, ("Plaintiffs") action is dismissed without prejudice as to Defendant DEZURIK, INC., ERRONEOUSLY SUED AS DEZURIK, INC., INDIVIDUALLY AND SUCCESSOR-IN-INTEREST TO COPES-VULCAN, INC. only, each party to bear its own fees and costs, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Date: January 24, 2020          DEAN OMAR BRANHAM SHIRLEY, LLP


_/ s / Benjamin H. Adams_
JESSICA M. DEAN
BENJAMIN H. ADAMS
ATTORNEYS FOR PLAINTIFFS


Date: January 24, 2020          CMBG3 LAW LLC


_/s/ Christine D. Calareso_
GILLIAM F. STEWART (SBN 260070)
CHRISTINE D. CALARESO (SBN 222306)
ATTORNEYS FOR DEFENDANT
DEZURIK, INC., erroneously sued as DEZURIK, INC., individually and successor-in-interest to COPES-VULCAN, INC.

Date: January 28, 2020

Haywood S. Gilliam, Jr.
United States District Court Judge