| | |
|---|---|
| 1 | WHITNEY A. DAVIS, CA SBN 149523 |
| | **Law Offices of WHITNEY A. DAVIS, Attorney at Law** |
| 2 | 420 Throckmorton Street, Suite 200 |
| | Fort Worth, Texas 76102 |
| 3 | |
| | **K.W. DAVIS, ATTORNEYS AT LAW** |
| 4 | 641 Fulton Avenue, Suite 110 |
| | Sacramento, CA 95825 |
| 5 | (877) 251-6087 |
| | wdavis@davistrialcounsel.com |
| 6 | |
| | Attorneys for DEFENDANT VIAD CORP |
| 7 | |

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| AGNES TOY, individually and successor-in interest to the Estate of THOMAS H. TOY, SR., deceased; THOMAS H. TOY, JR., individually and as legal heir to THOMAS H. TOY, SR., deceased,, | Case No. 4:19-cv-00325-HSG |
| Plaintiffs, | **ORDER GRANTING VIAD CORP'S DISMISSAL WITHOUT PREJUDICE** |
| v. | |
| HONEYWELL INTERNATIONAL INC., f/k/a ALLIED-PRODUCTS LIABILITY SIGNAL, INC., sued as successor-in-interest to BENDIX CORPORATION; AIR & LIQUID SYSTEMS CORPORATION, individually and as successor-in-interest to BUFFALO PUMPS, INC., et. al. | |
| Defendants. | |

PURSUANT TO STIPULATION and Rule 41 of the Federal Rules of Civil Procedure, the Second-Amended Complaint of AGNES TOY, individually and as

ORDER DISMISSING DEFENDANT VIAD CORP WITHOUT PREJUDICE

1                                                                      CASE NO. 4:19-CV-00325-HSG

successor-in-interest to the Estate of THOMAS H. TOY, SR., deceased, THOMAS H. TOY, JR., individually and as legal heir to THOMAS H. TOY, SR., deceased, ("Plaintiffs") is dismissed without prejudice as to Defendant VIAD CORP. Each party shall bear its own fees and costs.

IT IS SO ORDERED Dated: February 11, 2020

By: /s/ Haywood S. Gilliam, Jr.
Haywood S. Gilliam, Jr.
United States District Court Judge