1 TUCKER ELLIS LLP
LANCE WILSON SBN 183852
2 lance.wilson@tuckerellis.com
NICOLE E. GAGE SBN 208658
3 nicole.gage@tuckerellis.com
201 Mission Street, Suite 2310
4 San Francisco, CA 94105
Telephone: 415.617.2400
5 Facsimile: 415.617.2409

6 Attorneys for Defendant
COPES VULCAN, INC.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

*In re Toy Asbestos Litigation*

| | |
|---|---|
| AGNES TOY, individually and successor-in-interest to the Estate of THOMAS H. TOY, SR., deceased; THOMAS H. TOY, JR., individually and as legal heir to THOMAS H. TOY, SR., deceased,<br><br>Plaintiffs,<br><br>v.<br><br>HONEYWELL INTERNATIONAL INC., f/k/a ALLIED-PRODUCTS LIABILITY SIGNAL, INC., sued as successor-in-interest to BENDIX CORPORATION, et al.,<br><br>Defendants. | Case No. 4:19-CV-00325-HSG<br><br>**ORDER GRANTING DEFENDANT COPES VULCAN, INC.'S DISMISSAL WITHOUT PREJUDICE** |

The Court, having considered the stipulation of plaintiffs Agnes Toy, individually and successor-in-interest to the Estate of Thomas H, Toy, deceased and Thomas H. Toy, Jr. and defendant Copes-Vulcan, Inc. hereby approves the stipulation and orders that plaintiffs' claims against Copes-Vulcan, Inc. be and hereby are DISMISSED WITHOUT PREJUDICE pursuant to Fed. R. Civ. P 41(a)(2). Each party to bear its own costs.

///

///

///

**IT IS SO ORDERED.**

Dated: 2/20/2020

*/s/ Haywood S. Gillam, Jr.*
Haywood S. Gillam, Jr.
United States District Court Judge