Jessica M. Dean, Esq. (CSB No. 260598)
Benjamin H. Adams, Esq. (CSB No. 272909)
**DEAN OMAR BRANHAM SHIRLEY, LLP**
302 N. Market Street, Suite 300
Dallas, Texas 75202
Telephone: (214) 722-5990
Facsimile: (214) 722-5991
jdean@dobslegal.com
badams@dobslegal.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| *In re Toy Asbestos Litigation* | Case No: 4:19-cv-00325-HSG |
| | **ORDER GRANTING DISMISSAL OF DEFENDANT BLACKMER PUMP COMPANY WITHOUT PREJUDICE** |
| | Judge: Honorable Haywood S. Gilliam, Jr.<br>Dept.: Courtroom 2 |
| | FAC Filed: February 11, 2019<br>SAC Filed: July 22, 2019<br>Date Removed: January 18, 2019<br>*[Removed from the Alameda County Superior Court, Case No. RG18932350]* |

///
///
///
///
///
///
///
///

PURSUANT TO STIPULATION, IT IS ORDERED that Plaintiffs Agnes Toy, individually and successor-in-interest to the Estate of Thomas H. Toy, Sr., deceased; Thomas H. Toy, Jr., individually and as legal heir to Thomas H. Toy, Sr., deceased, ("Plaintiffs") action is dismissed without prejudice as to Defendant Blackmer Pump Company, only, with mutual wavier of costs, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: February 27, 2020

_____
Haywood S. Gilliam, Jr.
United States District Court Judge