**LEWIS BRISBOIS BISGAARD & SMITH LLP**
FLORENCE A. McCLAIN, SB# 203300
  E-Mail: Florence.McClain@lewisbrisbois.com
TRINA M. CLAYTON, SB# 204215
  E-Mail: Trina.Clayton@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant
SB DECKING, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Toy Asbestos Litigation*, | Case No. 4:19-cv-00325-HSG |
| . | [*Removed from Alameda County Superior Court – Case No. RG18932350*] |
| | **ORDER GRANTING DISMISSAL OF DEFENDANT SB DECKING, INC. WITHOUT PREJUDICE** |
| | Judge: Honorable Haywood S. Gilliam, Jr.<br>Dept.: Courtroom 2 |
| | FAC Filed: February 11, 2019<br>SAC Filed   July 22, 2019<br>Date Removed: January 18, 2019 |

  PURSUANT TO STIPULATION, IT IS ORDERED that Plaintiffs' Agnes Toy, individually and successor-in-interest to the Estate of Thomas H. Toy, Sr., deceased; Thomas H. Toy, Jr., individually and as legal heir to Thomas H. Toy, Sr., deceased, ("Plaintiffs") action is dismissed without prejudice as to Defendant SB DECKING, INC, only, with mutual wavier of costs, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

DATED: March 10, 2020

                                            */s/ Haywood S. Gilliam, Jr.*
                                            Honorable Haywood S. Gilliam, Jr.

LEWIS
BRISBOIS
BISGAARD
& SMITH LLP
ATTORNEYS AT LAW

4820-0443-7431.1          2          4:19-cv-00325-HSG
[ORDER] FOR STIPULATION FOR DISMISSAL WITHOUT PREJUDICE OF DEFENDANT SB DECKING, INC.