CHRISTINE D. CALARESO (SBN 222306)
ccalareso@cmbg3.com
GILLIAM F. STEWART (SBN 260070)
gstewart@cmbg3.com
CMBG3 LAW LLC
100 Spectrum Center Drive, Suite 820
Irvine, California 92618
Telephone: (949) 467-9500
Facsimile: (857) 250-2162

Attorneys for Defendant
ARMSTRONG INTERNATIONAL, INC.

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TOY ASBESTOS LITIGATION | Case No. 4:19-CV-00325-HSG<br><br>DECLARATION OF GILLIAM F. STEWART IN SUPPORT OF DEFENDANT ARMSTRONG INTERNATIONAL INC'S JOINDER TO DEFENDANT INGERSOLL-RAND COMPANY'S NOTICE OF MOTION AND MOTION TO STRIKE PLAINTIFF EXPERT DR. BRENT STAGGS, HIS OPINIONS AND REPORTS, AND ANY RELIANCE THEREON<br><br>Hearing Date: May 21, 2020<br>Time: 2:00 p.m.<br>Dept.: 2<br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Complaint Filed: December 14, 2018<br>Trial Date: July 27, 2020 |

I, GILLIAM F. STEWART, declare:

1. I am an attorney at law duly licensed to practice in the courts of the State of California, and I am an associate at the law firm of CMBG3 LAW LLC, attorneys of record for Defendant Armstrong International, Inc. ("Armstrong"). I am one of the attorneys responsible for handling this matter, and I am thoroughly familiar with the file. If called as a witness, I could and would testify competently to the facts contained in this Declaration.

1

DECLARATION OF GILLIAM F. STEWART IN SUPPORT OF DEFENDANT ARMSTRONG INTERNATIONAL, INC.'S JOINDER TO MOTION RE PLAINTIFF EXPERT DR. BRENT STAGGS

2. Attached as **EXHIBIT A** is a true and correct copy of the February 5, 2020 stipulation regarding the extension of the due date for Dr. Roggli's report.

3. Attached as **EXHIBIT B** is a true and correct copy of Armstrong's April 2, 2020 joinder to defendant Ingersoll-Rand's letter brief to Judge Ryu.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed this 15th day of April 2020, at Moraga, California.

_____
Gilliam F. Stewart

# EXHIBIT A

| | |
|---|---|
| **From:** | Ben Adams |
| **To:** | Gilliam Stewart |
| **Cc:** | Conor Nideffer; Chelsea Weeks |
| **Subject:** | Re: Toy - Extension Request for the Pathology Report for Dr. Roggli |
| **Date:** | Wednesday, February 5, 2020 12:24:16 PM |
| **Attachments:** | image001.png |
| | image002.png |
| | image003.png |
| | image004.png |

Gilliam,

That is fine. Thank you.

Ben

### BENJAMIN H. ADAMS | Attorney
www.dobslegal.com

---

**From:** Gilliam Stewart <gstewart@cmbg3.com>
**Date:** Wednesday, February 5, 2020 at 12:21 PM
**To:** Ben Adams <badams@dobslegal.com>
**Subject:** Toy - Extension Request for the Pathology Report for Dr. Roggli

Hello Ben,

We learned this morning that Dr. Roggli, the pathology expert we have retained on behalf of our client Armstrong, is sick. He has been and will be out all of this week and will "hopefully" be back next week. Dr. Roggli is requesting a 10-day extension to provide his report, which is currently due on February 17 (Presidents' Day, incidentally). His office has indicated that a doctor's note can be provided if necessary. In light of this development, will Plaintiffs stipulate to a new due date of Thursday, February 27 for Dr. Roggli's report only?

Please feel free to contact me if you would like to discuss. Thank you for your time and consideration of this request. I really appreciate it.

Best Regards,
Gilliam

**Gilliam F. Stewart**
*Of Counsel*

CMBG₃ LAW
Carson | Misiura | Bergeron | Goldman | Gardella | Gaughan

100 Spectrum Center Dr, Suite 820
Irvine, CA 92618
Main: 949.467.9500
Direct: 415.957.2322

**Offices:**
Boston | San Francisco | Irvine (CA)

**Representing clients in:**

MA | RI | CT | NY | CA | WA | NV

www.cmbg3.com



**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by **Mimecast Ltd**, an innovator in Software as a Service (SaaS) for business. Providing a **safer** and **more useful** place for your human generated data. Specializing in; Security, archiving and compliance. To find out more Click Here.

# EXHIBIT B



Carson | Misiura | Bergeron | Goldman | Gardella | Gaughan

Gilliam F. Stewart
CMBG3 Law

April 2, 2020

**Via CM / ECF**

Magistrate Judge Donna M. Ryu
Oakland Courthouse, Courtroom 4 – Third Floor
1301 Clay Street,
Oakland, CA 94612

RE: *In re Toy Asbestos Litigation*
Case No.: 4:19-cv-00325-HSG
Defendant Armstrong Intenational, Inc.'s Joinder to Ingersoll-Rand's Letter re Plaintiffs' Expert Dr. Brent Staggs

Dear Judge Ryu:

Defendant Armstrong International, Inc. ("Armstrong") joins in the April 2, 2020 letter regarding defendant Ingersoll-Rand Company's ("IR") objections to Plaintiffs' pathology expert Dr. Brent Staggs' untimely and improper "rebuttal" report in the *Toy* matter. Armstrong joins IR in the request for the Court to exclude Dr. Staggs and his report from this matter, and preclude any other witness from relying upon his opinions.

With respect to Dr. Staggs, Armstrong and IR are in factually identical positions in all material respects. Armstrong agrees with and adopts the procedural and factual history set out in IR's letter as to how and when Dr. Staggs' January 3, 2020 report first came to the attention of defendants and Plaintiffs' subsequent efforts to recharacterize Dr. Staggs as a "rebuttal" expert. Armstrong participated in the ensuing meet and confer efforts between the parties regarding the admissibility Dr. Staggs' report.

Further, like IR, Armstrong retained pathologist Dr. Victor Roggli in this matter. As with IR, Plaintiffs stipulated with Armstrong that Dr. Roggli's report could be served on February 27, 2020. (Armstrong Exhibit A.) Accordingly, the issues and positions raised by IR — whether Dr. Staggs' report was a proper rebuttal report, whether Dr. Staggs' report attempts to "disprove or contradict" Dr. Roggli's report, and whether Dr. Staggs' report was a timely rebuttal report — all apply equally to Armstrong and Armstrong adopts those positions as if stated herein.



Armstrong respectfully requests that the Court exclude Dr. Staggs, his report and reliance by anyone thereon.

Respectfully submitted,

*/s/ Gilliam F. Stewart*
Gilliam F. Stewart
CMBG3 Law
Attorneys for Defendant
Armstrong International, Inc.

2

| 505 MONTGOMERY STREET | 265 FRANKLIN STREET | 100 SPECTRUM CENTER DRIVE |
| --- | --- | --- |
| SUITE 1045 | 6TH FLOOR | SUITE 820 |
| SAN FRANCISCO, CA 94111 | BOSTON, MA 02110 | IRVINE, CA 92618 |
| 415-957-2300 | 617-279-8200 | 949-467-9500 |

1-833-CMBG-LAW
WWW.CMBG3.COM