# EXHIBIT A



**Ben Adams &lt;badams@dobslegal.com&gt;**
02/10/2020 11:17 AM

To: Arpi Galfayan &lt;AGalfayan@prindlelaw.com&gt;
cc:
bcc:
Subject: Re: Thomas Toy - IR Expert Roggli Report Extension

History:     This message has been replied to and forwarded.

Sure.

**BENJAMIN H. ADAMS** | Attorney
www.dobslegal.com


**From:** Arpi Galfayan &lt;AGalfayan@prindlelaw.com&gt;
**Date:** Monday, February 10, 2020 at 11:16 AM
**To:** Ben Adams &lt;badams@dobslegal.com&gt;
**Subject:** Thomas Toy - IR Expert Roggli Report Extension

Ben,

We have co-retained Dr. Roggli with Armstrong in this case. It is my understanding that due to Dr. Roggli's recent bout of the flu, plaintiffs have graciously agreed to an extend the due date for Dr. Roggli's report to 2/27/2020. Will plaintiffs please extend the same courtesy to Ingersoll-Rand?

Best Regards,

Arpi Galfayan
Prindle, Goetz, Barnes & Reinholtz
310 Golden Shore, 4th Floor
Long Beach, CA 90802
Tel: (562) 436-3946
Fax: (562) 495-0564
Direct Fax: (866) 429-5674


CAUTION: PRIVILEGED AND/OR CONFIDENTIAL INFORMATION - This electronic mail message is intended solely for the use of the individual or entity to which it is addressed.  The message may contain information that is privileged, confidential and/or exempt from disclosure.  If the reader of this electronic mail message is not the intended recipient you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited pursuant to section 18 U.S.C. 2510 et. seq.  If you have received this communication in error, please notify Arpi Galfayan immediately by phone at (562) 436-3946 and return the original message to agalfayan@prindlelaw.com.  Thank you.



LAW OFFICES OF

# PRINDLE, GOETZ, BARNES & REINHOLTZ LLP

310 GOLDEN SHORE, FOURTH FLOOR
LONG BEACH, CALIFORNIA 90802
TELEPHONE: 562.436.3946
FAX: 562.495.0564
PRINDLELAW.COM

February 10, 2020

**VIA FACSIMILE (214) 722-5991 AND FILE&SERVEXPRESS**

Benjamin H. Adams
Dean Omar Branham Shrley, LLP
302 N. Market Street, Suite 300
Dallas, TX 75202

Re:   *In re Toy Asbestos Litigation*
      Our Client:   Ingersoll-Rand Company
      Case No.:     USDC No. 4:19-cv-00325

Dear Mr. Adams:

Allow this letter to memorialize the agreement reached by plaintiffs and defendant, Ingersoll-Rand Company, earlier today regarding expert discovery. Plaintiffs and Ingersoll-Rand Company stipulated that Dr. Victor Roggli's, Ingersoll-Rand Company's expert, FRCP Rule 26 expert report may be served on or before February 27, 2020.

If this does not comport with your understanding, please do not hesitate to contact me.

Respectfully,

PRINDLE, GOETZ
BARNES & REINHOLTZ LLP

BY: ARPI GALFAYAN

SAN FRANCISCO  •  HONOLULU
415.788.8354        808.735.5933

```
* * *  COMMUNICATION RESULT REPORT ( FEB. 10. 2020 11:33AM )  * * *

                                                              FAX HEADER 1:
                                                              FAX HEADER 2:

TRANSMITTED/STORED : FEB. 10. 2020 11:32AM
FILE MODE            OPTION           ADDRESS              RESULT      PAGE
-------------------------------------------------------------------------
9066 MEMORY TX                        G3 :912147225991     OK          1/1

-------------------------------------------------------------------------
REASON FOR ERROR
  E-1) HANG UP OR LINE FAIL            E-2) BUSY
  E-3) NO ANSWER                       E-4) NO FACSIMILE CONNECTION
  E-5) MAIL SIZE OVER
```

LAW OFFICES OF

## PRINDLE, GOETZ, BARNES & REINHOLTZ LLP

310 GOLDEN SHORE, FOURTH FLOOR
LONG BEACH, CALIFORNIA 90802
TELEPHONE: 562.436.3946
FAX: 562.495.0564
PRINDLELAW.COM

February 10, 2020

**VIA FACSIMILE (214) 722-5991 AND FILE&SERVEXPRESS**

Benjamin H. Adams
Dean Omar Branham Shirley, LLP
302 N. Market Street, Suite 300
Dallas, TX 75202

Re:   *In re Toy Asbestos Litigation*
      Our Client:   Ingersoll-Rand Company
      Case No.:     USDC No. 4:19-cv-00325

Dear Mr. Adams:

Allow this letter to memorialize the agreement reached by plaintiffs and defendant, Ingersoll-Rand Company, earlier today regarding expert discovery. Plaintiffs and Ingersoll-Rand Company stipulated that Dr. Victor Roggli's, Ingersoll-Rand Company's expert, FRCP Rule 26 expert report may be served on or before February 27, 2020.

If this does not comport with your understanding, please do not hesitate to contact me.

Respectfully,

PRINDLE, GOETZ
BARNES & REINHOLTZ LLP

BY: ARPI GALFAYAN

SAN FRANCISCO  •  HONOLULU
415.788.8354      808.735.5933