# EXHIBIT D

LAW OFFICES OF

# PRINDLE, GOETZ, BARNES & REINHOLTZ LLP

310 GOLDEN SHORE, FOURTH FLOOR
LONG BEACH, CALIFORNIA 90802
TELEPHONE: 562.436.3946
FAX: 562.495.0564
PRINDLELAW.COM

CARLA LYNN CROCHET
PARTNER
CCROCHET@PRINDLELAW.COM



March 25, 2020

**VIA FILE & SERVEXPRESS**

Benjamin H. Adams
DEAN OMAR BRANHAM SHIRLEY, LLP
302 N. Market Street, Suite 300
Dallas, TX 75202

Re: ***In Re Toy Asbestos Litigation***
    Our Client   : Ingersoll-Rand Company
    Case No.    : 4:19-cv-325-HSG

Dear Mr. Adams:

    Pursuant to the all party meet and confer on Friday, March 20, 2020, this confirms Ingersoll-Rand's acceptance of plaintiffs' withdrawal of Dr. Brent Staggs' report and any reliance thereon including, but not limited to Dr. Brodkin. We will send the call information for Thursday's further meet and confer regarding the deposition offer for Dr. Staggs.

    Thank you for your courtesy and cooperation.

                        Very truly yours,

                        PRINDLE, GOETZ, BARNES & REINHOLTZ LLP

                        BY: CARLA LYNN CROCHET

CLC:JC