# EXHIBIT F



## LAW OFFICES OF
## PRINDLE, GOETZ, BARNES & REINHOLTZ LLP

310 Golden Shore, Fourth Floor
Long Beach, California 90802
Telephone: 562.436.3946
Fax: 562.495.0564
prindlelaw.com

Carla Lynn Crochet
Partner
ccrochet@prindlelaw.com

March 25, 2020

**VIA FILE & SERVEXPRESS**

To All Counsel of Record

Re:   ***In Re Toy Asbestos Litigation***
      Our Client  :  Ingersoll-Rand Company
      Case No.   :  4:19-cv-325-HSG

Dear Counsel:

The follow up to Friday's all party meet and confer regarding Dr. Staggs, will be on Thursday, March 26, 2020, at 2:00 PM PT. The call-in information is as follows:

Call-In: (888) 619-1583
Password: 438587

Thank you for your courtesy and cooperation.

Very truly yours,

PRINDLE, GOETZ, BARNES & REINHOLTZ LLP

BY: CARLA LYNN CROCHET

CLC:JC