John R. Brydon (Bar No. 83365)
Edward P. Tugade (Bar No. 226797)
**DEMLER, ARMSTRONG & ROWLAND, LLP**
101 Montgomery Street, Suite 1800
San Francisco, California 94104
Telephone:   (415) 949-1900
Facsimile:   (415) 354-8380
Email:          bry@darlaw.com
                    tug@darlaw.com

Attorneys for Defendant
PNEUMO ABEX LLC,
successor in interest to Abex Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| IN RE TOY ASBESTOS LITIGATION | Case No. 4:19-cv-00325-HSG |
|---|---|
|  | *Related Cases: 4:19-cv-00325-HSG and 4:19-cv-00336-HSG* |
| AGNES TOY, individually and successor-in-interest to the Estate of THOMAS H. TOY, SR., deceased; THOMAS H. TOY, JR., individually and as legal heir to THOMAS H. TOY, SR., deceased,<br><br>             Plaintiffs,<br><br>vs.<br><br>PNEUMO ABEX INTERNATIONAL INC., et al.<br><br>             Defendants. | **[PROPOSED]** ORDER GRANTING DISMISSAL OF DEFENDANT PNEUMO ABEX LLC WITHOUT PREJUDICE<br><br>Judge: Honorable Haywood S. Gilliam, Jr.<br>Dept.: Courtroom 2<br><br>FAC Filed:       February 11, 2019<br>SAC Filed:       July 22, 2019<br>Date Removed: January 18, 2019 |

PURSUANT TO STIPULATION, IT IS ORDERED that the above-entitled action by Plaintiff AGNES TOY, individually and successor-in-interest to the Estate of THOMAS H. TOY, SR., deceased; THOMAS H. TOY, JR., individually and as legal heir to THOMAS H. TOY, SR., deceased, is dismissed without prejudice as to Defendant PNEUMO ABEX LLC,

///

///

1

only, with a mutual wavier of costs, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

DATED:         4/20/2020

                                              *Haywood S. Gilliam Jr.*
                                              Hon. Haywood S. Gilliam, Jr.