Keith M. Ameele, Esq.          (SBN 221927)
kameele@foleymansfield.com
Nicole B. Yuen, Esq.           (SBN 184120)
nyuen@foleymansfield.com
Emily M. Cunningham, Esq.  (SBN 303905)
ecunningham@foleymansfield.com
**FOLEY & MANSFIELD, P.L.L.P.**
2185 N. California Blvd., Suite 575
Walnut Creek, CA  94596
Telephone:   (510) 590-9500
Facsimile:    (510) 590-9595

Attorneys for Defendant
**ALFA LAVAL INC**.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| In re  Toy Asbestos Litigation | Case No.  4:19-cv-00325-HSG |
|---|---|
| | **[PROPOSED] ORDER GRANTING DEFENDANT ALFA LAVAL INC.'S DISMISSAL WITHOUT PREJUDICE** |
| | **Trial Date:**  July 27, 2020<br>**Time:**  8:30 a.m.<br>**Court Room:** 2, 4th Floor<br>**Judge:**  Hon. Haywood S. Gilliam Jr. |
| | Trial Date:                                 07/27/20<br>2nd Amended Action Filed:        07/22/19<br>1st Amended PI Action Filed:   02/12/19<br>PI Action Filed:                           12/14/18 |
| | Date Removed:  January 18, 2019<br>*[Removed from the Alameda County Superior Court, Case No. RG18932350]* |

PURSUANT TO STIPULATION, IT IS ORDERED THAT that the above-entitled action by Plaintiff AGNES TOY, individually and successor-in-interest to the Estate of THOMAS H. TOY, SR., deceased; THOMAS H. TOY, JR., individually and as legal heir to THOMAS H. TOY, SR., deceased, is dismissed without prejudice as to Defendant ALFA LAVAL INC. only, with a mutual waiver of costs, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure.

Dated:  ____4/27/2020_____          _____/s/ Haywood S. Gilliam Jr./_____
                                                              Honorable Haywood S. Gilliam, Jr.

1