| | |
|---|---|
| 1 | Jessica M. Dean, Esq.    (CSBN 260598) |
| | Benjamin H. Adams, Esq.  (CSBN 272909) |
| 2 | **DEAN OMAR BRANHAM SHIRLEY, LLP** |
| 3 | 302 N. Market Street, Suite 300 |
| | Dallas, Texas 75202 |
| 4 | Telephone: (214) 722-5990 |
| | Facsimile:  (214) 722-5991 |
| 5 | jdean@dobslegal.com |
| | badams@dobslegal.com |
| 6 | Attorneys for Plaintiffs |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Toy Asbestos Litigation* | Case No. 4:19-cv-00325-HSG |
| | **DECLARATION OF BENJAMIN ADAMS IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT INGERSOLL-RAND COMPANY'S MOTION TO STRIKE PLAINTIFF'S EXPERT DR. BRENT STAGGS, HIS OPINIONS AND REPORTS, AND ANY RELIANCE THEREON** |
| | [Filed concurrently with Plaintiffs' Response to Defendant Ingersoll-Rand Company's Motion to Strike Plaintiff's Expert Dr. Brent Staggs, His Opinions and Reports, and Any Reliance Thereon; [Proposed] Order] |
| | Date:  May 21, 2020 |
| | Time:  2:00 p.m. |
| | Dept.:  Courtroom 2 |
| | Judge: Hon. Haywood S. Gilliam, Jr. |
| | Trial Date: July 27, 2020 |
| | Date Removed:  January 18, 2019 |

I, Benjamin H. Adams, declare:

1. I am an attorney at law admitted to practice before all the Courts of the State of California and I am counsel of record for Plaintiffs. I make this declaration in support of Plaintiffs' Response in Opposition to Defendant Ingersoll-Rand Company's Motion to Strike Plaintiffs' Expert Dr. Brent Staggs, His Opinions and Reports, and Any Reliance Thereon. If called upon to do so, I could and would competently testify to the following from personal knowledge.

2. Attached as **Exhibit 1** is a true and correct copy of the expert report of Report of Dr. Victor Roggli, dated February 25, 2020, disclosed to Plaintiffs on February 27, 2020.

3. Attached as **Exhibit 2** is a true and correct copy of the surgical pathology report dated October 3, 2018.

4. Attached as **Exhibit 3** is a true and correct copy of Mr. Toy's death certificate.

5. Plaintiffs attempted to resolve this matter by offering to withdraw Dr. Staggs as to all defendants who had not retained nor obtained a stipulation for Dr. Roggli's untimely report if defendants would agree to the same for Dr. Roggli.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on this 30th day of April 2020 at Los Angeles, California.

_____
Benjamin H. Adams, Declarant

2
DECLARATION OF BENJAMIN H. ADAMS

# CERTIFICATE OF SERVICE BY ELECTRONIC FILING

*In Re Toy Asbestos Litigation*
U.S. District Court, Northern District of California
Case No. 4:19-cv-00325-HSG

I declare that I am over the age of eighteen (18) and not a party to this action. I am an employee of Dean Omar Branham Shirley, LLP, Counsel for Plaintiffs. My business address is 302 N. Market Street, Suite 300, Dallas, Texas 75202.

On April 30, 2020, I served the following entitled document:

**DECLARATION OF BENJAMIN ADAMS IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANT INGERSOLL-RAND COMPANY'S MOTION TO STRIKE PLAINTIFF'S EXPERT DR. BRENT STAGGS, HIS OPINIONS AND REPORTS, AND ANY RELIANCE THEREON**

by electronic service via the Electronic Court Filing System (ECF) on all parties opting for e-service and is available for viewing and downloading form the Court's CM/ECF system.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on April 30, 2020.

*/s/ Chelsea Weeks*
Chelsea Weeks