# EXHIBIT 1

E-SERVICE

64768169
Feb 27 2020
11:40AM

File & ServeXpress

**PRINDLE, GOETZ, BARNES & REINHOLTZ LLP**
Carla Lynn Crochet, Esq. (Bar No. 181735)
Arpi Galfayan, Esq. (Bar No. 228146)
310 Golden Shore, Fourth Floor
Long Beach, California 90802
Telephone: (562) 436-3946
Facsimile: (562) 495-0564
ccrochet@prindlelaw.com
agalfayan@prindlelaw.com

Attorneys for Defendant,
**INGERSOLL-RAND COMPANY**

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *IN RE TOY ASBESTOS LITIGATION* | CASE NO. 4:19-cv-00325-HSG (Lead Case) |
| | Related: 4:19-cv-00326-HSG and 4:19-cv-00336-HSG |
| | **DEFENDANT, INGERSOLL-RAND COMPANY'S EXPERT DESIGNATION REPORT FOR VICTOR LOUIS ROGGLI, M.D.** |

<u>**DEFENDANT, INGERSOLL-RAND COMPANY'S EXPERT DESIGNATION**</u>

<u>**REPORT FOR VICTOR LOUIS ROGGLI, M.D.**</u>

DATED: February 27, 2020

PRINDLE, GOETZ,
BARNES & REINHOLTZ LLP

By: _____
CARLA LYN CROCHET
Attorneys for Defendant,
INGERSOLL-RAND COMPANY

**Duke University Health System**
Pathology & Laboratory Services

February 25, 2020

Kyla L. Capistron
Carson, Misura, Bergeron, Goldman, Gardella and Gaughan
100 Spectrum Center Dr., Suite 820
Irvine, CA 92618

Dear Ms. Capistron:

I have completed studies on the materials I received regarding Mr. Thomas H. Toy (Butler Memorial Hospital Cytology Nos. CN-18-1509 and 1524; Surgical No. SU-18-16234; Duke Hospital Accession No. ML-20-42), and the findings and conclusions are summarized below.

The first specimen, labeled CN-18-1509, consisted of a single glass slide and paraffin block prepared from a left pleural fluid cytology cell block. This shows clusters of atypical epithelial cells suspicious for malignancy. The second specimen, labeled CN-18-1524, consisted of a single glass slide and paraffin block prepared from a cytology cell block. This shows an epithelial malignancy.

The third specimen, labeled SU-18-16234, consisted of three glass slides and paraffin blocks prepared from pleural biopsies. These show an epithelial malignancy involving the parietal pleura consisting of irregular nests in a desmoplastic stroma. Individual tumor cells are polygonal with pleomorphic nuclei, occasional nucleoli and moderate amphophilic cytoplasm. There is invasion of skeletal muscle and an associated fibrinous exudate.

Additional sections were prepared from one of the paraffin blocks of tumor from the third specimen for further immunohistochemical studies using the avidin biotinylated complex technique on enzyme digested sections. The tumor cell stain strongly positive (3+) for cytokeratins using monoclonal antibodies AE1/AE3, Cam5.2 and MNF.116. The tumor cells stain strongly positive for claudin-4 in a membrane distribution. The tumor cells stain moderately positive for calretinin with nuclear greater than cytoplasmic staining. The tumor cells stain focally and moderately positive for cytokeratins 5/6. The tumor cells stain focally and moderately positive for p40 in a nuclear distribution. The tumor cells stain negative for WT-1, D2-40 and TTF-1. Positive controls stain appropriately.

**Duke University Health System**
Pathology & Laboratory Services

The gross distribution of tumor in this case as determined by chest roentgenograms, computed tomography of the thorax, and direct observations of the surgeon at time of thoracoscopy, is consistent with a malignant (diffuse) pleural mesothelioma. However, the results of histological and immunohistochemical staining indicate that this tumor is in fact a poorly differentiated carcinoma, probably squamous cell. (1,2) No lung parenchyma was sampled in this case, so I am unable to comment upon the presence or absence of asbestos bodies or asbestosis. (3,4) Therefore, from the perspective of a pathologic study, I am unable to relate Mr. Toy's squamous cell carcinoma of the left lung to any prior history of asbestos exposure. (2,5) It should be noted that the finding of pleural plaques alone is insufficient to relate lung cancer to prior asbestos exposure. (6,7) In consideration of the patient's history of cigarette smoking, it is likely that his lung cancer is causally related to smoking.

Thank you for referring this case for consultation.

Sincerely,

Victor L. Roggli, M.D.
Professor of Pathology

1.  Pavlisko EN, Sporn TA: Mesothelioma, Ch. 5, In: Pathology of Asbestos-Associated Diseases, 3rd Ed. (Oury TD, Sporn TA, Roggli VL, eds.), Springer: New York, 2014, pg. 81.

2.  Roggli VL: Carcinoma of the lung, Ch. 7, In: Pathology of Asbestos-Associated Diseases, 3rd Ed. (Oury TD, Sporn TA, Roggli VL eds.), Springer: New York, 2014, pg. 157.

3.  Sporn TA, Roggli VL: Asbestosis, Ch. 4, In: Pathology of Asbestos-Associated Diseases, 3rd Ed. (Oury TD, Sporn TA, Roggli VL eds.), Springer: New York, 2014, pg. 53.

4.  Roggli VL, Gibbs AR, Attanoos R, Churg A, Popper H, Cagle P, Corrin B, Franks T, Galateau-Salle F, Galvin J, Hasleton P, Henderson D, Honma K: Pathology of Asbestosis: An update of the diagnostic criteria. Report of the Asbestosis Committee of The College of American Pathologists and Pulmonary Pathology Society. Arch Pathol Lab Med 134: 462, 2010.

**Duke University Health System**

Pathology & Laboratory Services

5.  Pavlisko EN, Boffetta P, Roggli VL: Lung Cancer (Exposure Assessment, Pathology and Epidemiology), Ch 9, In: Occupational Cancers (Antilla S, Boffetta P, eds.), Springer-Verlag: London, 2014, pg. 181.

6.  Manni ML, Oury TD: Benign asbestos related pleural diseases, Ch. 6, In: Pathology of Asbestos-Associated Diseases, 3rd Ed. (Oury TD, Sporn TA, Roggli VL eds.), Springer: New York, 2014, pg. 141.

7.  Henderson DW, Rantanen J, Barnhart S, Dement JM, De Vuyst P, Hillerdal G, Huuskonen MS, Kivisaari L, Kusaka Y, Lahdensuo A, Langard S, Mowe G, Okubo T, Parker JE, Roggli VL, Rodelsperger K, Rosler J, Tossavainen A, Woitowitz HJ. Asbestos, Asbestosis and Cancer: The Helsinki criteria for diagnosis and attribution. A consensus report of an international expert group. Scand J Work Environ Health 23: 311, 1997.

P.S. A bill for the slide review, histology and immunohistochemistry will be submitted separately. Original slides and blocks returned, 10 slides retained (including 9 immunostained slides).

# EXHIBIT A

## CURRICULUM VITAE

### Victor Louis Roggli, M.D.

**Date and Place of Birth:**
April 23, 1951; Winchester, Tennessee

**Education:**
B.A., Rice University (Biochemistry & Environmental Engineering), 1969-1973.
M.D., Baylor College of Medicine, 1973-1976.

**Professional Training:**
Resident, Pathology, Baylor College of Medicine and Affiliated Hospitals, July, 1976 - June 1980.

**Professional Certification:**
Texas State Board of Medical Examiners (FLEX), 1976.
North Carolina State Board of Medical Examiners (reciprocity), 1980
American Board of Pathology, AP/CP, 1980
American Board of Forensic Medicine, 1997

**Academic Appointments;**
Instructor and Chief Resident, Pathology, Baylor College of Medicine and Affiliated Hospitals, 1978-1980.
Associate, Department of Pathology, Duke University Medical Center, 7/1/80-6/30/81.
Assistant Professor, Department of Pathology, Duke University Medical Center, 7/1/81-12/31/88.
Associate Professor, Department of Pathology, Duke University Medical Center, 1/1/89-8/31/94.
Professor, Department of Pathology, Duke University Medical Center, 9/1/94-present.

**Hospital Affiliations:**
Durham Veteran's Administration Medical Center, Durham, N.C.
Duke University Medical Center, Durham, N.C.

**Awards & Honors:**
Phi Beta Kappa, Rice University
Tau Beta Pi (Honorary Engineering Society), Rice University
Phi Lambda Upsilon (Honorary Chemistry Society), Rice University
Alpha Omega Alpha, Baylor College of Medicine (1975)
Stuart A. Wallace Award (Outstanding first year medical student in Pathology), Baylor College of Medicine (1976)
Certificate of Merit for Scientific Exhibit:
1.    Foster, W.L., Gimenez, E.I., Roubidoux, M.A., Sherrier, R.H., Roggli, V.L., and Shannon, R.H. The Emphysemas: Imaging-Pathologic Correlations. Roentgen Ray Society. Boston, MA, May 1991.
Cum Laude for Scientific Exhibit:
1.    Foster, W.L., Gimenez, E.I., Roubidoux, M.A., Sherrier, R.H., Roggli, V. L., and Shannon, R.H. The Emphysemas: Imaging-Pathologic Correlations. Radiological Society of North America, Chicago, IL, Dec. 1991.

Curriculum Vitae
Victor L. Roggli, M.D.
Page 2

**Educative Activities:**

Junior staff position, first year medical laboratory, 1977-1979.
Instructor, Clinical Chemistry, Physician's Assistant Teaching Program, Baylor College of Medicine, 1978-1979.
Instructor, Introductory Pathology Course, Physical Therapists Teaching Program, Baylor College of Medicine, 1979.
Instructor and Senior Staff, Introductory Pathology Course, Duke University Medical Center, 1981-present.
Instructor, Systemic Pathology Course, Duke University Medical Center, 1981-present.
Instructor, Pulmonary Pathology Course, Duke University Medical Center, 1981-present.

**Administrative Activities:**

Research and Development Committee, VAMC (1983-1986)
Medical Records Committee, VAMC (1986-1993)
Quality Improvement Committee (1993-1995)
Director of Evening Shift, VAMC
Associate Director, EM Laboratory, VAMC (1985-1992)
Director, EM Laboratory, VAMC (1992-2006)
Member, Medical District 8 MEDIPRO Review Board (1989-1990)
Chairman, Surgical Case Review Committee (1990-2006)
Appointments, Promotions, and Tenure Committee, Duke University Medical Center (1997- 2005)
Director, National VA Electron Microscopy Program (2005-2007)

**Professional Society Memberships:**

International Association of Pathologists
American Association of Pathologists
College of American Pathologists
American College of Chest Physicians
American Association for the Advancement of Science
American Thoracic Society
Microbeam Analysis Society
Electron Microscopy Society of America
North Carolina Society of Pathologists
Arthur Purdy Stout Society
Pulmonary Pathology Society (President: 2000-2002)
Society for Ultrastructural Pathology (President: 2012-2014)
International Association for the Study of Lung Cancer
Diplomate, American Board of Forensic Examiners

**Research Interests:**

Asbestos related diseases
Analytical transmission and scanning electron microscopy

**Research Support:**

Asbestos-related Diseases: Analysis of Lung Fiber Burdens. VA Merit Review 7061-001, 1985-1988, P.I. (20%)
Effects of Asbestos on Pulmonary Clearance Mechanisms. VA Merit Review 7061-001, 1988-1991, P.I. (30%)
Mechanisms of Pleural Proliferation Subsequent to Inhalation of Asbestos. VA Merit Review 7061-001, 1992-1995, P.I. (20%)
Immune Mechanisms in Human Asbestosis. NIH Grant No. 2P50 HL14212-16 (Project 3), 1986-1991, Co-Investigator (10%)
Asbestos-Induced Pleural Dysplasia in Rats, Armando E. Fraire, P.I., Victor L. Roggli, Co-Investigator, Baylor Grant BRSG 510-G-16261, 1989-1991.
Acute Lung Injury Mechanisms and Therapy, James D. Crapo, Program Project P.I.; "Core B: Pathology", Victor L. Roggli, P.I., NIH Program Project.

Curriculum Vitae
Victor L. Roggli, M.D.
Page 3

**Invited Lectures and Seminars:**

October, 1985, 51st Annual Meeting of the American College of Chest Physicians, New Orleans, LA, "Clinical Colloquium: Asbestos-Associated Diseases".

August, 1986, 21st Annual Conference of the Microbeam Analysis Society, Albuquerque, NM, "Analytical Electron Microscopy and Pulmonary Toxicology: An Overview".

April, 1988, American Society of Clinical Pathologists and College of American Pathologists Spring Meeting, Kansas City, KS, "Asbestos in the Lungs: Quantitative Approaches to the Evaluation of Lung Fibrosis and Cancer".

June, 1989, Workshop on Fiber Toxicology Research Needs, National Institute of Environmental Health Sciences, Research Triangle Park, NC, "Human Disease Consequences of Fiber Exposures: A Review of Human Lung Pathology and Fiber Burden Data".

June, 1990, The Third Wave of Asbestos Disease: Exposure to Asbestos in Place, Collegium Ramazzini, New York, NY, "Mineral Fiber Content of Lung Tissue in Patients with Environmental Exposures: Household Contacts vs. Building Occupants".

June, 1991, 11th Annual Cancer Conference and Slide Seminar, Longboat Key, FL, "Tumors and Tumor-Like Lesions of the Lung and Mediastinum".

September, 1991, American Society of Clinical Pathologists and College of American Pathologists Fall Meeting, New Orleans, LA, "Hard Metal Disease: An Enigmatic Occupational Problem".

September, 1991, Tennessee Environmental Health Association Annual Education Conference, Nashville, TN, "Asbestos and The Community".

October, 1991, 57th Annual Meeting of the American College of Chest Physicians, San Francisco, CA, "Mineral Fiber Content of Lung Tissue in Patients with Benign Asbestos-Related Pleural Disease".

April, 1993, 33rd Annual Meeting of the Houston Society of Clinical Pathologists, Houston, TX, "Malignant Mesothelioma: An Update".

May, 1993, Albany Veterans Administration Medical Center, Albany, NY, "Rarer Forms of Pneumoconiosis".

October, 1993, 59th Annual Meeting of the American College of Chest Physicians, Orlando, FL, "Mesothelioma: Pathology, Epidemiology and Pathogenesis" and "Role of Fiber Analysis in Asbestos-Associated Diseases".

November, 1993, University of Massachusetts Medical Center, Worcester, MA, "Malignant Mesothelioma: An Update of Clinical and Pathologic Aspects".

April, 1994, American Society of Clinical Pathologists and College of American Pathologists Spring Meeting, Seattle, WA, "Asbestos and the Development of Mesotheliomas".

October, 1994, Annual Scientific Meeting of the Royal College of Pathologists of Australia, Adelaide, South Australia, "Symposium on Occupational Lung Disease".

March, 1995, 5th International Conference on Environmental and Occupational Lung Disease, Miami, FL, "Clinical Methods in Occupational and Environmental Lung Disease: Pathological Classification and Reporting".

March, 1996, Society for Ultrastructural Pathology, Washington, D.C., "Mineralogic Evaluation of Lung Tissue of Persons with Malignant Mesothelioma: Is Crocidolite Asbestos the Only Type of Asbestos that Causes Mesothelioma?"

June, 1996, Occupational Pulmonary Pathology Course, São Pauulo and Fortaleza, Brazil.

August, 1996, Ultrapath VIII, Society for Ultrastructural Pathology, Oaxaca, Mexico, "Energy Dispersive X-ray Analysis and X-ray Diffraction".

January, 1997, Asbestos, Asbestosis and Cancer Workshop, Espoo, Finland.

August, 1997, 8th World Conference on Lung Cancer, Dublin, Ireland, "Tumors that Mimic Malignant Mesothelioma".

October, 1997, Mixed Dust Pneumoconiosis Workshop, Nikko, Japan.

Curriculum Vitae
Victor L. Roggli, M.D.
Page 4

March, 1998, ASIP Symposium for the 87thAnnual Meeting of the United States and
    Canadian Academy of Pathology, Boston, MA, "Molecular Genetics and Gene
    Therapy of Human Malignant Mesothelioma: Epidemiology and Pathology of
    Diffuse Malignant Mesothelioma"
October, 1998, International Academy of Pathology, Nice, France, Pleural Mesothelioma
    Slide Seminar (Chairman)
April 23, 1999, "Pathology of Pulmonary Neoplasms", American Thoracic Society, Post
    Graduate Course No. 10, Pulmonary Pathology for the Pulmonologist, San Diego,
    CA
April 23, 1999, "Rare Cystic and Interstitial Lung Diseases: Histopathological Pearls",
    American Thoracic Society, Post Graduate Course No. 3, Interstitial Lung Diseases,
    San Diego, CA
October, 2000, International Academy of Pathology, Nagoya, Japan, Mesothelioma and
    Pneumoconiosis Slide Seminar (Co-Chairman)
January 25, 2001, "Mesothelioma and Occupational Exposure to Asbestos: A Study of
    1445 Cases". S. Donald Greenberg Memorial Lectures, Baylor College of
    Medicine, Houston, TX.
January 27, 2001, "Pathology of Pneumocomiosis." Texas Society of Pathologists Annual
    Mtg., San Luis Resort and Spa, Galveston, TX.
May 19, 2001, "Pathology of Pulmonary Neoplasms." America Thoracic Society, Post
    Graduate Course No. 22, Pulmonary Pathology for the Pulmonologist, San
    Francisco, CA.
February 1, 2002, "Malignant Mesothelioma: Diagnostic Challenges and Pitfalls". Grand
    Rounds, Georgetown Univ. Med. School, Washington, D.C.
February 23, 2002, "Scanning Electron Microscopy in Anatomic Pathology", Electron
    Microscopy Ad Hoc Review Group Meeting, Chicago, Il.
March 8, 2002, "Analysis of Occupational and Environmental Exposures to Dusts",
    International Update on Occupational and Environmental Respiratory Disease,
    Houston, TX.
May 17, 2002, "Pathology of Pulmonary Neoplasms", America Thoracic Society, Post
    Graduate Course No. 11, Pulmonary Pathology for the Pulmonologist, Atlanta, GA.
October 7, 2002, International Academy of Pathology, Amsterdam, NL, Pleural Lesions,
    Symposium No. 9. (Co-Chairman)
August 1, 2003, "Pneumoconiosis and Mesothelioma". Pulmonary Pathology Society Third
    Biennial Summer Symposium, Snowmass, CO, July 30-August 1, 2003.
October 18-19, 2003, "Respiratory Bronchiolitis Associated Interstitial Lung Disease" and
    "ARDS vs AIP: The Gospel According to Pratt". Symposium on Lung Disease,
    Baylor College of Medicine, Houston, TX.
March 6, 2004, "Asbestos-Related Non-neoplastic Lung Diseases". Pulmonary Pathology
    Society Companion Meeting, U.S. Can. Academy of Pathology, Vancouver, B.C.
October 11, 2004, International Academy of Pathology, Brisbane, AU, Environmental
    Lung and Pleural Disease, PPS Companion Meeting. (Co-Chairman)
October 14, 2004, "Asbestos Body and Asbestos Fiber Analysis in Mesothelioma Patients,"
    International Academy of Pathology, Brisbane, AU.
February 27, 2005, "The Role of Analytical SEM in the Determination of Causation in
    Malignant Mesothelioma," Society for Ultrastructural Pathology, San Antonio, TX.
June 15, 2005, Pulmonary Pathology Society Fourth Biennial Summer Symposium, Lake
    Annecy, France, Neoplastic Lung Disease I (Co-Chairman).
April 6, 2006, "Asbestos Fiber Burden Analysis," Current Concepts in Asbestos Lung
    Disease, Second Annual Course, Harvard Medical School, Boston, MA.
April 7, 2006, "Pathogenesis and Pathology of Benign Asbestos Pleural Disease," Current
    Concepts in Asbestos Lung Disease, Second Annual Course, Harvard Medical
    School, Boston, MA.
May 9-10, 2006, ATSDR Expert Panel Meeting on Biomarkers of Asbestos Exposure and
    Disease, Atlanta, GA.
September 19, 2006, "Well Differentiated Papillary Mesothelioma," SC08 Pulmonary
    Pathology: Pleural Tumors, International Academy of Pathology XXVI
    International Congress, Montreal, Canada.

Curriculum Vitae
Victor L. Roggli, M.D.
Page 5

October 21, 2006, "Understanding the Terminology and Pathology of Peritoneal Mesothelioma," International Mesothelioma Interest Group, Chicago, IL

May 10, 2007, "Surgical Pathology of the Pleura," Memorial Sloan Kettering Cancer Center Surgical Pathology Course, New York, NY.

September 3, 2007, "State of the Art Mesothelioma Diagnosis: A Moving Target," Educational Session I: Mesothelioma, 12th World Conference on Lung Cancer, Seoul, South Korea.

November 2, 2007, "Twenty-five Years of Fiber Analysis: What Have We Learned?" Brigham and Women's Hospital Visiting Scholar Program, Boston, MA.

June 24-26, 2008, "Update on the PPS/CAP Guidelines for the Diagnosis of Asbestosis" and "Debate: Asbestos Exposure and Lung Cancer", Pulmonary Pathology Society Sixth Biennial Meeting, Portland, OR.

August 4, 2009, "Pleural Invasion", International Association for the Study of Lung Cancer 13th World Conference on Lung Cancer, San Francisco, CA.

August 31, 2010, "Verification of the Consensus Statement from the IMIG 2006", International Mesothelioma Interest Group, Kyoto, Japan, August 31-September 3, 2010.

January 11, 2011, "The Diagnosis of Mesothelioma in the 21st Century", Memorial Sloan Kettering Cancer Center Visiting Scholar Program, New York, NY.

February 27, 2011, "Electron Microprobe Analysis in Metal-Induced Lung Disease", Society for Ultrastructural Pathology Companion Meeting, San Antonio, TX.

August 18-20, 2011, "Update on Metal-Related Lung Disease", Pulmonary Pathology Society Seventh Biennial Meeting, New York, NY.

February 10, 2012, "The Diagnosis of Mesothelioma in the 21st Century", Brigham and Women's Hospital Visiting Scholar Program, Boston, MA.

September 14, 2012, "All Asbestos is Bad – Pro and Con", 11th International Conference of the International Mesothelioma Interest Group, Boston, MA.

June 28, 2013, "Reactive, atypical and neoplastic mesothelial proliferations: how good are our criteria?" Pulmonary Pathology Society Eighth Biennial Meeting, Grenoble, France, June 25-28, 2013.

October 30, 2013, "Pathology of mesothelioma", IASLC 15th World Conference on Lung Cancer, Sydney, Australia, October 27-30, 2013.

February 11-13, 2014, International Conference on Monitoring and Surveillance of Asbestos-Related Diseases 2014, Hanasaari Cultural Center, Espoo, Finland.

March 27, 2014, "Asbestos Exposure and Mesothelioma", Malignant Mesothelioma Diagnostic Guideline Symposium, Millennium Hilton Hotel, Seoul, Korea.

July 30, 2014, "President's Lecture: Fiber Analysis Vignettes: Electron Microscopy to the Rescue!", Ultrapath XVII, Biltmore Inn, Asheville, NC.

June 2, 2015, "Pathology and Asbestos-Related Diseases: Thresholds and Linear Models", AIHCe 2015, Salt Lake City, UT.

March 16, 2016, "Occupationally Related Pleural and Pulmonary Disorders in the 21st Century: Challenges, Pitfalls and No-nos." Short Course 59, US-Canadian Academy of Pathology Annual Meeting, Seattle, WA.

December 6, 2016, "Role of Electron Microscopy in Evaluation of Asbestos-Related Diseases Among Veterans." Department of Veterans Affairs, Electron Microscopy Program, Benchmarks for Quality in EM Webinar, Durham, NC.

March 9, 2017, "Occupationally Related Pleural and Pulmonary Disorders in the 21st Century: Challenges, Pitfalls and No-nos." Short Course 59, US-Canadian Academy of Pathology Annual Meeting, San Antonio, TX.

March 23, 2018, "Occupationally Related Pleural and Pulmonary Disorders in the 21st Century: Challenges, Pitfalls and No-nos." Short Course 59, US-Canadian Academy of Pathology Annual Meeting, Vancouver, B.C., Canada.

May 21, 2018, "Household Exposure: Correlating Cumulative Exposure (aka Dose) with Lung Digestion Analyses." AIHCe 2018, Philadelphia, PA.

June 28, 2018, "Fiber Analysis of Lung Tissue: An Overview." Ultrapath XIX, Newport, RI.

June 28, 2018, "Dimensions of Elongated Mineral Particles: A Study of More Than 570 Fibers from More Than 90 Cases with Implications for Pathogenicity and

Curriculum Vitae
Victor L. Roggli, M.D.
Page 6

　　　　Classification as Asbestiform vs. Cleavage Fragments." Ultrapath XIX, Newport, RI.

　　July 6-7, 2018, "Biphasic Mesothelioma." IASLC EURACAN Multidisciplinary Workshop on Mesothelioma Classification, Lyon, France.

**Member:**

　　U.S.-Canadian Mesothelioma Panel (April, 1987-present)
　　NIOSH Board of Scientific Counselors, Fiber Subcommittee (1990-present)
　　Credentials Committee, American College of Chest Physicians (1991-1996)
　　Center of Environmental and Toxicologic Pathology, American Registry of Pathology, A.F.I.P. (June, 1992-present)
　　International Mesothelioma Panel (1997-present)
　　Program Chairman, Pulmonary Pathology Society (1997-1998)
　　Editorial Board, Modern Pathology (July, 1997-December, 2019)
　　Scientific Advisory Board, Mesothelioma Applied Research Foundation (May, 1999-2010)
　　President, Pulmonary Pathology Society (2000-2002)
　　International Association for Study of Lung Cancer Pathology Panel (2004-2014)
　　Editorial Board, Archives of Pathology & Laboratory Medicine (February, 2005-present)
　　Pulmonary and Mediastinum Tumors Cancer Protocol Review Panel, CAP (September, 2006-present)
　　Co-Chairman, Asbestosis Committee, College of American Pathologists/Pulmonary Pathology Society (July, 2007 – present)
　　International Collaboration on Cancer Reporting (July, 2014 – present)
　　Editorial Board, Ultrastructural Pathology (July, 2015 – present)

## PUBLICATIONS

**Full-Length Papers:**

1. Roggli, V.L.: Resident's Page, Quiz Case #2. Arch. Otolaryngol. 104:546-549, 1978.

2. Roggli, V.L., Judge, D., McGavran, M.H.: Duodenal Glucagonoma: A Case Report. Human Pathol. 10:350-353, 1979.

3. Roggli, V.L., Suzuki, M., Armstrong, D., McGavran, M.H.: Pituitary Microadenoma and Primary Lymphoma of Brain Associated with Hypothalamic Invasion. Am. J. Clin. Pathol. 71:724-727, 1979.

4. Roggli, V.L., Estrada, R., Fechner, R.E.: Thyroid Neoplasia Following Irradiation for Medulloblastoma: Report of Two Cases. Cancer 43:2232-2238, 1979.

5. Roggli V.L., Kim, H-S., Hawkins, E.: Congenital Generalized Fibromatosis with Visceral Involvement: A Case Report. Cancer 45:954-960, 1980.

6. Roggli, V.L., Greenberg, S.D., Seitzman, L.H., Hurst, G.A., Spivey, C.G., Nelson, K.G., Hieger, L.R.: Pulmonary Fibrosis, Carcinoma, and Ferruginous Body Counts in Amosite Asbestos Workers: A Study of Six Cases. Am. J. Clin. Pathol. 73:496-503, 1980.

7. Roggli, V.L., Greenberg, S.D., McLarty, J.L., Hurst, G.A., Spivey, C.G., Hieger, L.R.: Asbestos Body Content of the Larynx in Asbestos Workers: A Study of Five Cases. Arch. Otolaryngol. 106:533-535, 1980.

8. McLemore, T.L., Mace, M.L., Roggli, V.L., Marshall, M.V., Lawrence, E.C., Wilson, R.K., Martin, R.R., Brinkley, B.R., Greenberg, S.D.: Asbestos Body Phagocytosis by Human Free Alveolar Macrophages. Cancer Letters 9:85-93, 1980.

Curriculum Vitae
Victor L. Roggli, M.D.
Page 7

9.  Mace, M.L., McLemore, T.L., Roggli, V.L., Brinkley, B.R., Greenberg, S.D.: Scanning Electron Microscopic Examination of Human Asbestos Bodies. Cancer Letters 9:95-104, 1980.

10. Roggli, V.L., Greenberg, S.D., McLarty, J.W., Hurst, G.A. Hieger, L.R., Farley, M.L., Mabry, L.C.: Comparison of Sputum and Lung Asbestos Body Counts in Former Asbestos Workers. Am. Rev. Resp. Dis. 122: 941-945, 1980.

11. Roggli, V.L., Hausner, R.J., Askew, J.B., Jr.: Alpha-1-Anti-trypsin Globules in Hepatocytes of Elderly Individuals with Liver Disease: A Report of Three Cases. Am. J. Clin. Pathol. 75: 538-542, 1981.

12. Roggli. V.L., Subach, J.A., Saleem, A.: Prognostic Factors and Treatment Effects on Survival in Erythroleukemia: A Retrospective Study of 134 Cases. Cancer 48: 1101-1105, 1981.

13. McLemore, T.L., Roggli. V.L., Marshall, M.V., Lawrence, E.C., Greenberg, S.D., Stevens, P.M.: Comparison of Phagocytosis of Uncoated vs. Coated Asbestos Fibers by Cultured Human Pulmonary Alveolar Macrophages. Chest 80: 39S-42S, 1981.

14. McLemore, T.L., Greenberg, S.D., Wilson, R.K., Buffler, P.A., Roggli, V.L., Mace, M.L.: Asbestos Associated Pulmonary Disease-An Update. Tex Med. 77: 38-45, 1981.

15. Roggli, V.L., Saleem, A.: Erythroleukemia: A Study of 15 Cases and Literature Review. Cancer 49: 101-108, 1982.

16. Roggli, V.L., Shelburne, J.D.: New Concepts in the Diagnosis of Mineral Pneumoconioses. In: Lung Pathology for the Clinician (Greenberg, S.D., ed.), Sem. Respir. Med. 4:138-148, 1982.

17. Godwin, J.D., Ravin, C.E., Roggli, V.L.: Fatal Pneumocystis Pneumonia, Cryptococcosis, and Kaposi Sarcoma in a Homosexual Man. Am. J. Roentgenol. 138:580-581, 1982.

18. Pickett, J.P., Roggli, V.L.: Rapid Histological Staining Procedures for Material from Immune-Suppressed Patients. Am. J. Med. Technol. 48:893-902, 1982.

19. Roggli V.L., McGavran, M.H., Subach, J.A., Sybers, H.D., Greenberg, S.D.: Pulmonary Asbestos Body Counts and Electron Probe Analysis of Asbestos Body Cores in Patients with Mesothelioma: A Study of 25 cases. Cancer 50:2423-2432, 1982.

20. Roggli, V.L., Pratt, P.C.: Numbers of Asbestos Bodies on Iron-Stained Tissue Sections in Relation to Asbestos Body Counts in Lung Tissue Digests. Hum. Pathol. 14:355-361, 1983.

21. Osborne, D.R., Jaszczak, R.J., Green, K., Roggli, V.L., Lischko, M., Coleman, R.E.: Detection of Pulmonary Emboli in Dogs: Comparison of Single Photon Emission Computed Tomography, Gamma Camera Imaging, and Angiography. Radiology 146:493-497, 1983.

22. Roggli, V.L., Johnston, W.W., Kaminsky, D.B.: Asbestos Bodies in Fine Needle Aspirates of Lung. Acta. Cytolog. 28:493-498, 1984.

23. Roggli, V.L., Ingram, P., Linton, R.W., Gutknecht, W.F., Mastin, P., Shelburne, J.D.: New Techniques For Imaging and Analyzing Lung Tissue. Environ. Health Persp. 56:163-183, 1984.

24. Wain, S.L., Roggli, V.L., Foster, W.L.: Parietal Pleural Plaques, Asbestos Bodies, and Neoplasia: A Clinical, Pathological, and Radiographic Correlation of 25 Consecutive Cases. Chest 86:707-713, 1984.

Curriculum Vitae
Victor L. Roggli, M.D.
Page 8

25. Roggli, V.L., Brody, A.R.: Changes in Numbers and Dimensions of Chrysotile Asbestos Fibers in Lungs of Rats Following Short-term Exposure. Exp. Lung Res. 7:133-147, 1984.

26. Jackson, M.D., Albrecht, R., Roggli, V.L., Shelburne, J.D.: Pulmonary Blastoma: An Ultrastructural and Immunohistochemical Study. Ultrastruct. Pathol. 7:259-268, 1984.

27. Roggli, V.L., Vollmer, R.T., Greenberg, S.D., McGavran, M.H., Spjut, H.J., Yesner, R.: Lung Cancer Heterogeneity: A Blinded and Randomized Study of 100 Consecutive Cases. Hum. Pathol. 16:569-579, 1985.

28. Vollmer, R.T., Roggli, V.L.: Asbestos Body Concentrations in Human Lung: Predictions from Asbestos Body Counts in Tissue Sections using a Mathematical Model. Hum. Pathol. 16:713-718, 1985.

29. Gylseth, B., Churg, A., Davis, J.M.G., Johnson, N., Morgan, A., Mowe, G., Rogers, A., Roggli, V.L.: Analysis of Asbestos Fibers and Asbestos Bodies in Human Lung Tissue Samples: An International Interlaboratory Trial. Scand. J. Work Environ. Health 11:107-110, 1985.

30. Baker, D., Kupke, K.G., Ingram, P., Roggli, V.L., Shelburne, J.D.: Microprobe Analysis in Human Pathology, Scanning Electron Microscopy, II, Johari, O., ed., SEM Inc., AMF O'Hare (Chicago), Il, 60666, pp. 659-680, 1985.

31. Chiles, C., Chen, J.T.T., Elson, C., Roggli, V.L.: Chest Wall Mass in an Elderly Male. Invest. Radiol. 20:355-359, 1985.

32. McLendon, R.E., Roggli, V.L., Foster, W.L., and Becsey, D.: Carcinoma of the Lung with Osseous Stromal Metaplasia. Arch. Pathol. Lab. Med. 109:1051-1053, 1985.

33. Pratt, P.C., George, M.H., Mastin, J.P., Roggli, V.L.: Crystalline Foreign Particulate Material in Hernia Sacs. Hum. Pathol. 16:1141-1146, 1985.

34. Roggli, V.L., Keener, S., Bradford, W.D., Walker, D.H., and Pratt, P.C.: Pulmonary Pathology of Rocky Mountain Spotted Fever (RMSF) in Children. Pediatric Pathology 4:47-57, 1985.

35. Roggli, V.L., Pratt, P.C., Brody, A.R.: Asbestos Content of Lung Tissue in Asbestos-Associated Diseases: A Study of 110 Cases. Br. J. Ind. Med. 43:18-28, 1986.

36. Szpak, C.A., Johnston, W.W., Roggli, V.L., Kolbeck, J., Lottich, S.C., Vollmer, R., Thor, A., Schlom, J.: The Diagnostic Distinction Between Malignant Mesothelioma of the Pleura and Adenocarcinoma of the Lung as Defined by a Monoclonal Antibody (B72.3). Am. J. Pathol. 122:252-260, 1986.

37. Foster, W.L., Pratt, P.C., Roggli, V.L., Halversen, R.A., Godwin, J.D., Putman, C.E.: Centrilobular Emphysema: CT-Pathological Correlation. Radiology 159:27-32, 1986.

38. Roggli, V.L., and Greenberg, S.D.: Analytical Electron Microscopy and Pulmonary Toxicology: An Overview. Microbeam Analysis-1986, (A.D. Romig, Jr., and W.F. Chambers, eds.), San Francisco Press, Inc., San Francisco, 1986, pp. 539-540.

39. Pinkerton, K.E., and Roggli, V.L.: The Role of Fiber Number, Size, and Mass in Asbestos-induced Lung Disease. Microbeam Analysis-1986, (A.D. Romig, Jr., and W.F. Chambers, eds.), San Francisco Press, Inc., San Francisco, 1986, pp. 553-555.

40. Mastin, J.P., Furbish, W.J., Delong, E.R., Roggli. V.L., Pratt, P.C., and Shelburne, J.D.: Inorganic particulate matter from lungs of individuals without occupational exposure. Microbeam Analysis-1986, (A.D. Romig, Jr., and W.F. Chambers, eds.), San Francisco Press, Inc., San Francisco, 1986, pp. 583-585.

**Curriculum Vitae**
**Victor L. Roggli, M.D.**
**Page 9**

41. Roggli, V.L.: Analytical Scanning Electron Microscopy in the Investigation of Unusual Exposures. Microbeam Analysis-1986, (A.D. Romig, Jr., and W.F. Chambers, eds.), San Francisco Press, Inc., San Francisco, 1986, pp. 586-588.

42. Austin, M.B., Fechner, R.E., Roggli, V.L.: Pleural Malignant Mesothelioma Following Wilms' Tumor. Am. J. Clin. Pathol. 86:227-230, 1986.

43. Roggli, V.L., Piantadosi, C.A., and Bell, D.Y.: Asbestos Bodies in Bronchoalveolar Lavage Fluid: A Study of 20 Asbestos-Exposed Individuals and Comparison to Patients with Other Chronic Interstitial Lung Disease. Acta Cytolog. 30:460-467, 1986.

44. Pinkerton, K.E., Plopper, C.G., Mercer, R.R., Roggli, V.L., Patra, A.L., Brody, A.R., and Crapo, J.D.: Airway Branching Patterns Influence Asbestos Fiber Location and the Extent of Tissue Injury in the Pulmonary Parenchyma. Laboratory Investigation 55:688-695, 1986.

45. Roggli, V.L., George, M.H., and Brody, A.R.: Clearance and Dimensional Changes of Crocidolite Asbestos Fibers Isolated from Lungs of Rats Following Short-Term Exposure. Environ. Res. 42:94-105, 1987.

46. Linder, J., Stein, R.B., Roggli, V.L., Vollmer, R.T., Croker, B.P., Postlethwait, R.W., and Shelburne, J.D.: Polypoid Tumor of the Esophagus. Hum. Pathol. 18:692-700, 1987.

47. Fraire, A.E., Roggli, V.L., Vollmer, R.T., Greenberg, S.D., McGavran, M.H., Spjut, H.J., and Yesner, R.: Lung Cancer Heterogeneity: Prognostic Implications. Cancer 60:370-375, 1987.

48. Benning, T.L., Godwin, J.D., Roggli, V.L., and Askin, F.B.: Cartilaginous Variant of Congenital Cystic Adenomatoid Malformation. Chest 92:514-516, 1987.

49. Roggli, V.L.: Analytical Electron Microscopy of Mineral Fibers from Human Lungs. Proceedings of the 45th Annual Meeting of the Electron Microscopy Society of America (Bailey, G.W., ed.), San Francisco Press, Inc., San Francisco, pp. 666-669, 1987.

50. Roggli, V.L., Kolbeck, J., Sanfilippo, E., and Shelburne, J.D.: Pathology of Human Mesothelioma: Etiologic and Diagnostic Considerations. Pathol. Annu., Part 2, Vol. 22, pp. 91-131, 1987.

51. Knapp, M.J., Roggli, V.L., Kim, J., Moore, J.O., and Shelburne, J.D.: Pleural Amyloidosis. Arch. Pathol. Lab. Med. 112:57-60, 1988.

52. Pratt, P.C., Roggli, V.L., and Tesoriero, V.J.: Lower Incidence of Death from Chronic Renal Disease in Patients with Non-lethal Pulmonary Emphysema: A Statistical Study. Modern Pathol. 1:57-63, 1988.

53. Tabatowski, K., Roggli, V.L., Fulkerson, W.J., Langley, R.L., Benning, T., and Johnston, W.W.: Giant Cell Interstitial Pneumonia in a Hard Metal Worker: Cytologic, Histologic and Analytical Electron Microscopic Investigation. Acta Cytolog. 32:240-246, 1988.

54. Humphrey, P.A., Scroggs, M.S., Roggli, V.L., and Shelburne, J.D.: Pulmonary Carcinomas with a Sarcomatoid Element: An Immunocytochemical and Ultrastructural Analysis. Hum. Pathol. 19:155-165, 1988.

55. Ramage, J.E., Roggli, V.L., Bell, D.Y., and Piantadosi, C.A.: Interstitial Pneumonitis and Fibrosis Associated with Domestic Wood Burning. Am. Rev. Respir. Dis. 137:1229-1232, 1988.

**Curriculum Vitae**
**Victor L. Roggli, M.D.**
**Page 10**

56.  Elson, C.E., <u>Roggli, V.L.</u>, Vollmer, R.T., Greenberg, S.D., Fraire, A.E., and Yesner, R.: Prognostic Indicators for Survival in Stage I Carcinoma of the Lung: A Histologic Study of 47 Surgically Resected Cases. <u>Modern Pathol</u>. 1:288-291, 1988.

57.  <u>Roggli, V.L.</u>: Preparatory Techniques for the Quantitative Analysis of Asbestos in Tissues. <u>Proceedings of the 46th Annual Meeting of the Electron Microscopy Society of America</u>, (Bailey, G.W., ed.), San Francisco Press, Inc., San Francisco, pp. 84-85, 1988.

58.  Moore, C.K., Hellreich, M.A., Coblentz, C.L., and <u>Roggli, V.L.</u>: Aspergillus terreus as a Cause of Invasive Pulmonary Aspergillosis. <u>Chest</u> 94:889-891, 1988.

59.  Coblentz, C.L., Chen, J.T.T., Bernhardt, P., and <u>Roggli, V.L.</u>: Calcified Intralobar Pulmonary Sequestration. <u>J. Can. Assoc. Radiol</u>. 39:290-292, 1988.

60.  Bergin, C., <u>Roggli, V.L.</u>, Coblentz, C., and Chiles, C.: The Secondary Lobule: The Normal and Abnormal CT Appearance. <u>Am. J. Roentgenol</u>. 151:21-25, 1988.

61.  Joines, R.A., and <u>Roggli, V.L.</u>: Dendriform Pulmonary Ossification: Report of Two Cases with Unique Findings. <u>Am. J. Clin. Pathol</u>. 91:398-402, 1989.

62.  Edelman, D.A., and <u>Roggli, V.L.</u>: The Accumulation of Nickel in Human Lungs. <u>Environ. Health Persp</u>. 81:221-224, 1989.

63.  <u>Roggli, V.L.</u>: Nonasbestos Mineral Fibers from Human Lungs. <u>Microbeam Analysis - 1989</u> (P.E. Russell, ed.), San Francisco Press, Inc., San Francisco, 1989, pp. 57-59.

64.  Lomasney, L., Bergin, C.J., Lomasney, J., <u>Roggli, V.L.</u>, and Foster, W.L.: CT Appearance of the Lunate Trachea. <u>J. Comp. Asst. Tomogr</u>. 13:520-522, 1989.

65.  Dovey, M., Wisseman, C.L., <u>Roggli, V.L.</u>, Roomans, G.M., Shelburne, J.D., and Spock, A.: Ultrastructural Morphology of the Lung in Cystic Fibrosis. <u>J. Submicros. Cytol. Pathol</u>. 21:521-534, 1989.

66.  Scroggs, M.W., <u>Roggli, V.L.</u>, Fraire, A.E., and Sanfilippo, F.: Eosinophilic Intracytoplasmic Globules in Pulmonary Adenocarcinomas: A Histochemical, Immunohistochemical and Ultrastructural Study of Six Cases. <u>Hum. Pathol</u>. 20:845-849, 1989.

67.  Cagle, P.T., Truong, L.D., <u>Roggli, V.L.</u>, and Greenberg, S.D.: Immunohistochemical Differentiation of Sarcomatoid Mesotheliomas from Other Spindle-Cell Neoplasms. <u>Am. J. Clin. Pathol</u>. 92:566-571, 1989.

68.  Sherrier, R.H., Chiles, C., and <u>Roggli. V.L.</u>: Pulmonary Lymphangioleiomyomatosis: CT Findings. <u>Am. J. Roentgenol</u>. 153:937-940, 1989.

69.  <u>Roggli, V.L.</u>: Human disease consequences of fiber exposures - A review of human lung pathology and fiber burden data. <u>Environ. Health Persp</u>. 88:295-303, 1990.

70.  Shelburne, J.D., Ingram, P., and <u>Roggli. V.L.</u>: Application of Analytical Electron Microscopy to the Study of Environmental Disease, In: National Training Course on the Application of Electron Microscopy in Biomedical Research and Diagnosis of Human Diseases (Mukherjee TM, ed.), University of Adelaide, South Australia, 1990, pp 92-99.

71.  <u>Roggli, V.L.</u> and Benning, T.L.: Asbestos Bodies in Pulmonary Hilar Lymph Nodes. <u>Mod. Pathol</u>. 3:513-517, 1990.

72.  <u>Roggli, V.L.</u>: The contributions of analytical electron microscopy to the detection and quantification of asbestos in human lung samples. Proceedings of the XIIth International

Curriculum Vitae
Victor L. Roggli, M.D.
Page 11

Congress for Electron Microscopy, vol. 2, San Francisco Press, Inc., San Francisco, pp. 340-341, 1990.

73. Roggli, V.L.: Scanning electron microscopic analysis of mineral fiber content of lung tissue in the evaluation of diffuse pulmonary fibrosis. Scanning Microsc. 5:71-83, 1991.

74. McCaughey, W.T.E., Colby, T.V., Battifora, H., Churg, A., Corson, J.M., Greenberg, S.D., Grimes, M.M., Hammar, S., Roggli, V.L., and Unni, K.K.: The diagnosis of diffuse malignant mesothelioma: Experience of the U.S./Canadian Mesothelioma Panel. Mod. Pathol. 4:342-353, 1991.

75. Roggli. V.L. and Longo, W.E.: Mineral fiber content of lung tissue in patients with environmental exposures: Household contacts vs. building occupants. Ann. NY Acad. Sci. 643:511-519, 1992.

76. Fisher, M., Roggli, V.L., Merten, D., Mulvihill, D., and Spock, A.: Coexisting endogenous lipoid pneumonia, prominent cholesterol granulomas, and pulmonary alveolar proteinosis in a pediatric population: A clinical, radiographic, and pathologic correlation. Ped. Pathol. 12:365-383, 1992.

77. Kern, D.G., Hanley, K.T., and Roggli, V.L.: Malignant mesothelioma in the jewelry industry. Am. J. Ind. Med. 21:409-416, 1992.

78. Coin, P.G., Roggli, V.L., and Brody, A.R.: Deposition, clearance, and translocation of chrysotile asbestos from peripheral and central regions of the rat lung. Environ. Res. 58:97-116, 1992.

79. Ghio, A.J., Peterseim, D.S., Roggli, V.L., and Piantadosi, C.A.: Oxalate deposition in the lung associated with Aspergillus niger infection: An oxidant hypothesis of toxicity. Am. Rev. Respir. Dis. 145:1499-1502, 1992.

80. Roggli, V.L.: Quantitative and analytical studies in the diagnosis of mesothelioma. Sem. Diag. Pathol. 9:162-168, 1992.

81. Shahab, I, Fraire, A.E., Greenberg, S.D., Johnson, E.H., Langston, C., and Roggli, V.L.: Histopathologic and computer-assisted morphometric assessment of predictors of long-term survival in surgically-resected Stage I carcinoma of lung. Mod. Pathol. 5:521-524, 1992.

82. Cagle, P.T., Langston, C., Fraire, A.E., Roggli, V.L., and Greenberg, S.D.: Absence of correlation between nuclear morphometry and survival in stage-l non-small cell lung cancers. Cancer 69:2454-2457, 1992.

83. Shelburne, J.D., Roggli, V.L., and Ingram, P.: Microprobe analysis in clinical diagnosis. Proceedings of the 50th Annual Meeting of the Electron Microscopy Society of America held jointly with the 27th Annual Meeting of the Microbeam Analysis Society and the 19th Annual Meeting of the Microscopical Society of Canada/Societe de Microscopie du Canada, (Bailey, G.W., Bentley, J., and Small, J.A., eds.), San Francisco Press, Inc., San Francisco, 1992, pp. 1116-1117.

84. Roggli, V.L., Pratt, P.C., and Brody, A.R.: Asbestos fiber type in malignant mesothelioma: An analytical electron microscopic study of 94 cases. Am. J. Ind. Med. 23:605-614, 1993.

85. Foster, W.L., Gimenez, E.I., Roubidoux, M.A., Sherrier, R.H., Shannon, R.H., Roggli, V.L., and Pratt, P.C.: The emphysemas: Radiologic-pathologic correlations. Radiographics 13:311-328, 1993.

86. Todd, N.W., Peters, W.P., Ost, A.H., Roggli, V.L., and Piantadosi, C.A.: Pulmonary drug toxicity in patients with primary breast cancer treated with high dose combination

chemotherapy and autologous bone marrow transplantation. Am. Rev. Respir. Dis. 147:1264-1270, 1993.

87. Shelburne, J.D., Roggli, V.L., Ingram, P., LeFurgey, A., and Oberdörster, E.: Electron microscopy in environmental pathology. Microsc. Soc. Am. Bull. 23:242-252, 1993.

88. Zimmerman, R.L, Novek, S., Chen, J.T.T., and Roggli, V.L.: Pulmonary thrombosis in a 10 year old child with minimal change disease/nephrotic syndrome: A clinical, radiologic, and pathologic correlation with literature review. Am. J. Clin. Pathol. 101:230-236, 1994.

89. Mercer, R.R., Russell, M.L., Roggli, V.L., and Crapo, J.D.: Cell number and distribution in human and rat airways. Am. Rev. Respir. Cell. Mol. Biol. 10:613-624, 1994.

90. McDonald, J.W., Roggli, V.L., and Bradford, W.D.: Coexisting endogenous and exogenous lipoid pneumonia and pulmonary alveolar proteinosis in a patient with neurodevelopmental disease. Ped. Pathol. 14:505-511, 1994.

91. Roggli, V.L., Coin, P.G., MacIntyre, N.R., and Bell, D.Y.: Asbestos content of bronchoalveolar lavage fluid: A comparison of light and scanning electron microscopic analysis. Acta. Cytolog. 38:502-510, 1994.

92. Fraire, A.E., Greenberg, S.D., Spjut, H.J., Roggli, V.L., Dodson, R., Cartwright, J., Williams, G., and Baker, S.: Effects of Fibrous Glass Upon Rat Pleural Mesothelium: Histopathologic Observations. Am. J. Respir. Crit. Care Med. 150:521-527, 1994.

93. Coin, P.G., Roggli, V.L., and Brody, A.R.: Persistence of long thin chrysotile asbestos fibers in the lungs of rats. Environ. Health Persp. 102:197-199, 1994.

94. Roggli, V.L., Hammar, S.P., Pratt, P.C., Maddox, J.C., Legier, J., Mark, E.J., and Brody, A.R.: Commentary: Does asbestos or asbestosis cause carcinoma of the lung? Am. J. Ind. Med. 26:835-838, 1994.

95. Srebro, S.H., and Roggli, V.L.: Asbestos-related disease associated with exposure to asbestiform tremolite. Am. J. Ind. Med. 26:809-819, 1994.

96. McDonald, J.W., and Roggli, V.L.: Demonstration of silica particles in lung tissue by polarizing light microscopy. Arch. Pathol. Lab. Med. 119:242-246, 1995.

97. Sane, A.C., and Roggli, V.L.: Curative resection of a well-differentiated papillary mesothelioma of the pericardium. Arch. Pathol. Lab. Med. 119:266-267, 1995.

98. Baz, M.A., Kussin, P.S., Van Tright, P., Davis, R.D., Roggli, V.L., and Tapson, V.F.: Recurrence of diffuse panbronchiolitis after lung transplantation. Am. J. Resp. Crit. Care Med. 151:895-898, 1995.

99. Roggli, V.L.: Malignant mesothelioma and duration of asbestos exposure: Correlation with tissue mineral fiber content. Ann. Occup. Hyg. 39:363-374, 1995.

100. Potts, S.B., Roggli, V.L., and Spock, A.: Immunohistologic quantification of Pseudomonas aeruginosa in the tracheobronchial tree from patients with cystic fibrosis. Pediatric Pathol. 15:707-721, 1995.

101. Srebro, S.H., Roggli, V.L., and Samsa, G.P.: Malignant mesothelioma associated with low pulmonary tissue asbestos burdens: A light and scanning electron microscopic analysis of 18 cases. Mod. Pathol. 8:614-621, 1995.

102. McDonald, J.W., Roggli, V.L., and Shelburne, J.D.: Microprobe analysis: diagnostic applications in pulmonary medicine. Microbeam Analysis 4:261-276, 1995.

**Curriculum Vitae**
**Victor L. Roggli, M.D.**
**Page 13**

103. McDonald, J.W., Ghio, A.J., Sheehan, C.E., Bernhardt, P.F., and Roggli, V.L.: Rare earth (cerium oxide) pneumoconiosis: analytical scanning electron microscopy and literature review. Mod. Pathol. 8:859-865, 1995.

104. Baz, M.A., Tapson, V.F., Roggli, V.L., Van Tright, P., and Piantadosi, C.A.: Glutathione depletion in epithelial lining fluid of lung allograft patients. Am. J. Respir. Crit. Care Med. 153:742-746, 1996.

105. Pacinda, S.J., Ledet, S.C., Gondo, M.M., Langston, C., Brown, R.W., Carmona, P.A., Franklin, R.B., Roggli, V.L., and Cagle, P.T.: p53 and MDM2 immunostaining in pulmonary blastomas and bronchogenic carcinomas. Hum. Pathol. 27:542-546, 1996.

106. Pracyk, J.B., Simonson, S.G., Young, S.L., Ghio, A.J., Roggli, V.L., and Piantadosi, C.A.: Composition of lung lavage in pulmonary alveolar microlithiasis. Respiration 63:254-260, 1996.

107. Coin, P.G., Lindroos, P.M., Osornio-Varges, A.R., Roggli, V.L., and Bonner, J.C.: Lipopolysaccharide upregulates platelet-derived growth factor (PDGF) alpha-receptor expression in rat lung myofibroblasts and enhances response to all PDGF isoforms. J. Immunol. 156:4797-4806, 1996.

108. Lai, R-S., Chang, A.A., Wu, M-T., Wang, J-S., Lai, N-S., Lu, J.Y., Ger, L-P., and Roggli, V.L.: Outbreak of bronchiolitis obliterans associated with consumption of Sauropus androgynus in Taiwan. Lancet 348:83-85, 1996.

109. Ghio, A.J. and Roggli, V.L.: Accumulation of iron in the rat lung after intratracheal instillation of coal dust. Appl. Occup. Environ. Hyg. 11:980-985, 1996.

110. Coin, P.G., Osornio-Vargas, A.R., Roggli, V.L., and Brody, A.R.: Pulmonary fibrogenesis after three consecutive inhalation exposures to chrysotile asbestos in the rat. Am. J. Respir. Crit. Care Med.154:1511-1519, 1996.

111. Lidor, C., McDonald, J.W., Roggli, V.L., and Vail, T.P.: Wear particles in bilateral internal iliac lymph nodes after loosening of a painless unilateral cemented total hip arthroplasty. J. Urol. 156:1775-1776, 1996.

112. Ghio, A.J., LeFurgey, A., and Roggli, V.L.: The in vitro accumulation of iron on crocidolite is associated with decrements in oxygen generation by the fiber. J. Toxicol. Environ. Health 50:125-142, 1997.

113. Sterner, D.J., Mori, M., Roggli, V.L., and Fraire, A.E.: Prevalence of pulmonary atypical alveolar cell hyperplasia in an autopsy population. Mod. Pathol. 10:469-473, 1997.

114. Fraire, A.E., Greenberg, S.D., Spjut, H.J., Dodson, R.F., Williams, G., Lach-Pasko, E., and Roggli, V.L.: Effect of erionite upon the pleural mesothelium of the Fischer 344 rat. Chest 111:1375-1380, 1997.

115. Baz, M.A., Ghio, A.J., Roggli, V.L., Tapson, V.F., and Piantadosi, C.A.: Iron accumulation in lung allografts after transplantation. Chest 112:435-439, 1997.

116. Zeren, H., Colby, T.V., and Roggli, V.L.: Silica-induced pleural disease: An unusual case mimicking malignant mesothelioma. Chest 112:1436-1438, 1997.

117. Henderson, D.W., Rantanen, J., Barnhart, S., Dement, J.M., De Vuyst, P., Hillerdal, G., Huuskonen, M.S., Kivisaari, L., Kusaka, Y., Lahdensuo, A., Langard, S., Mowe, G., Okubo, T., Parker, J.E., Roggli, V.L., Rödelsperger, K., Rösler, J., Tossavainen, A., and Woitowitz, H.J.: Asbestos, asbestosis, and cancer: The Helsinki criteria for diagnosis and attribution. A consensus report of an international expert group. Scand. J. Work Environ. Health 23:311-316, 1997.

118. Choe, N., Tanaka, S., Xia, W., Hemenway, D.R., Roggli, V.L., and Kagan, E.: Pleural macrophage recruitment and activation in asbestos-induced pleural injury. Environ. Health Persp. 105 (Supl 5): 1257-1260, 1997.

119. Mangano, W.D., Cagle, P.T., Churg, A., Vollmer, R.T., and Roggli, V.L.: The diagnosis of desmoplastic malignant mesothelioma and its distinction from fibrous pleurisy: A histologic and immunohistochemical analysis of 31 cases including p53 immunostaining. Am. J. Clin. Pathol. 110:191-199, 1998.

120. Oury, T.D., Hammar, S.P., and Roggli, V.L.: Ultrastructural features of diffuse malignant mesotheliomas. Hum. Pathol. 29:1382-1392, 1998.

121. Nolan, R.L., McAdams, H.P., Sporn, T.A., Roggli, V.L., Tapson, V.F., and Goodman, P.C.: Pulmonary cholesterol granulomas in patients with pulmonary arterial hypertension: Chest radiographic and CT findings. Am. J. Roentgenol. 172:1317-1319, 1999.

122. Gavett, S.H., Madison, S.L., Scarborough, P.E., Qu, W., Boyle, J.E., Chulada, P.C., Tiano, H.F., Lee, C.A., Langenbach, R., Roggli, V.L., and Zeldin, D.C.: Allergic lung responses are increased in prostaglandin H synthase deficient mice. J. Clin. Invest. 104:721-732, 1999.

123. Boag, A.H., Colby, T.V., Fraire, A.E., Kuhn, C., Roggli, V.L., Travis, W.D., and Vallyathan, V.: The pathology of interstitial lung disease in Nylon flock workers. Am. J. Surg. Pathol. 23:1539-1545, 1999.

124. Roggli, V.L. and Sanders, L.L.: Asbestos content of lung tissue and carcinoma of the lung: A clinicopathologic correlation and mineral fiber analysis of 234 cases. Ann. Occup. Hyg. 44:109-117, 2000.

125. Churg, A., Colby, T.V., Cagle, P.T., Corson, J.M., Gibbs, A.R., Gilks, B., Grimes, M.M., Hammar, S.P., Roggli, V.L., and Travis, W.D.: The separation of benign and malignant mesothelial proliferations. Am. J. Surg. Pathol. 24:1183-1200, 2000.

126. Erasmus, J.J., Connolly, J.E., McAdams, H.P., and Roggli, V.L.: Solitary pulmonary nodules. I. Morphologic evaluation for differentiation of benign and malignant lesions. Radiographics 20:43-58, 2000.

127. Ghio, A.J., Roggli, V.L., Kennedy, T.P., and Piantadosi, C.A.: Calcium oxalate and iron accumulation in sarcoidosis. Sarcoidosis 17:140-150, 2000.

128. Zeren, E.H., Gumurdulu, D., Roggli, V.L., Zorludemir, S., Erkisi, M., and Tuncer, I.: Environmental malignant mesothelioma in Southern Anatolia: A study of 50 cases. Environ. Hlth. Persp. 108:1047-1050, 2000.

129. Crotty, E.J., McAdams, H.P., Erasmus, J.J., Sporn, T.A., and Roggli, V.L.: Epithelioid hemangioendothelioma of the pleura: Clinical and radiologic features. Am. J. Roentgenol. 175:1545-1549, 2000.

130. Zeldin, D.C., Wohlford-Lenane, C., Chulada, P., Bradbury, J.A., Scarborough, P.E., Roggli, V.L., Langenbach, R., and Schwartz, D.A.: Airway inflammation and responsiveness in prostaglandin H synthase-deficient mice exposed to bacterial lipopolysaccharide. Am. J. Respir. Cell Mol. Biol. 25: 457-465, 2001.

131. Butnor, K.J., Sporn, T.A., Hammar, S.P., and Roggli, V.L.: Well-Differentiated Papillary Mesothelioma.  Am. J. Surg. Pathol. 25: 1304-1309, 2001.

132. Ghio, A.J., Gilbey, J.G., Roggli, V.L., Richards, J.H., McGee, J.K., Carson, J.L., Devlin, D.B, and Cascio, W.E.: Diffuse alveolar damage after exposure to an oil fly ash.  Am. J. Respir. Crit. Case Med. 164: 1514-1518, 2001.

133. Kumahi, F. T., Kawai, T., Churg, A., Gallateau-Salle, F.B., Hasleton, P., Henderson, D., Roggli, V., Travis, W.D., Cagle, P.T., and Ferrans, V.J.:  Expression of telomerase reverse transcriptase (TERT) in malignant mesothelioma. Am. J. Surg. Pathol. 26: 365-370, 2002.

134. Roggli, V.L., Sharma, A., Butnor, K.J., Sporn, T., and Vollmer, R.T.: Malignant mesothelioma and occupational exposure to asbestos: A clinicopathological correlation of 1445 cases.  Ultrastruct. Pathol. 26: 55-65, 2002.

135. Roggli, V.L., Vollmer, R.T., Butnor, K.J., and Sporn, T.A.: Tremolite and mesothelioma. Ann. Occup. Hyg. 46: 447-453, 2002.

136. Rom, W.N., Weiden, M., Garcia, R., Yie, T.A., Vathesatogkit, P., Tse, D.B., McGuinness, G., Roggli, V.L., and Prezant, D.: Acute eosinophilic pneumonia in a New York City firefighter exposed to World Trade Center dust. Am. J. Respir. Crit. Care Med. 166: 797-800, 2002.

137. Sporn, T.A., Butnor, K.J., and Roggli, V.L.: Epithelioid hemangioendothelioma of the pleura: An aggressive vascular malignancy and clinical mimic of malignant mesothelioma. Histolopathology 41 [Suppl 2]: 173-177, 2002.

138. Butnor, K.J., Sporn, T.A., and Roggli, V.L.: Exposure to brake dust and malignant mesothelioma: A study of 10 cases with mineral fiber analyses. Ann. Occup. Hyg. 47: 325-330, 2003.

139. Marsh, G.M., Gula, M.J., Roggli, V.L., and Churg, A.: The role of smoking and exposure to asbestos and man-made vitreous fibers in a questionable case of mesothelioma. Ind Health 41: 332-334, 2003.

140. Ghio, A.J., Roggli, V.L., Richards, J.H., Crissman, K.M., Stoneheurner, J.D., and Piantadosi, C.A.: Oxalate deposition on asbestos bodies. Hum. Pathol. 34: 737-742, 2003.

141. Butnor, K.J., Sporn, T.A., Ingram, P., Gunasegaram, S., Pinto, J.F., and Roggli, V.L.: Beryllium detection in human lung tissue using electron probe x-ray microanalysis. Mod. Pathol. 16: 1171-1177, 2003.

142. Cai, Y.-C., Roggli, V.L., Mark, E., Xu, X., Cagle, P.T., Seaver, S., Savas, L., and Fraire, A.E.:  Expression of transforming growth factor-alpha (TGF-a) and epidermal growth factor receptor (EGFR) in reactive mesothelial proliferations and malignant mesothelioma. Arch. Pathol. Lab. Med. 128: 68-70, 2004.

143. Butnor, K.J., Burchette, J.L., Sporn, T.A., Hammar, S.P., and Roggli, V.L.: The spectrum of Kit (CD117) immunoreactivity in lung and pleural tumors: A study of 96 cases using a single source-antibody with a review of the literature. Arch. Pathol. Lab. Med. 128: 538-543, 2004.

144. Ghio, A.J., Roggli, V.L., and Churg, A.: Ferruginous bodies: Implications in the mechanism of fiber and particle toxicology. Toxicol. Pathol. 32: 643-649, 2004.

145. Honma, K., Abraham, J.L., Chiyotani, K., DeVüyst, P., Dumortier, P., Gibbs, A.R., Green, F.H.Y., Hosoda, Y., Iwai, K., Williams, W.J., Kohyama, N., Ostiguy, G., Roggli, V.L., Shida, H., Taguchi, O., and Vallyathan, V.: Proposed criteria for mixed dust pneumoconiosis: Definition, descriptions, and guidelines for pathologic diagnosis and clinical correlation. Hum. Pathol. 35: 1515-1523, 2004.

146. Brownlee, N.A., Mott, R.T., Mahar, A., and Roggli, V.L.: Mucinous (colloid) adenocarcinoma of the lung. Arch. Pathol. Lab. Med. 129: 121-122, 2005.

147. Granville, L.A., Younes, M., Churg, A., Roggli, V.L., Henderson, D.W., and Cagle, P.T.: Comparison of monoclonal vs. polyclonal calretinin antibodies for immunohistochemical diagnosis of malignant mesothelioma. Appl. Immunohistochem Mol Morphol 13: 75-79, 2005.

148. Fields, T.A., McCall, S.J., Reams, D., Roggli, V.L., Palmer, S.M., and Howell, D.N.: Pulmonary embolization of microcrystalline cellulose in a lung transplant recipient. J. Heart Lung Transplant 24: 624-627, 2005.

149. Travis, W.D., Garg, K., Franklin, W.A., Wistuba, I.I., Sabloff, B., Noguchi, M., Kakinuma, R., Zakowski, M., Ginsberg, M., Padera, R., Jacobson, F., Johnson, B.E., Hirsch, F., Brambilla, E., Flieder, D.B., Geisinger, K.R., Thunnisen, F., Kerr, K., Yankelevitz, D., Franks, T.J., Galvin, J.R., Henderson, D.W., Nicholson, A.G., Hasleton, P.S., Roggli, V., Tsao, M.-S., Cappuzzo, F., and Vazquez, M.: Evolving concepts in the pathology and CT imaging of lung adenocarcinoma and bronchioloalveolar carcinoma. J. Clin. Oncol. 23: 3279-3287, 2005.

150. Allen, T.C., Cagle, P.T., Churg, A.M., Colby, T.V., Gibbs, A.R., Hammar, S.P., Corson, J.M., Grimes, M.M., Ordonez, N.G., Roggli V.L., Travis, W.D., and Wick, M.R.: Localized malignant mesothelioma. Am. J. Surg. Pathol. 29: 866-873, 2005.

151. Granville, L., Laga, A.C., Allen, T.C., Dishop, M., Roggli, V.L., Churg, A., Zander, D.S., Cagle, P.T.: Review and update of uncommon primary pleural tumors: A practical approach to diagnosis. Arch. Pathol. Lab. Med. 129: 1428-1443, 2005.

152. Roggli, V.L.: The role of analytical SEM in the determination of causation in malignant mesothelioma. Ultrastruct. Pathol. 30: 31-35, 2006.

153. Hassan, R., Alexander, R., Antman, K., Boffetta, P., Churg, A., Coit, D., Hausner, P., Kennedy, R., Kindler, H., Metintas, M., Mutti, L., Onda, M., Pass, H., Premkumar, A., Roggli, V., Sterman, D., Sugarbaker, P., Taub, R., and Verschraegen, C.: Current treatment

options and biology of peritoneal mesothelioma: Meeting summary of the First NIH Peritoneal Mesothelioma Conference. Ann. Oncol., April 6, 2006.

154. Travis, W.D., Garg, K., Franklin, W.A., Wistuba, I.I., Sabloff, B., Noguchi, M., Kakinuma, R., Zakowski, M., Ginsberg, M., Padera, R., Jacobson, F., Johnson, B.E., Hirsch, F., Brambilla, E., Flieder, D.B., Geisinger, K.R., Thunnisen, F., Kerr, K., Yankelevitz, D., Franks, T.J., Galvin, J.R., Henderson, D.W., Nicholson, A.G., Hasleton, P.S., Roggli, V., Tsao, M.-S., Cappuzzo, F., and Vazquez, M.: Bronchioloalveolar carcinoma and lung adenocarcinoma: The clinical importance and research relevance of the 2004 WHO pathologic criteria. J. Thorac. Oncol. 1 [Suppl]: S13-S19, 2006.

155. Hargett, C.W., Sporn, T.A., Roggli, V.L., and Hollingsworth, J.W.: Giant cell interstitial pneumonia associated with nitrofurantoin. Lung 184: 147-149, 2006.

156. Ghio, A.J., Funkhouser, W., Pugh, C.B., Winters, S., Stonehuerner, J.D., Mahar, A.M., and Roggli, V.L.:  Pulmonary fibrosis and ferruginous bodies associated with exposure to synthetic fibers.  Toxicol. Pathol. 34: 723-729, 2006.

157. Roggli, V.L. and Vollmer, R.T.: Twenty-five years of fiber analysis: What have we learned? Hum. Pathol. 39: 307-315, 2008.

158. Ghio, A.J., Stonehuerner, J., Richards, J.H., Crissman, K., Roggli, V.L., Piantadosi, C.A., and Carraway, M.S.: Iron homeostasis and oxidative stress in idiopathic pulmonary alveolar proteinosis: A case-control study. Respir. Res. 9: 10, 2008.

159. Klebe, S., Mahar, A., Henderson, D.W., and Roggli, V.L.: Malignant mesothelioma with heterologous elements: Clinicopathological correlation of 27 cases and literature review. Mod. Pathol. 21: 1084-1094, 2008.

160. Schneider, F., Sporn, T.A., and Roggli, V.L.: Crocidolite and mesothelioma. Ultrastruct Pathol 32: 171-177, 2008.

161. Husain, A.N., Colby, T., Ordonez, N., Krausz, T., Borczuk, A.C., Cagle, P.T., Chirieac, L.R., Churg, A., Gown, A., Galateau-Salle, F., Gibbs, A., Hammar, S., Litzky, L., Roggli, V.L., Travis, W.D., and Wick, M.R.: Guidelines for Pathologic Diagnosis of Malignant Mesothelioma: A Consensus Statement from the International Mesothelioma Interest Group. Arch. Pathol. Lab. Med. 133: 1317-1331, 2009.

162. Butnor, K.J., Beasley, M.B., Cagle, P.T., Grunberg, S.M., Kong, F.-M., Marchevsky, A., McKenna, R.J., Okby, N.T., Roggli, V.L., Rusch, V.W., Tazelaar, H.D., Travis, W.D., and Suster, S.: Protocol for the examination of specimens from patients with primary non-small cell carcinoma, small cell carcinoma, or carcinoid tumor of the lung. Arch. Pathol. Lab. Med. 133: 1552-1559, 2009.

163. Schneider, F., Sporn, T.A., and Roggli, V.L.: Asbestos Fiber Content of Lungs with Diffuse Interstitial Fibrosis: An Analytical Scanning Electron Microscopic Analysis of 249 Cases. Arch. Pathol. Lab. Med. 134: 457-461, 2010.

164.  Roggli, V.L., Gibbs, A.R., Attanoos, R., Churg, A., Popper, H., Cagle, P., Corrin, B., Franks, T., Galateau-Sallé, F., Galvin, J., Hasleton, P., Henderson, D., and Honma, K.: Pathology of Asbestosis: An Update of the Diagnostic Criteria.  Report of the Asbestosis Committee of the College of American Pathologists and Pulmonary Pathology Society. Arch. Pathol. Lab. Med. 134: 462-480, 2010.

165. Cummings, K.J., Donat, W.E., Ettensohn, D.B., Roggli, V.L., Ingram, P., and Kreiss, K.: Pulmonary Alveolar Proteinosis in Workers at an Indium Processing Facility. Am. J. Respir. Crit. Care Med. 181: 458-464, 2010.

166. Klebe, S., Brownlee, N.A., Mahar, A., Burchette, J.L., Sporn, T.A., Vollmer, R.T., and Roggli, V.L.: Sarcomatoid mesothelioma: A clinical-pathologic correlation of 326 cases. Mod. Pathol. 23: 470-479, 2010.

167. Butnor, K.J., Beasley, M.B., McKenna, R.J., Okby, N.T., Roggli, V.L., Tazelaar, H.D., Travis, W.D., and Suster, S.: Protocol for the examination of specimens from patients with malignant pleural mesothelioma. College of American Pathologists. http://www.cap.org/apps/docs/committees/cancer/cancer_protocols/2009/Mesothelioma_09 protocol.pdf. Accessed March 24, 2010.

168. Li, F., Wang, X., Xu, H., and Roggli, V.L.: Small neuroendocrine lesions in intrathoracic lymph nodes of patients with primary lung adenocarcinoma: Real metastasis? Am. J. Surg. Pathol. 34: 1701-1707, 2010.

169. Duncan, K.E., Ghio, A.J., Dailey, L.A., Bern, A.M., Gibbs-Flournoy, E.A., Padilla-Carlin, D.J., Roggli, V.L., and Devlin, R.B.: Effect of size fractionation on the toxicity of amosite and Libby amphibole asbestos. Toxicol. Sci. 118: 420-434, 2010.

170.Travis, W.D., Brambilla, E., Noguchi, M., Nicholson, AG., Geisinger, K.R., Yatabe, Y., Beer, D.G., Powell, C.A., Riely, G.J., van Schil, P.E., Garg, K., Austin, J.H.M., Asamura, H., Rusch, V.W., Hirsch, F.R., Scagliotti, G., Mitsudomi, T., Huber, R.M., Ishikawa, Y., Jett, J., Sanchez-Cespedes, M., Sculier, J.-P., Takahashi, T., Tsuboi, M., Vansteenkiste, J. Wistuba, I., Yang, P.-C., Aberle, D., Brambilla, C., Flieder, D., Franklin, W., Gazdar, A., Gould, M., Hasleton, P., Henderson, D., Johnson, B., Johnson, D., Kerr, K., Kuriyama, K., Lee, J.S., Miller, V.A., Petersen, I., Roggli, V.L., Rosell, R., Saijo, N., Thunnissen, E., Tsao, M., and Yankelewitz, D.: IASLC/ATS/ERS International Multidisciplinary Classification of Lung Adenocarcinoma. J. Thorac. Oncol. 6: 244-285, 2011.

171. West, D., Geradts, J., Wahidi, M., and Roggli, V.L.: Endobronchial metastatic breast cancer with pagetoid histology mimicking bronchial pagetoid squamous cell carcinoma in situ. Hum. Pathol. 42: 1819-1822, 2011.

172. Marsh, G.M., Youk, A.O., and Roggli, V.L.: Asbestos fiber concentrations in the lungs of brake repair workers: Commercial amphibole levels are predictive of chrysotile levels. Inhal. Toxicol. 12: 681-688, 2011.

173. Churg, A., Cagle, P., Colby, T.V., Corson, J.M., Gibbs, A.R., Hammar, S., Ordonez, N., Roggli, V.L., Tazelaar, H.D., Travis, W.D., and Wick, M.: The fake fat phenomenon in

organizing pleuritis: A source of confusion with desmoplastic malignant mesotheliomas. Am. J. Surg. Pathol. 35: 1823-1829, 2011.

174. Ghio, A.J., Soukup, J.M., Daily, L.A., Richards, J.H., Turi, J.L., Pavlisko, E.N., and Roggli, V.L.: Disruption of iron homeostasis in mesothelial cells following talc pleurodesis. Am. J. Respir. Cell Mol. Biol. 46: 80-86, 2012.

175. Cummings, K.J., Nakano, M., Omae, K., Takeuchi, K., Chonan, T., Xiao, Y.L., Harley, R.A., Roggli, V.L., Hebisawa, A., Tallaksen, R.J., Trapnell, B.C., Day, G.A., Saito, R., Stanton, M.L., Suarthana, E., and Kreiss, K: Indium lung disease. Chest. 141: 1512-1521, 2012.

176. Thunnissen, E., Beasley, M., Borczuk, A., Brambilla, E., Chirieac, L.R., Dacic, S.,  Flieder, D., Gazdar, A., Geisinger, K., Hasleton, P., Ishikawa, Y., Kerr, K.M., Lantejoul, S., Matsuno, Y., Minami, Y., Moreira, M.L., Motoi, N., Nicholson, A.G., Noguchi, M., Nonaka, D., Pelosi, G., Petersen, I., Rekhtman, N., Roggli, V., Travis, W.D., Tsao, M.S., Wistuba, I., Xu, H., Yatabe, Y., Witte, B., and Kuik, D.J.: Reproducibility of histopathological subtypes and invasion in pulmonary adenocarcinoma. An international interobserver study. Mod. Pathol. 25: 1574-1583, 2012.

177. Lockey, J.E., Roggli, V.L., Hilbert, T.J., Rice, C.H., Levin, L.S., Borton, E.K., Biddinger, P.W., and LeMasters, G.K.: Biopersistence of refractory ceramic fiber (RCF) in human lung tissue and a 20-year follow-up of radiographic pleural changes in workers. J. Occup. Environ. Med. 54: 781-788, 2012.

178. Roggli, V.L., Pavlisko, E.N., and Seaman, D.M.: Sclerosing hemangioma of the lung: Case report and literature review. Pathol. Case Revs. 17: 192-197, 2012.

179. Travis, W.D., Brambilla, E., Noguchi, M., Nicholson, A., Geisinger, K., Yatabe, Y., Ishikawa, Y., Wistuba, I., Flieder, D.B., Franklin, W., Gazdar, A., Hasleton, P.S., Henderson, D.W., Kerr, K.M., Nakatani, Y., Petersen, I., Roggli, V., Thunnissen, E., and Tsao, M.: Diagnosis of Lung Adenocarcinoma in Resected Specimens: Implications of the 2011 International Association for the Study of Lung Cancer/American Thoracic Society/European Respiratory Society Classification. Arch. Pathol. Lab. Med. 137: 685-705, 2013.

180. Travis, W.D., Brambilla, B., Noguchi, M., Nicholson, A., Geisinger, K., Yatabe, Y., Ishikawa, Y., Wistuba, I., Flieder, D.B., Franklin, W., Gazdar, A., Hasleton, P.S., Henderson, D.W., Kerr, K.M., Petersen, I., Roggli, V., Thunnissen, E., and Tsao, M.: Diagnosis of Lung Cancer in Small Biopsies and Cytology: Implications of the 2011 International Association for the Study of Lung Cancer/American Thoracic Society/European Respiratory Society Classification. Arch. Pathol. Lab. Med. 137: 668-684, 2013.

181. Husain, A.N., Colby, T., Ordonez, N., Krausz, T., Attanoos, R., Beasley, M.B., Borczuk, A.C., Butnor, K., Cagle, P.T., Chirieac, L.R., Churg, A., Dacic, S., Fraire, A., Galeano-Salle, F., Gibbs, A., Gown, A., Hammar, S., Litzky, L., Marchevsky, A.M., Nicholson, A.G., Roggli, V., Travis, W.D., and Wick, M.: Guidelines for pathologic diagnosis of malignant

mesothelioma: 2012 update of the consensus statement from the International Mesothelioma Interest Group. Arch. Pathol. Lab. Med. 137: 647-667, 2013.

182. Sporn, T.A. and Roggli, V.L.: Consideration of occupational lung disease and pneumoconiosis in forensic pathology. Acad. Forensic Pathol. 3: 370-385, 2013.

183. Graham, M.A. and Roggli, V.L.: Medicolegal aspects of asbestos I – Malignant mesothelioma and lung cancer. Acad. Forensic Pathol. 3: 386-406, 2013.

184. Rasmuson, J.O., Roggli, V.L., Boelter, F.B., Rasmuson, E.J., and Redinger, C.F.: Cumulative retrospective exposure assessment (REA) as a predictor of amphibole asbestos lung burden: validation procedures and results for industrial hygiene and pathology estimates. Inhal. Toxicol. 26: 1-13, 2014.

185. Ghio, A.J., Sangani, R.G., and Roggli, V.L.: Expanding the spectrum of fiber- and particle-associated interstitial lung diseases. Turk. Thorac. J. 15: 1-8, 2014.

186. Kraft, B.D., Piantadosi, C.A., Benjamin, A.M., Lucas, J.E., Zaas, A.K., Betancourt-Quiroz, M., Woods, C.W., Chang, A.L., Roggli, V.L., Marshall, C.D., Ginsburg, G.F., Welty-Wolf, K.: Development of a novel preclinical model of pneumococcal pneumonia in non-human primates. Am. J. Respir. Cell Mol. Biol. 50: 995-1004, 2014.

187. Duncan, K.E., Gavett, S.P., Dailey, L.A., Mahoney, R.K., Ghio, A.J., Roggli, V.L., and Devlin, R.B.: In vitro determinants of asbestos fiber toxicity: Effect on the relative toxicity of Libby amphibole in primary human airway epithelial cells. Part. Fibre Toxicol. 11: 2-14, 2014.

188. Ghio, A.J., Kummarapurugu, S.T., Tong, H., Soukup, J.M., Dailey, L.A., Boykin, E., Gilmour, I., Ingram, P., Roggli, V.L., Goldstein, H.L., and Reynolds, R.L.: Biological effects of desert dust in respiratory epithelial cells and a murine model. Inhal. Toxicol. 26: 299-309, 2014.

189. Thunnissen, E., Noguchi, M., Aisner, S., Beasley, M., Brambilla, E., Chirieac, L.R., Chung, J.H., Dacic, S., Geisinger, K., Hirsch, F., Ishikawa, Y., Kerr, K.M., Lantejoul, S., Matsuno, Y., Minami, Y., Moreira, A.L., Pelosi, G., Petersen, I., Roggli, V., Travis, W.D., Wistuba, I., Yatabe, Y., Dziadziuszko, R., Witte, B., Tsao, M., and Nicholson, A.G.: Reproducibility of histopathological diagnosis in poorly differentiated NSCLC: An international multi-observer study. J. Thorac. Oncol. 9: 1354-1362, 2014.

190. Vainio, H., Oksa, P., Anttila, S., Finkelstein, M., Frilander, H., Gustavsson, P., Hillerdal, G., Iavicoli, S., Inai, K., Kang, S-K., Kishimoto, T., Kjuus, H., Kraus, T., Kusaka, Y., Langard, S., Malila, N., Markowitz, S., Miller, A.B., Miller, A., Pallasaho, P., Parker, J., Rantanen, J., Roggli, V.L., Rushton, L., Sauni,R., Smith, R. A., Stayner, L., Straif, K., Takahashi, K., Tuomi, T., Wannag, A., Vehmas, T., Weissman, D.N., and Wolff, H.: Asbestos, asbestosis and cancer, the Helsinki criteria for diagnosis and attribution 2014: recommendations. Scand. J. Work Environ. Health 41: 5-15, 2015.

191. Roggli, V.L., Anttila, S., Kane, A., Inai, K., and Wolff, H.: Pathology and Biomarkers, CH 4, In: Asbestos, Asbestosis, and Cancer: Helsinki Criteria for Diagnosis and Attribution.

Helsinki: Finnish Institute of Occupational Health, 2014, pp. 123-151. Available from: www.ttl.fi/hcuasbestos.

192. Roggli, V.L.: The 'so-called' short fiber controversy: literature review and critical analysis. Arch. Pathol. Lab. Med. 139: 1052-1057, 2015.

193. Li, X., Brownlee, N.A., Sporn, T.A., Mahar, A. and Roggli, V.L.: Malignant (diffuse) mesothelioma in patients with hematological malignancies: A clinicopathologic study of 45 cases. Arch. Pathol. Lab. Med. 139: 1129-1136, 2015.

194. Carney, J.M., Kraynie, A.M. and Roggli, V.L.: Immunostaining in lung cancer for the clinician: Commonly used markers for differentiating primary and metastatic pulmonary tumors. Ann. Am. Thorac. Soc. 12: 429-435, 2015.

195. Pavlisko, E.N. and Roggli, V.L.: Sarcomatoid peritoneal mesothelioma: clinicopathologic correlation of 13 cases. Am. J. Surg. Pathol. 39: 1568-1575, 2015.

196. Ghio, A.J., Pavlisko, E.N., and Roggli, V.L.: Iron and iron-related proteins in asbestosis. J. Environ. Pathol. Toxicol. Oncol. 34: 277-285, 2015.

197. Fredenburgh, L., Kraft, B., Hess, D., Harris, R., Wolf, M., Suliman, H., Roggli, V.L., Davies, J., Winkler, T., Stenzler, A., Baron, R., Thompson, B.T., Choi, A., Welty-Wolf, K., and Piantadosi, C.: Inhaled CO administration and resolution of acute lung injury in baboons with pneumococcal pneumonia. Am. J. Phys. - Lung 309: L834-L846, 2015.

198. Churg, A., Attanoos, R., Borczuk, A.C., Chirieac, L.R., Galateau-Salle, F., Gibbs, A., Henderson, D., Roggli, V., Rusch, V., Judge, M.J., and Srigley, J.R.: Dataset for reporting of mesothelioma in the pleura or peritoneum: Recommendations from the International Collaboration on Cancer Reporting (ICCR). Arch. Pathol. Lab. Med. 140: 1104-1110, 2016.

199. Galateau-Salle, F., Churg, A., Roggli, V., and Travis, W.D.: The 2015 WHO classification of tumors of the pleura: Advances since the 2004 classification. J. Thorac. Oncol. 11: 142-154, 2016.

200. Khoor, A., Roden, A.C., Colby, T.V., Roggli, V.L., Elrefaei, M., Alvarez, F., Erasmus, D.B., Mallea, J.M., Murray, D.L., and Keller, C.A.: Giant cell interstitial pneumonia in patients without hard metal exposure: Analysis of three cases and review of the literature. Hum. Pathol. 50: 176-182, 2016.

201. Roggli, V.L., Gibbs, A.R., Attanoos, R., Churg, A., Popper, H., Corrin, B., Franks, T.J., Galateau-Salle, F., Galvin, J., Hasleton, P., and Honma, K.: Pathology of Asbestosis -- An Update of the Diagnostic Criteria: Response to a Critique. Arch. Pathol. Lab Med. 140: 950-952, 2016.

202. Roggli, V.L.: Fiber analysis vignettes: Electron microscopy to the rescue! Ultrastruct. Pathol. 40: 126-133, 2016.

203. Carney, J., McAdams, P., McCluskey, J., and Roggli, V.L.: Aluminum-induced pneumoconiosis confirmed by analytical scanning electron microscopy: A case report and review of the literature. Ultrastruct. Pathol. 40: 155-158, 2016.

204. Sporn, T.A. and Roggli, V.L.: A hard (metal) case: Value of analytical scanning electron microscopy. Ultrastruct. Pathol. 40: 147-150, 2016.

205. de Ridder, G.G., Kraynie, A., Pavlisko, E.N., Oury, T.D., and Roggli, V.L.: Asbestos content of lung tissue in patients with malignant peritoneal mesothelioma: A study of 42 cases. Ultrastruct. Pathol. 40: 134-141, 2016.

206. Galeotti, J., Sporn, T., Ingram, P., Wahidi, M.M., and Roggli, V.L.: Endogenous pneumoconiosis: Analytical scanning electron microscopic analysis of a case. Ultrastruct. Pathol. 40: 159-162, 2016.

207. Roggli, V.L., and Sporn, T.A.: Carcinoma of the lung in the absence of asbestosis: The value of lung fiber burden analysis. Ultrastruct. Pathol. 40: 151-154, 2016.

208. Kraynie, A., de Ridder, G., Sporn, T., Pavlisko, E., and Roggli, V.L.: Malignant mesothelioma not related to asbestos exposure: Analytical scanning electron microscopic analysis of 83 cases and comparison with 442 asbestos-related cases. Ultrastruct. Pathol. 40: 142-146, 2016.

209. Butnor, K.J., Brownlee, N.A., Mahar, A., Pavlisko, E.N., Sporn, T.A., and Roggli, V.L.: Diffuse malignant mesothelioma and synchronous lung cancer: A clinicopathological study of 18 cases. Lung Cancer 95: 1-7, 2016.

210. Oczypok, E.A., Sanchez, M.S., van Orden, D.R., Berry, G.J., Pourtabib, K., Gunter, M.E., Roggli, V.L., Kraynie, A.M., and Oury, T.D.: Erionite-associated malignant pleural mesothelioma in North America. Int. J. Clin. Exp. Pathol. 9: 5722-5732, 2016.

211. Butnor, K.J., Pavlisko, E.N., Sporn, T.A., and Roggli, V.L.: Malignant peritoneal mesothelioma and Crohn disease. J. Clin. Pathol. 70: 228-232, 2017.

212. Marchevsky, A.M., LeStang, N., Hiroshima, K., Pelosi, G., Attanoos, R., Churg, A., Chirieac, L., Dacic, S., Husain, A., Khoor, A., Klebe, S., Lantuejoul, S., Roggli, V.L., Vignaud, J.-M., Weynand, B., Sauter, J., Henderson, D., Nabeshima, K., Galateau-Salle, F.: The differential diagnosis between pleural sarcomatoid mesothelioma and spindle cell/pleomorphic (sarcomatoid) carcinomas of the lung: Evidence-based guidelines from the International Mesothelioma Panel and the MESOPATH National Reference Center. Hum. Pathol. 67: 160-168, 2017.

213. Husain, A.N., Colby, T.V., Ordonez, N.G., Allen, T.C., Attanoos, R.L., Beasley, M.B., Butnor, K.J., Chirieac, L.R., Churg, A.M., Dacic, S., Galateau-Salle, F., Gibbs, A., Gown, A.M., Krausz, T., Litzky, L.A., Marchevsky, A., Nicholson, A.G., Roggli, V.L., Sharma, A.K., Travis, W.D., Walts, A.E., and Wick, M.R.: Guidelines for pathologic diagnosis of malignant mesothelioma: 2017 update of the consensus statement from the International Mesothelioma Interest Group. Arch. Pathol. Lab. Med. 142: 89-108, 2018.

214. Rosen, L.E., Karrison, T., Adusumilli, P., Ananthanarayanan, V., Alchami, F., Attanoos, R., Brcic, L., Butnor, K., Galateau-Salle, F., Hiroshima, K., Kadota, K., Klampatsa, A., Le Stang, N., Lindenmann, J., Litzky, L., Marchevsky, A., Medeiros, F., Montero, M.A., Moore, D., Nabeshima, K., Pavlisko, E., Roggli, V.L., Sauter, J., Sharma, A., Sheaff, M., Travis, W., Vigneswaran, W., Vrugt, B., Walts, A., Tjota, M.Y., Krausz, T., and Husain, A.N.: Nuclear grading, necrosis and solid growth pattern predict prognosis in malignant epithelioid pleural mesothelioma: A multi-institutional study. Mod. Pathol. 31: 598-606, 2018.

215. Butnor, K.J., Pavlisko, E.N., Sporn, T.A. and Roggli, V.L.: Malignant Mesothelioma in Individuals with Non-Mesothelial Neoplasms. Arch Pathol Lab Med 142: 730-734, 2018.

216. Attanoos, R.L., Churg, A., Galateau-Salle, F., Gibbs, A.R., and Roggli, V.L.: Malignant Mesothelioma and its Non-Asbestos Causes. Arch Pathol Lab Med 142: 753-760, 2018.

217. Liu, Y., Marsh, G.M., and Roggli, V.L.: Asbestos fiber concentrations in the lungs of brake repair workers: An updated analysis using several regression methods to handle non-detectable measurements. J. Occup. Environ. Med. 60: 661-671, 2018.

218. Dragani, T.A., Colombo, F., Pavlisko, E.N., and Roggli, V.L.: Malignant mesothelioma diagnosed at a younger age is associated with heavier asbestos exposure. Carcinogenesis 39: 1151-1156, 2018.

219. Butnor, K.J., Rueckert, J., Pavlisko, E.N., Sporn, T.A., and Roggli, V.L.: Malignant peritoneal mesothelioma in patients with endometriosis. J. Clin. Pathol. 71: 971-974, 2018.

220. Galateau-Salle, F., Le Stang, N., Nicholson, A.G., Pissaloux, D., Churg, A., Klebe, S., Roggli, V., Tazelaar, H., Vignaud, J.M., Attanoos, R., Beasley, M.B., Begueret, H., Capron, F., Chirieac, L., Copin, M.C., Dacic, S., Foulet, A., Gibbs, A., Hiroshima, K., Hofman, V., Husain, A., Kerr, K., Marchevsky, A., Nabeshima, K., Rouquette, I., Sagan, C., Sauter, J., Thivolet, F., Travis, W.D., Weynand, B., Damiola, F., Scherpereel, A, Pairon J.C., Lantuejoul, S., Rusch, V., and Girard, N.: New insights on diagnostic reproducibility of biphasic mesotheliomas: A multi-institutional evaluation by the international mesothelioma panel from the MESOPATH reference center. J. Thorac. Oncol. 13: 1189-1203, 2018.

221. Berg, K.B., Liebling, P.D., Kubik, M.J., Attanoos, R., Galateau-Salle, F., Roggli, V.L., Wick, M., and Churg, A.M.: Pleural nodular/mesothelial hyperplasia associated with syphilis. Hum. Pathol.: Case Reports 13: 18-20, 2018.

222. Roggli, V.L.: Measuring EMPs in the Lung: What Can Be Measured in the Lung: Asbestiform Minerals and Cleavage Fragments. Toxicol. Appl. Pharmacol. 361: 14-17, 2018.

223. Roggli, V.L. and Green, C.L.: Dimensions of Elongated Mineral Particles: A Study of More Than 570 Fibers from More Than 90 Cases with Implications for Pathogenicity and Classification as Asbestiform vs. Cleavage Fragments. Ultrastruct. Pathol. 43: 1-5, 2019.

224. Carney, J.M., Pavlisko, E.N., Sporn, T.A., and Roggli, V.L.: Dusting Off the Numbers of In Situ Particle Analysis: A Thirty-five Year Experience. Ultrastruct. Pathol. 43: 110-116, 2019.

225. Butnor, K.J., Pavlisko, E.N., Sporn, T.A., and Roggli, V.L.: Mesothelioma of the tunica vaginalis testis. Hum. Pathol. 92: 48-58, 2019.

226. Dacic, S., Le Stang, N., Husain, A., Weynand, B., Beasley, M.B., Butnor, K., Chapel, D., Gibbs, A., Klebe, S., Lantuejoul, S., Roden, A., Roggli, V., Tazelaar, H., Vignaud, J.-M., and Galateau-Salle, F.: Interobserver variation in the assessment of the sarcomatoid and transitional components in biphasic pleural mesotheliomas. Mod. Pathol. (in press, 2019).

227. Wronkiewicz, S.K., Roggli, V.L., Hinrichs, B.H., Kendler, A., Butler, R.A., Christensen, B.C., Marsit, C.J., Nelson, H.H., McClean, M.D., Lockey, J.E., Kelsey, K.T., and Langevin, S.M.: Chrysotile fibers in tissue adjacent to laryngeal squamous cell carcinoma in cases with a history of occupational asbestos exposure. Mod. Pathol. (in press, 2019).

228. Glass, C.H., Sholl, L.M., Landgraf, J.R., Chirieac, L., and Roggli, V.L.: Molecular analysis of a patient with Neurofibromatosis II (NF2) and peritoneal malignant mesothelioma. Am. J. Surg. Pathol. (in press, 2019).

229. Marchevsky, A.M., Khoor, A., Walts, A.E., Nicholson, A.G., Zhang, Y.Z., Roggli, V.L., Carney, J., Roden, A.C., Tazelaar, H.D., Larsen, B.T., LeStang, N., Chirieac, L., Klebe, S., Tsao, M.-S., De Perrot, M., Pierre, A., Hwang, D.M., Hung, Y.P., Mino-Knudson, M., Travis, W., Sauter, J., Beasley, M.B., and Gallateau-Salle, F.: Localized malignant mesothelioma, an unusual and poorly characterized neoplasm of serosal origin: Best current evidence from the literature and the International Mesothelioma Panel. Mod. Pathol. (in press, 2019).

230. Nicholson, A.G., Sauter, J.L., Nowak, A., Kindler, H., Gill, R., Remy-Jardin, M., Cree, I., Fernandez-Cuesta, L., Bueno, R., Armato, S., Attanoos, R., Baas, P., Beasley, M.B., Brcic, L., Butnor, K., Chirieac, L., Churg, A., Courtiol, P., Dacic, S., De Perrot, M., Frauenfelder, T., Gibbs, A., Hirsch, F., Hiroshima, K., Husain, A., Klebe, S., Lantuejoul, S., Moreira, A., Opitz, I., Pass, H., Peyrol, M., Roden, A., Roggli, V., Scherpereel, A., Tirode, F., Tazelaar, H., Travis, W.D., Tsao, M., van Schil, P., Vignaud, J.M., Weynand, B., Rusch, V.W., Girard, N., and Galateau-Salle, F.: EURACAN/IASLC proposals for updating the histologic classification of pleural mesothelioma: towards a more multidisciplinary approach. J. Thorac. Oncol. (in press, 2019).

231. Galateau-Salle, F., Le Stang, N., Tirode, F., Courtiol, P., Nicholson, A.G., Tazelaar, H.D., Tsao, M.S., Churg, A., Dacic, S., Roggli, V., Pissaloux, D., Maussion, C., Moarii, M., Beasley, M.B., Beguerot, H., Chapel, D.B., Copin, M.C., Gibbs, A.R., Klebe, S., Lantuejoul, S., Nabeshima, K., Vignaud, J.M., Attanoos, R., Brcic, L., Capron, F., Chirieac, L.R., Damiola, F., Sequeiros, R., Cazes, A., Damotte, D., Foulet, A., Giusiano-Courcambeck, S., Hiroshima, K., Hofman, V., Husain, A.N., Kerr, K., Marchevsky, A., Paindavoine, S., Picquenot, J.M., Rouquette, I., Sagan, C., Sauter, J., Thivolet, F., Brevet, M., Travis, W.D., Planchard, G., Weynand, B., Fernandez-Cuesta, L., Pairon, J.C., Rusch, V., and Girard, N.: Deep learning approach and comprehensive molecular and pathological evaluation of

transitional mesothelioma: A multi-institutional study of the International Mesothelioma Panel from MESOPATH Reference Center. J. Thorac. Oncol. (in press, 2020).

232. Foster, M.H., Ord, J.R., Zhao, E.J., Birukova, A., Fee, L., Korte, F.M., Asfaw, Y.G., Roggli, V.L., Ghio, A.J., Tighe, R.M., and Clark, A.G.: Silica exposure differentially moderates autoimmunity in lupus strains and autoantibody transgenic mice. Front. Immunol. (in press, 2020).

233. Pavlisko, E.N., Liu, B., Green, C., Sporn, T.A., and Roggli, V.L.: Malignant diffuse mesothelioma in women: A study of 354 cases. Am. J. Surg. Pathol. (in press, 2020).

**Chapters in Books:**

1. Shelburne, J.D., Wisseman, C.L., Broda, K.R., Roggli, V.L., and Ingram, P.: Lung- Non-Neoplastic Conditions. In: Diagnostic Electron Microscopy, Vol. 4, (Trump, B.F., and Jones, R.J., eds.), John Wiley and Sons, New York, 1983, pp. 475-538.

2. Roggli, V.L., Mastin, J.P., Shelburne, J.D., Roe, M.S., and Brody, A.R.: Inorganic Particulates in Human Lung: Relationship to the Inflammatory Response. In: Inflammatory Cells and Lung Disease (W.S. Lynn, M.D., eds.), CRC Press, Inc., Boca Raton, FL, 1983, pp. 29-62.

3. Roggli, V.L., and Shelburne, J.D.: Mineral Pneumoconioses, Chapter 21, In: Pulmonary Pathology (Dail, D.H., and Hammar, S.P., eds.), Springer-Verlag, New York, 1988, pp. 589-617.

4. Roggli, V.L., and Brody, A.R.: Imaging Techniques for Application to Lung Toxicology, In: Toxicology of the Lung (Gardner, D.E., Crapo, J.D., and Massaro, E.J., eds.), Raven Press, New York, 1988, pp. 117- 145.

5. Roggli, V.L.: Scanning Electron Microscopic Analysis of Mineral Fibers in Human Lungs. Chptr. 5. In: Microprobe Analysis in Medicine, (Ingram, P., Shelburne, J.D., and Roggli, V.L., eds.), Hemisphere Pub. Corp.: Washington, D.C., 1989, pp. 97-110.

6. Shelburne, J.D., Tucker, J.A., Roggli, V.L., and Ingram, P.: Overview of Applications in Medicine, Chptr. 3. In: Microprobe Analysis in Medicine, (Ingram, P., Shelburne, J.D., and Roggli, V.L., eds.), Hemisphere Pub. Corp.: Washington, D.C., 1989, pp. 55-77.

7. Roggli, V.L.: Pathology of Human Asbestosis: A Critical Review. In: Advances in Pathology, vol. 2 (Fenoglio, C.M., ed.), Yearbook Pub., Inc., Chicago, 1989, pp. 31-60.

8. Shelburne, J.D., Roggli, V.L., Ingram, P., Tucker, J.A., and Linton, R.W.: Microprobe Analysis in Medicine - Present Practice and Future Trends. In: Electron Probe Microanalysis: Applications in Biology and Medicine (Zierold, K. and Hagler, H.K., eds.), Springer-Verlag: Berlin, 1989, pp. 305-316.

**Curriculum Vitae**
**Victor L. Roggli, M.D.**
**Page 26**

9.   Roggli, V.L., and Brody, A.R.: The Role of Electron Microscopy in Experimental Models of Pneumoconiosis. In: Electron Microscopy of the Lung (Schraufnagel, D., ed.), Marcel Dekker: New York, 1990, pp. 315-343.

10.  Schraufnagel, D., Ingram, P., Roggli, V.L., and Shelburne, J.D.: An Introduction to Analytical Electron Microscopy and Microprobe Analysis: Techniques and Tools to Study the Lung. In: Electron Microscopy of the Lung (Schraufnagel, D., ed.), Marcel Dekker: New York, 1990, pp. 1-46.

11.  Roggli, V.L.: Mineral fiber content of lung tissue in patients with malignant mesothelioma, Chptr. 6, In: Malignant Mesothelioma (Henderson, D.W., Shilkin, K.B., Langlois, S.L.P., and Whitaker, D., eds.), Hemisphere Pub. Corp.: Washington, D.C., 1991, pp. 201-222.

12.  Roggli, V.L.: Fiber Analysis, Chptr. 18, In: Environmental and Occupational Medicine, 2nd ed. (Rom, W.N., ed.), Little Brown and Co.: New York, 1992, pp. 255-267.

13.  Roggli, V.L., and Shelburne, J.D.: Pneumoconioses, Mineral and Vegetable, Chapter 27, In: Pulmonary Pathology, 2nd Ed. (Dail, D.H., and Hammar, S.P., eds.), Springer-Verlag: New York, 1994, pp. 867-900.

14.  Roggli, V.L.: The Pneumoconioses: Asbestosis, Chapter 36, In: Pathology of Pulmonary Disease (Saldana, M., ed.), J.B. Lippincott Co: Philadelphia, 1994, pp. 395-410.

15.  Roggli, V.L.: Rarer Forms of Pneumoconiosis, Chapter 37, In: Pathology of Pulmonary Disease (Saldana, M., ed.), J.B. Lippincott Co: Philadelphia, 1994, pp. 411-422.

16.  Roggli, V.L., and Fisher, M.: Mixed Interstitial and Intra-alveolar Processes, Chapter 33, In: Pathology of Pulmonary Disease (Saldana, M., ed.), J.B. Lippincott Co: Philadelphia, 1994, pp. 357-368.

17.  Henderson, D.W., Roggli, V.L., Shilkin, K.B., Hammar, S.P. and Leigh, J.: Is asbestosis an obligate precursor for asbestos-induced lung cancer? Fiber burden and the changing balance of evidence. A Preliminary Discussion Document. In: Sourcebook on Asbestos Diseases, vol. 11, (Peters, G.A., and Peters, B.J., eds), Michie Co: Charlottesville, VA, 1995, pp. 97-168.

18.  Henderson, D.W., de Klerk, N.H., Hammar, S.P., Hillerdal, G., Huuskonen, M.S., Karjalainen, A., Leigh, J., Pott, F., Roggli, V.L., Shilkin, K.B., and Tossavainen, A.: Asbestos and lung cancer: Is it attributable to asbestosis or to asbestos fibre burden? Chapter 6, In: Pathology of Lung Tumors (Corrin, B., ed.), Churchill Livingstone, London, 1997, pp. 83-118.

19.  Roggli, V.L., Oury, T.D., and Moffatt, E.J.: Malignant mesothelioma in women. In: Anatomic Pathology, 1997, Vol. 2 (Rosen, P.P. and Fechner, R.E., eds.), ASCP Press, Chicago, 1998, pp. 147-163.

20.  Roggli, V.L.: Fiber analysis. Ch. 23. In: Environmental and Occupational Medicine, 3rd ed. (Rom, W.H., ed.), Lippincott-Raven: New York, 1998, pp. 335-347.

21. Roggli, V.L.: Asbestos: Scientific Status. Ch. 40. In: Modern Scientific Evidence, Suppl. Vol. 3 (Faigmann, D.L., Kaye, D.H., Sahs, M.J., and Sanders, J., eds.), West Group: St. Paul, 1999, pp. 285-325.

22. Roggli, V.L. and Oury, T.D.:  Interstitial fibrosis, predominantly mature. Ch. 5. In: Diagnostic Pulmonary Pathology (Cagle, P.T., ed.), Marcel Dekker: New York, 2000, pp. 77-101.

23. Roggli, V.L.: Asbestos: Scientific Status. Ch. 38. In: Modern Scientific Evidence, Vol. 4 (Faigmann, D.L., Kaye, D.H., Saks, M.J., and Sanders, J., eds.), West Group: St. Paul, 2002, pp. 327-366.

24. Churg, A., Roggli, V.L., Galateau-Salle, F., Cagle, P., Gibbs, A., Henderson, D., Vignaud, J.M., Inai, K., Praet, M., Ordonez, N., Hammar, S., Pugatch, B., Testa, J., Knuutila, S., Gazdar, A., and Saracci, R.: Tumours of the Pleura, CH 2, In: World Health Organization Classification of Tumours, Pathology & Genetics, Tumours of the Lung, Pleura, Thymus, and Heart. WHO: Lyon, 2004, pp. 125-144.

25. Roggli, V.L. and Butnor, K.J.:  Pneumoconioses, CH 9, In:  Practical Pulmonary Pathology (Leslie, K.O., and Wick, M.R., eds.), W.B. Saunders Co:  Philadelphia, 2005, pp. 303-333.

26. Roggli, V.L. and Cagle, P.T.: Pleura, Pericardium and Peritoneum, CH 19, In: Principles and Practice of Surgical Pathology and Cytopathology, 4th Ed. (Silverberg, S.G., DeLellis, R.L., Frable, W.J., LiVolsi, V.A., and Wick, M., eds.), Elsevier: Philadelphia, 2005, pp. 1005-1039.

27. Roggli, V.L. and Cagle, P.T.: Emphysema and Chronic Bronchitis, CH 24, In: Dail and Hammar's Pulmonary Pathology, 3rd Ed. (Tomashefski, J.F., Cagle, P.T., Farver, C.F., Fraire, A.E., eds.), Springer-Verlag: New York, 2008, pp. 866-885.

28. Cagle, P.T. and Roggli, V.L.: Pathology of Small Airways, CH 25, In: Dail and Hammar's Pulmonary Pathology, 3rd Ed. (Tomashefski, J.F., Cagle, P.T., Farver, C.F., Fraire, A.E., eds.), Springer-Verlag: New York, 2008, pp. 886-910.

29. Sporn, T.A. and Roggli, V.L.: Pneumoconioses, Mineral and Vegetable, CH 26, In: Dail and Hammar's Pulmonary Pathology, 3rd Ed. (Tomashefski, J.F., Cagle, P.T., Farver, C.F., Fraire, A.E., eds.), Springer-Verlag: New York, 2008, pp. 911-949.

30. Sporn, T.A. and Roggli, V.L.: Predominantly Mature Interstitial Fibrosis, CH 5, In: Diagnostic Pulmonary Pathology, 2nd Ed. (Cagle, P.T., Allen, T.C. and Beasley, M.B., eds.), Informa: New York, 2008, pp. 85-104.

31. Butnor, K.J. and Roggli, V.L.: Pneumoconioses, CH 9, In: Practical Pulmonary Pathology, 2nd Ed. (Leslie, K.O., and Wick, M.R., eds.), Elsevier: New York, 2011, pp. 311-337.

32. Roggli, V.L.: Electron Microscopy in Occupational and Environmental Lung Disease, CH 13, In: Diagnostic Electron Microscopy: A Practical Guide to Interpretation and Technique (Stirling, J.W., Curry, A., and Eyden, B.P., eds.), John Wiley & Sons: New York, 2013, pp. 323-340.

33. Sporn, T. and Roggli, V.L.: Occupational Lung Disease, CH 14, In: Spencer's Pathology of the Lung, 6th Ed. (Hasleton, P. and Flieder, D.B., eds.), Cambridge University Press: Cambridge, 2013, pp. 512-562.

34. Pavlisko, E.N., Boffetta, P., and Roggli, V.L.: Lung Cancer (Exposure Assessment, Pathology, and Epidemiology), CH 9, In: Occupational Cancers (S. Anttila, P. Boffetta, eds.), Springer-Verlag: London, 2014, pp. 181-209.

35. Pavlisko, E.N. and Roggli, V.L.: Diseases of the Serosal Surfaces, CH 19, In: Silverberg's Principles and Practice of Surgical Pathology and Cytopathology, 5th Ed. (Wick, M.R., Livolsi, V.A., Pfeifer, J.D., Stelow, E.B. and Wakely, P.E., eds.), Cambridge University Press: Cambridge, 2014, pp. 1427-1478.

36. Galateau-Salle, F., Churg, A., Roggli, V.L., Chirieac, L.R., Attanoos, R., Borczuk, A., Cagle, P., Dacic, S., Hammar, S., Husain, A.N., Inai, K., Ladanyi, M., Marchevsky, A.M., Naidich, D., Ordonez, N.D., Rice, D.C., Sheaff, M.T., Travis, W.D., and van Meerbeeck, J.: Tumours of the Pleura, CH 2, In: World Health Organization Classification of Tumours of the Lung, Pleura, Thymus, and Heart. IARC: Lyon, 2015, pp. 153-181.

37. Pavlisko, E.N., Carney, J.M., Sporn, T.A., and Roggli, V.L.: Mesothelioma Pathology, CH 6, In: Current Cancer Research: Asbestos and Mesothelioma (Testa, J.R., ed.), Springer Nature: New York, 2017, pp. 131-160.

38. Gualtieri, A.F., Mossman, B.T., and Roggli, V.L.: Towards a general model for predicting the toxicity and pathogenicity of mineral fibres, CH 15, In: EMU Notes in Mineralogy, Vol. 18 (Gualtieri, A.F., ed.), European Mineralogical Union: London, 2017, pp. 501-532.

39. Butnor, K.J. and Roggli, V.L.: Pneumoconioses, CH 10, In: Practical Pulmonary Pathology, 3rd Ed. (Leslie, K.O., and Wick, M.R., eds.), Elsevier: New York (in press 2019).

40. Pavlisko, E.N. and Roggli, V.L.: Lung Cancer: Clinical Findings, Pathology and Exposure Assessment, CH 10, In: Occupational Cancers, 2nd Ed. (S. Anttila, P. Boffetta, eds.), Springer-Verlag: London (in press, 2019).


**Books & Monographs:**

1. Ingram, P., Shelburne, J.D., Roggli, V.L., eds: Microprobe Analysis in Medicine, Hemisphere Pub. Corp.: Washington, D.C., 1989.

2. Roggli, V.L., Greenberg, S.D., Pratt, P.C., eds.: Pathology of Asbestos-Associated Diseases, Little, Brown & Co.: Boston, MA, 1992.

3. Ingram, P., Shelburne, J.D., Roggli, V.L., LeFurgey, E.A., eds.: Biomedical Applications of Microprobe Analysis.  Academic Press: San Diego, 1999.

4. Roggli, V.L., Oury, T.D., Sporn, T.A., eds.: Pathology of Asbestos-Associated Diseases, 2nd Ed., Springer: New York, 2004.

5. Galateau-Salle, F., Brambilla, E., Cagle, P.T., Churg, A.M., Colby, T.V., Gibbs, A.R., Hammar, S.P., Hasleton, P.S., Henderson, D.W., Inai, K., Praet, M., Roggli, V.L., Travis, W.D., and Vignaud, J.M.: Pathology of Malignant Mesothelioma, Springer: London, 2006.

6. Churg, A., Cagle, P.T., and Roggli, V.L.: Tumors of the Serosal Membranes, AFIP Atlas of Tumor Pathology, Series IV, Fascicle 3, American Registry of Pathology: Washington, D.C., 2006.

7. Oury, T.D., Sporn, T.A., and Roggli, V.L.: Pathology of Asbestos-Associated Diseases, 3rd Ed., Springer: New York, 2014.


**Editorials and Letters to the Editor:**

1. Roggli, V.L.: Pericardial Mesothelioma After Exposure to Asbestos. N. Engl. J. Med. 304:1045, 1981.

2. Roggli, V.L., McLarty, J.W., and Greenberg, S.D.: Asbestos Bodies in Sputum: A Clinical Marker of Exposure. J. Occup. Med. 25:508, 1983.

3. Pratt, P.C. and Roggli, V.L.: Acute interstitial pneumonia. Am. J. Surg. Pathol. 11:156-157, 1987.

4. Roggli, V.L.: Asbestos in Lung Tissue. Chest 97:1501-1502, 1990.

5. Roggli, V.L.: Role of Closed Needle Biopsy in the Diagnosis of Malignant Mesothelioma of the Pleura. Chest 105:321-322, 1994.

6. Roggli, V.L.: Histologic Classification of Lung Cancers: Factors Effecting Its Variability. Am. J. Clin. Pathol. 101:411-412, 1994.

7. Roggli, V.L., McDonald, J.W., and Shelburne, J.D.: The Detection of Silicone Within Tissues. Arch. Pathol. Lab. Med. 118:963-964, 1994.

8. Ghio, A.J. and Roggli, V.L.: Mycotoxins and Interstitial Lung Disease. Chest 108:1185-1186, 1995.

9. Roggli, V.L. and Chiang, A.: Constrictive Bronchiolitis Obliterans in Sauropus Androgynus Poisoning. J. Toxicol. Clin. Toxicol. 34:525-526, 1996.

10. Butnor, K.J., Sporn, T.A., and Roggli, V.L.: Pulmonary Apical Cap. Am. J. Surg. Pathol. 25: 1344, 2001.

11. Ghio, A.J. and Roggli, V.L.: Talc should not be used for pleurodesis in patients with nonmalignant pleural effusions. Am. J. Respir. Crit. Care Med. 164: 1741, 2001.

**Curriculum Vitae**
**Victor L. Roggli, M.D.**
**Page 30**

12. Roggli, V.L. and Langer, A.M.: Asbestos in brakes: Exposure and risk of disease. Am. J. Ind. Med. 47: 276-277, 2005.

13. Ghio, A.J. and Roggli, V.L.: Diagnosis and initial management of nonmalignant diseases related to asbestos. Am. J. Respir. Crit. Care Med. 171: 527, 2005.

14. Roggli, V.L., Ghio, A.J., Piantadosi, C.A., MacIntyre, N.R., Young, S.L., Kussin, P.S., Steele, M.P., Carraway, M.S., Welty-Wolf, K.E., Govert, J.A., McMahon, T.J., Palmer, S.M., and Sporn, T.A.: Physician subsidies of tobacco advertising. Am. J. Respir. Crit. Care Med. 173: 246, 2006.

15. Roggli, V.L.: Environmental asbestos contamination: What are the risks? Chest 131: 336-338, 2007.

16. Roggli, V.L.: The enemy within. Science 321: 36, 2008.

17. Roggli, V.L., Hammar, S.P., Maddox, J.C., and Henderson, D.W.: The "Helsinki Criteria" for Attribution of Lung Cancer to Asbestos Exposure: How Robust Are the Criteria? Arch Pathol Lab Med 132: 1386-1387, 2008.

18. Roggli, V.L., Sporn, T.A., and Butnor, K.J.: Comments on Dodson et al., A Technical Comparison of Evaluating Asbestos Concentration by Phase Contrast Microscopy (PCM), Scanning Electron Microscopy (SEM), and Analytical Transmission Electron Microscopy (ATEM) as Illustrated from Data Generated from a Case Report. Inhal. Toxicol. 20: 1113-1114, 2008.

19. Roggli, V.L., Sporn, T.A., Case, B.W. and Butnor, K.J.: Commentary on Asbestos Fiber Concentrations in the Lungs of Brake Workers: Another Look. Ann. Occup. Hyg. 53: 191, 2009.

20. Cummings, K.J., Kreiss K, and Roggli, V.L.: Pulmonary Alveolar Proteinosis in Workers at an Indium Processing Facility: From the Authors. Am. J. Respir. Crit. Care Med. 182: 578-579, 2010.

21. Cummings, K.J., Kreiss K, and Roggli, V.L.: Indium tin oxide does not induce GM-CSF autoantibodies. Am. J. Respir. Crit. Care Med. 184: 741-742, 2011.

22. Marsh, G.M., Youk, A.O., and Roggli, V.L.: Letter to the editor in response to Finkelstein et al. (2012). Inhal. Toxicol. 24: 141-142, 2012.

23. Piantadosi, C.A., Bartz, R.R., Carraway, M.S., Ghio, A.J., McMahon, T.J., Murdoch, D.M., Roggli, V.L., Shofer, S.L., Tighe, R.M., Welty-Wolf, K.E., and Young, S.L.: The opprobrium of Big Tobacco. Am. J. Respir. Crit. Care Med. 185: 1030, 2012.

24. Pavlisko, E.N., Roggli, V.L., Sporn, T.A., and Oury, T.D.: Relationship between pulmonary emphysema and renal function in smokers. Chest 143: 1516-1517, 2013.

**Curriculum Vitae**
**Victor L. Roggli, M.D.**
**Page 31**

25. Cummings, K.J., Kreiss K, and <u>Roggli, V.L.</u>: Bronchiolitis by any other name: describing bronchiolar disorders from inhalational exposures. <u>Ann. Am. Thorac. Soc.</u> 13: 143-144, 2016.

26. Dragani, T.A., Colombo, F., Pavlisko, E.N., and <u>Roggli, V.L.</u>: Challenges of analyzing factors that modulate the age at diagnosis of malignant mesothelioma. <u>Carcinogenesis</u> 40: 490-491, 2019.

27. Attanoos, R.L., Churg, A., Galateau-Salle, F., Gibbs, A.R., and <u>Roggli, V.L.</u>: In reply to "Malignant Mesothelioma and its Nonasbestos Causes". <u>Arch. Pathol. Lab. Med.</u> 143: 911-914, 2019.


**Scientific Exhibits:**

1. Foster, W.L., Gimenez, E.I., Roubidoux, M.A., Sherrier, R.H., <u>Roggli, V.L.</u>, and Shannon, R.H.: The Emphysemas: Imaging-Pathologic Correlations. <u>Roentgen Ray Society,</u> Boston, MA, May 1991.

2. Foster, W.L., Gimenez, E.I., Roubidoux, M.A., Sherrier, R.H., <u>Roggli, V.L.</u>, and Shannon, R.H.: The Emphysemas: Imaging-Pathologic Correlations. <u>Radiological Society of North America,</u> Chicago, IL, Dec. 1991.

# EXHIBIT B

## TRIAL TESTIMONY

<u>PLAINTIFFS</u>

| | | |
|---|---|---|
| James Washington (MN) | Charles Arnold (TN) | Roy Boyette  (TX) |
| Manuel Carvalho (HI) | Daniel Johnstone - I  (LA) | Steven Douglas (TX) |
| Ewing B. Edwards (TN) | Ed Lindley  (NC) | Gerald England  (MD) |
| Frank Smith (RI) | Clarence Stevens  (CA) | William Duckett  (TX) |
| James O. Bullard (FL) | Ross Grossnickle  (MD) | Nicholas Baione  (FL) |
| Gregory Davenport (VA) | Martin Mason  (TX) | Milton Jenkins  (CA) |
| Bernard (WA) | Kenneth Thrapp  (TX) | Edward Norris  (FL) |
| Roger Shack  (AL) | Robert Yeager  (TX) | Barnes and Wasiak  (TX) |
| John E. Richardson  (FL) | Charles Hughes  (LA) | Benjamin Baker  (WV) |
| Leonard Mays  (FL) | Damon Quick  (WV) | Victor Hellquist  (CA) |
| Ralph Turley  (WV) | Daniel Johnstone - II (LA) | John Aday  (AL) |
| Garvin Boiter  (SC) | Robert Lofton  (TX) | Carl Golightly  (KY) |
| William Drake  (NC) | Robert L. Verdin  (MD) | Charles Allen  (FL) |
| Cynthia Archer  (FL) | Roy Boyette  (LA) | Philip C. Skleros (NJ) |
| Cimino et. al.  (TX) | Harry DeLong  (WV) | Connell and Parkinson (FL) |
| Daniel Boyce  (TX) | Nicholas Haluskey  (CA) | Lillie Irene Permuy (FL) |
| Peters and Jones  (WV) | Benny Gerald Horne  (NC) | George E. Prekler  (NC) |
| Sego and McElhaney  (FL) | Arthur Carter  (DE) | Robert L. Stone  (TX) |
| Mickens, Taylor, Byford, McBryde and Gray  (TX) | | Dean-Steffens  (FL) |

**TRIAL TESTIMONY**

PLAINTIFFS (cont.)

| | | |
|---|---|---|
| William E. Hohman  (MD) | Roy Shaw (WA) | Leon Swindler  (LA) |
| James Blanchard (KY) | Herman Parks (VA) | Jean Connor  (FL) |
| Rita Mae Schmidt  (TX) | Whatley  (TX) | O'Flynn  (LA) |
| Samuel Culverhouse  (NC) | Piper, McFadden, Fertig (MD) | Goodwin  (TN) |
| William V. Monahan  (CA) | Paul Cochran  (TX) | Ben Baker  (TX) |
| Orval Vinson  (AL) | John Roth  (KS) | Johnny Butler  (GA) |
| Carl Golightly II (KY) | Patrick Henry Clark  (LA) | J. Karbiwnyk  (FL) |
| Knoch & Mueller  (MD) | Christine C. Boudoin  (LA) | Carlton Crane II  (FL) |
| Cleo Elmore  (NC) | Edward Snoozy  (FL) | P. McCormick  (DC) |
| Lassiter & Morgan (FL) | Stanley Lesnick  (MD) | Russell Meinert  (TX) |
| Carlton Crane  (FL) | Robert Gillespie  (WV) | Thomas Hadley  (IN) |
| Mizell - Durant (FL) | Luther Wilkerson  (TX) | WV Mass Trial (WV) |
| James Gardiner (TX) | Ridenour-Eitemiller (MD) | Mildred Wiley  (IN) |
| James V. Redd (FL) | Svoboda-Siedlecki  (MD) | Samuel Wheat  (TX) |
| Charles White (TX) | A.B. Johnson  (FL) | Earl E. Brown  (TX) |
| Edmund Cooper (DC) | Eastburn-Arthur  (DE) | Charles Bendit  (CA) |
| James Cecil Chaney (TX) | John Break  (MI) | Leo Woodburn  (FL) |
| LaVerne Ruff (CA) | Otto Kelley  (WA) | Charles Green  (TX) |
| Zumas-Balonis (MD) | Charles Reiff  (TX) | Austin Clement  (LA) |

**TRIAL TESTIMONY**

<u>PLAINTIFFS (cont.)</u>

| | | |
|---|---|---|
| Raymond Denkeler  (TX) | John Shelton  (TX) | Joseph Torrejon  (LA) |
| Howard Aylor  (TX) | Martin Little  (SC) | Katie Carter  (PA) |
| Richard Callahan  (OH) | Douglas Faulkner  (LA) | Thomas Madden  (TX) |
| Freeman Gilbert  (TX) | Raymond Peterson  (FL) | Thomas Pipich  (CA) |
| Leo Spiegelhauer  (TX) | Billy Ray Meadows  (TX) | Linda Welch  (MO) |
| Joaquin Banda  (TX) | Constance Mehlman  (NJ) | Gail Routh  (FL) |
| Jose Rubio  (TX) | Victor Brunell  (LA) | Schoonover  (WI) |
| Burl Butler  (MS) | Joseph Breaux  (TX) | Maurice Flood  (IL) |
| Frank Goodman  (GA) | Harvey Harrison  (TX) | Beverly Davis  (FL) |
| Alvin Hebert  (LA) | Elmo Zumwalt  (TX) | Samuel Dryden  (TX) |
| James Salierno  (TX) | Fred Wakeland  (IL) | Dante DeJohn  (IL) |
| Larry Hollis  (DE) | Paul Dauzy  (MI) | Boyce Innerarity  (LA) |
| Kenneth Fowler  (IL) | Robert Robinson  (OH) | Joseph Breaux  (LA) |
| Robert Looman  (TX) | Rose Wiener  (PA) | Samuel Heron  (LA) |
| R. Bailey-D. Smith  (TX) | Webb & Wallace  (WV) | William Lamb  (GA) |
| Suzanne Jones  (FL) | Kenneth Zimko  (LA) | Lawrence Berry  (TX) |
| Jerrold W. Anderson  (WI) | Billy Roberts  (IN) | Walter Graves  (LA) |
| Barbara Hoffman  (GA) | Willie T. Moore  (TX) | Ms. Behringer  (TX) |

**TRIAL TESTIMONY**

<u>PLAINTIFFS (cont.)</u>

Bill Carney  (AR)                Daniel Begley  (FL)

Leila Schwartz  (FL)             Tommy White  (LA)

Sam Wallace  (TX)                Myra Williams  (LA)

Jimmie Lang  (LA)                Elray Lege  (LA)

James Terrance  (LA)

Bruce Spillman  (LA)

Ray Rando  (LA)

Jack Pounds  (CA)

Richard Belt  (CA)

James H. Bennett  (IL)

Elreece McKinney  (TX)

Lambert Winnemueller  (WI)

Joseph Ferlanti  (FL)

Eileen Honer  (CA)

Leslie Sabin  (UK)

Leroy Conway  (MD)

Betty Lou Bello  (LA)

Jay Morse  (FL)

# TRIAL TESTIMONY

## DEFENDANTS

| | | |
|---|---|---|
| Wilmer Nall  (IL) | Michael Field  (OR) | William Fraysure  (OH) |
| Danny Southers  (FL) | Paul Caruolo  (NY) | Paul Kubik  (OH) |
| Kaowili - I  (HI) | Walters and Tyson  (LA) | Chris Hilsenbeck  (WA) |
| Kaowili - II (HI) | Lisa Pransky  (MD) | Michael Sparks  (TX) |
| Joseph Lotz  (LA) | Mark Lewis  (CA) | Eldon Perkins  (NY) |
| John Kuiper  (NJ) | Renee Prior  (CA) | Carl Saville  (MD) |
| Lerch vs. Northwestern  (IL) | Michael Missik  (OH) | Chuck Norris  (KY) |
| CCR Settlement Hearings (PA) | Linda Batten  (TX) | Rolf Lindstrom  (OH) |
| Ernest Tryon  (TX) | James Henderson  (SC) | Noah Pride  (NY) |
| Ernest Tryon  (TX) | David Taylor  (CA) | Bernard Mayer  (NY) |
| Rockwool  (LA) | Polly Burns  (CA) | Earl B. Coxen  (OR) |
| Douglas vs. Villines (NC) | Robert Jones  (GA) | Julian Petruzzi  (IN) |
| Ethel Marie Granski (MD) | John Matteson  (NY) | Clarence Bentley  (FL) |
| Abernathy  (TX) | Douglas McCarthy  (CA) | Charles Porter  (OH) |
| John Cardinal  (NY) | Paul Wilson  (MD) | Ernest Coulter  (WA) |
| William Perate  (PA) | WV Mass Trial  (WV) | George Risk  (PA) |
| Brown, Zorn & Cone  (GA) | Douglas Anderson  (CA) | Charles Padilla (CA) |
| Braxton Colley  (MO) | Charles Flowers  (GA) | George Bullen  (NY) |

**TRIAL TESTIMONY**

<u>DEFENDANTS (cont.)</u>

| | | |
|---|---|---|
| Garland Jones  (VA) | Larry D. Smith  (MS) | Roy Knight  (GA) |
| Edward C. Martin  (NY) | Willie R. Martin  (CA) | Norman Shoopman  (IL) |
| Flora Franklin  (KY) | Robert Smith  (CA) | William Harrell  (CA) |
| James L. King  (VA) | Clark Kirkland  (TX) | Nasseem Farag  (CA) |
| Joel Rosenberg  (NY) | Richard Simpson  (NY) | Gordon Bankhead  (CA) |
| Joyce Windnagle  (FL) | Ronald Drabczyk  (NY) | Chester Morrison  (CA) |
| George T. Dancho  (IL) | Henry Barabin  (WA) | James D. Lokey  (VA) |
| MaryAnn Ormonde (CA) | Richard Adams  (CA) | Richard Steiner  (CA) |
| Carl Saville  (MD) | Jimmy Toole  (GA) | Charles Garrison  (FL) |
| Leonard Shafer (NY) | James Sweeney  (PA) | Haskell Stillman  (CA) |
| Robert Donlan  (MA) | Fred Rich  (FL) | Anna Evans  (GA) |
| George T. Dancho II  (IL) | Milton Ferrell  (FL) | Lloyd Benton  (NY) |
| Lynda L. Daly  (FL) | Larry Williams  (IL) | Luis Torres  (FL) |
| Randy Elson  (IL) | Robert Hardick  (VA) | Carolyn Esters  (CA) |
| Gerald Bretzke  (MN) | George Clark  (CA) | John Bristow  (VA) |
| John Picinic  (NJ) | Vickie Warren  (UT) | Armin Thoma  (NJ) |
| Lynda L. Daly  (FL) | Susan Schrader  (NJ) | Johnnie Jones  (NC) |
| James L. King  (VA) | William Aubin  (FL) | Marline Petitpas  (CA) |

**TRIAL TESTIMONY**

<u>DEFENDANTS (cont.)</u>

| | | |
|---|---|---|
| Michael Galliher  (DE) | Dennis Seay  (SC) | Alfred Bennett  (MO) |
| Daniel Skinner  (CA) | William Cummings (KY) | Ronald Smith  (CA) |
| Glenda Vega  (NY) | Victor Jasniy  (CA) | Robert Calvey  (OH) |
| Julius Sanders  (FL) | Michael Argento  (NJ) | Helen Schwartz  (MO) |
| Richard Delisle  (FL) | Dennis Britt  (FL) | Russell Mahoney  (CA) |
| Lloyd Garvin  (SC) | James Angus  (CA) | Blanca Moure-Cabrera  (FL) |
| James D. Lokey  (VA) | Paul McCulley  (IA) | |
| Reydel Muniz  (FL) | Joseph Bowers  (PA) | |
| Herbert Goins  (GA) | Robert Sprague  (OR) | |
| Willie Robinson  (OH) | Velma Searcy  (CA) | |
| Joseph Salerno  (PA) | Donald Knutson  (CA) | |
| Gary Hampton  (FL) | Louis Summerlin  (MA) | |
| Charlie Stampley  (MS) | Jerry Bagwell  (LA) | |
| Joseph Muldoon  (SC) | Robert Stewart  (DE) | |
| Michael Galier  (OK) | Willis Edenfield  (NJ) | |
| Pablo Gonzalez (FL) | Stephen Fowlkes  (VA) | |
| Joyce Stockton  (TN) | Richard LeFrak  (NY) | |
| Sherry English  (PA) | Anita Creutzberger  (NJ) | |
| James Harkin  (CA) | Rodolfo Gutierrez (NM) | |

# EXHIBIT C

## Dr. Roggli's 2016 thru 2020 Depositions

| Date of Deposition | Patient Name | Law Firm Billed for Depo |
|---|---|---|
| **2016** | | |
| 1/6/16 | Jesus Vega – Continued | Dentons LLP |
| 1/21/16 | John Dickerson | Evert WeatersbyHouff |
| 2/29/16 | Charles Smith | Archer Norris |
| 3/8/16 | Terry Poe | Berkes Crane Robinson |
| 3/29/16 | Michael Talbot | Martzell& Bickford |
| 4/21/16 | James Hutto | Nelson Mullins Riley |
| 5/2/16 | Ronald Hill | Waters & Kraus |
| 5/4/16 | Billy Parrott | Smith Anderson Blount |
| 5/5/16 | Rosie Trusclair | PlaucheMaselliParkerson |
| 5/16/16 | Gary Scott Smith | Waters & Kraus |
| 6/2/16 | James Angus | O'Connell Tivin Miller Burns |
| 6/17/16 | Leonard Smith | Willcox& Savage |
| 6/14/16 | Gerald Hake | Selman Law Office |
| 7/21/16 | Louis Lowell | Gordon & Rees |
| 7/28/16 | Thomas Gatten | McGuire Woods |
| 8/1/16 | Clifford Johnson | Baird & Baird |
| 8/1/16 | Randy Napier | Baird & Baird |
| 8/2/16 | Robert LaDuca | The Powers Law Firm |
| 8/3/16 | Hayward Theriot | Walters Papillion |
| 8/11/16 | Theresa Gaubert | Kean Miller |
| 8/15/16 | Abraham Castillo | O'Connell Tivin Miller Burns |
| 8/29/16 | Thelma Oster | Bice Cole |

| | | |
|---|---|---|
| 8/31/16 | Dennis Britt | DLA Piper |
| 9/14/16 | Nolan Lamb | Selman Breitman |
| 9/26/16 | Frederick Hensley | Nelson Mullins Riley |
| 9/27/16 | James Wagner | Hawkins & Parnell |
| 9/29/16 | Charles Smith | Archer Norris |
| 10/6/16 | Anna Blount | Selman Breitman |
| 10/24/16 | Donald Moody | Selman Breitman |
| 12/7/16 | Lewis Pyatt | HaynsworthSinkler Boyd |
| 12/8/16 | Otto King | PlaucheMaselliParkerson |
| 12/14/16 | Ralph Pennington | Willcox& Savage |

**2017**

| | | |
|---|---|---|
| 2/1/17 | Melissa Sweet | Willcox& Savage |
| 2/3/17 | Jose DeLaO | Willcox& Savage |
| 2/15/17 | John Mehalick | Willcox& Savage |
| 2/17/17 | Raymond Parker | Leader &Berkon |
| 2/20/17 | Lynda Berry | K&L Gates |
| 2/27/17 | James Smith | Boyle Brasher |
| 3/20/17 | Larry Watson | Selman Law |
| 4/10/17 | Bobby Farmer | Evert Weathersby |
| 4/17/17 | Edward Williamson | Rumberger Kirk & Caldwell |
| 5/15/17 | James Smith (2nd depo) | Boyle Brasher |
| 5/24/17 | Ronald Carroll | O'Connell Tivin Miller Burns |
| 6/1/17 | Charles Kenyon | Foley & Mansfield |
| 6/2/17 | Frank Hart | Foley & Mansfield |

| | | |
|---|---|---|
| 6/26/17 | Jacob Burg Adams | PlaucheMaselliParkerson |
| 6/28/17 | Steven Holtsclaw | Manion Gaynor Manning |
| 7/6/17 | Wade Gore | O'Connell Tivin Miller Burns |
| 7/10/17 | Loretta Ney | Riley Safer Holmes Cancila |
| 7/18/17 | Brent Menard | Manion Gaynor Manning |
| 7/25/17 | Paul Casterline | Lankford Crawford Moreno |
| 8/28/17 | Clifton Younce | Willcox& Savage |
| 8/29/17 | Jesse Gonzales | HassardBonnington |
| 9/6/17 | Gerald Kessinger | Riley Safer Holmes Cancila |
| 9/18/17 | Velma Searcy | Willcox& Savage |
| 9/25/17 | Roger Williams | Lankford Crawford Moreno |
| 10/16/17 | Sharron Smith | Imai Tadlock Keeney |
| 10/24/17 | Jerry Bagwell | Forman Watkins & Krutz |
| 11/22/17 | George Williams | TyboutRedfearn& Pell |
| 12/4/17 | Clyde Crowe | Goldberg Segalla |
| 12/13/17 | Vicki Williams | Stoll Keenan Odgen |
| **2018** | | |
| 1/9/18 | Joseph Gonzon | TyboutRedfearn& Pell |
| 1/10/18 | Helene Kohr | Hughes Hubbard & Reed |
| 1/16/18 | Rachel McCrary | Wilson Smith Cochran |
| 1/30/18 | Robert Rash | Roven Kaplan |
| 2/8/18 | Enrique Dominguez | Archer Norris |
| 3/5/18 | Richard Berg | Hughes Hubbard & Reed |
| 3/12/18 | Michael Donohue | O'Connell Tivin Miller & Burns |
| 3/15/18 | William Hawkins | Willcox& Savage |

| 3/28/18 | William Choate | Lewis Brisbois |
| 4/11/18 | James Bookout | Boyle Brasher |
| 4/13/18 | Thomas Bardusk | Foley & Mansfield |
| 4/19/18 | Lloyd Bailey | HassardBonnington |
| 4/25/18 | Donald Ward | Sinars Rollins |
| 5/23/18 | Wayne Bourgeois, Sr. | Martzell& Bickford |
| 6/12/18 | Patrick Jack | Gardner Trabolsi& Associates |
| 6/14/18 | Jerry Crawford | Nelson Mullins |
| 6/19/18 | Donald Knutson | Gordon & Rees |
| 8/20/18 | Louis Summerlin | Cetrulo LLP |
| 8/27/18 | Alcee Anderson | Nelson Mullins |
| 9/6/18 | Steven Bolin | Willcox& Savage |
| 9/18/18 | Benny Anthony | Pessin Katz Law |
| 9/19/18 | Jeffrey Watts | Foley & Mansfield |
| 10/1/18 | Michelle Price | Hubbard Mitchell |
| 10/2/18 | Alfred Butchko | Gordon & Rees |
| 10/8/18 | Leslie McGrew | BienvenuBonnecazeFoco |
| 10/16/18 | Dianne Edwards | Maron Marvel Bradley |
| 10/23/18 | Earl Gisclair | Ron Austin Law |
| 10/24/18 | James Thomas | Sinars Rollins |
| 11/1/18 | Robert Stewart | Willcox& Savage |
| 12/10/18 | Alex Williams | Gordon & Rees |
| 12/11/18 | Brian Brown | Schnader Harrison Segal |
| 12/12/18 | Kenneth Hendrix | Barber Law Firm |
| 12/20/18 | Sarah Krentz | Hunton Andrews Kurth |

**2019**

| | | |
|---|---|---|
| 1/30/19 | Stephen Fowlkes | Willcox& Savage |
| 2/13/19 | Charles Bourg | Galante &Bivalacqua |
| 3/11/19 | Jody Ratcliff | Kaleo Legal |
| 3/28/19 | Rodolfo Gutierrez | Forman Watkins |
| 4/1/19 | Patricia Schmitz | Foley & Mansfield |
| 4/2/19 | Beatrice Bourque | Nelson Mullins |
| 4/17/19 | Owen Gabriel | Bullivant Houser Bailey |
| 4/18/19 | Eric Sinor | Foley & Mansfield |
| 5/13/19 | Owens Edge | Jones Walker LLP |
| 5/20/19 | Robin Gould | Frilot LLP |
| 6/4/19 | Thomas Florence | Kaleo Legal |
| 6/5/19 | John Glenn | Nelson Mullins |
| 6/11/19 | Barbara Reed | Hendler Lyons |
| 6/12/19 | Jeremy Smith | Motley Rice |
| 6/17/19 | George Crudge | Gordon & Rees |
| 6/19/19 | George Crudge (continuation) | Gordon & Rees |
| 7/9/19 | Harold Hilliman | Dentons |
| 7/17/19 | Ronald Smith | Willcox& Savage |
| 7/30/19 | Richard McClendon | Willcox& Savage |
| 7/31/19 | ElrayLege | Baggett McCall Gaughan |
| 8/1/19 | Alfred Bennett | Kaleo Legal |
| 8/6/19 | David Phelps | Boyle Brasher |
| 8/27/19 | Terry Steinberg | Swanson Martin & Bell |
| 8/29/19 | Sharon Barrilleaux | Frilot LLC |

| | | |
|---|---|---|
| 9/4/19 | Amos Webb | Willcox& Savage |
| 9/10/19 | Melody Lewis | Swanson Martin & Bell |
| 9/26/19 | Sarah Krentz | Foley & Lardner |
| 10/8/19 | Charles Fuller | Willcox& Savage |
| 10/10/19 | Peggy Posey | Willcox& Savage |
| 10/14/19 | RudieKlopman-Baerselman | Bullivant Houser Bailey |
| 10/17/19 | Gordon Andersen | Foley & Mansfield |
| 10/22/19 | Jeremiah Hartle | Browning Kaleczyc Berry Hoven |
| 10/23/19 | Carolyn Ward-Wiman | Moran Reeves Conn |
| 10/24/19 | David Lara | Benjamin Law Group |
| 10/28/19 | James McAllister | Hubbard Mitchell Williams |
| 11/6/19 | Jean Roy | Hugo Parker |
| 11/11/19 | Russell Mahoney | Foley & Mansfield |
| 11/14/19 | Gordon Andersen | Foley & Mansfield |
| 11/25/19 | Larry Woolard | Pinto Coates Kyre & Bowers |
| 11/26/19 | Suzanne Garon | Boyle Brasher |
| 12/05/19 | Calvin Harris | Forman Watkins Krutz |
| 12/12/19 | Carolyn Ward-Wiman (continuation) Moran Reeves Conn | |
| 12/16/19 | Thomas Gaskill | Nelson Mullins Riley |
| 12/17/19 | Kris Elizarraras | Foley & Mansfield |

**2020**

| | | |
|---|---|---|
| 1/2/20 | Forrest Lewis, Jr. | Willcox& Savage |
| 1/6/20 | Deborah Creech | Forman Watkins |
| 1/13/20 | Anna Menard | Manion Gaynor Manning |
| 1/15/20 | Blanca Moure-Cabrera | Willcox& Savage |

| | | |
|---|---|---|
| 1/20/20 | Margie Evans | Cheeley Law Firm |
| 1/27/20 | Deborah Creech (continuation) | Forman Watkins |
| 2/5/20 | Warren Van Evera | Gordon & Rees |
| 2/13/20 | Richard Doughty | Foley & Mansfield |
| 2/17/20 | Samuel Ingram | Hepler Broom |
| 2/25/20 | Jack Papineau | Stoll Keenan Ogden |

# EXHIBIT D

06/24/2019

## Standard Operating Procedures for Pathology Legal Dr's Retention

### Correspondence:

All original/initial cover letters and e-mails should contain the following information:

> Patient's Name
> Patient's Date of Birth
> Patient's Social Security Number

Failure to include this information can drastically delay retention and case review.

### Retention: (for case review)

Inquiries into retaining Dr. Roggli or Dr. Sporn should be e-mailed to Melinda.Swift@duke.edu and contain the same information as above:

> Patient's Name
> Patient's Date of Birth
> Patient's Social Security Number

Failure to include this information can drastically delay retention; retention is on a first come, first serve basis and will go to the first party who provides all the necessary information and a retainer check.

Retention checks need to be in the amount of $700.00 and made payable to:  **Private Diagnostic Clinics, PLLC (tax id #: 56-1029437)**   (See mailing instructions enclosed)

*Note: Retention is $700 whether or not it is a RUSH case – the additional RUSH fee will be added on to your final bill so no additional is needed up front.

*Any checks sent for case retainers, case depositions or invoices MUST come directly from the attorney's office and not from the carrier/client.  Please include a cover letter that details what the check is for.

Page 2

## Case Review:

The following materials must be included in order for us to proceed with review:

*Cover Letter (with patient information included) which outlines all applicable deadlines and desired procedures.

*Patient's available pathology (ie: slides, paraffin blocks, formalin fixed tissue). Please make sure that blocks or unstained slides are sent along with H&E slides so that an adequate diagnosis can be made as quickly as possible. (Please note that Dr. Roggli will not accept retention in any cases that do not have pathology for him to review). Dr. Sporn does at times accept records reviews only, please check with me for his availability.

*Relevant medical records, not to exceed 500 pages and to include: medical histories & physicals, radiographic reports, pathology reports, surgical reports and discharge summaries. 1 sided pages only. Do not send medical records on CD's please. **No deposition transcripts or interrogatories!**

***Please** do not use staples, paper clips, binder clips or notebooks!!. Rubber band records all together with a summary explaining what is enclosed.

***Do not send court documents or radiology/CT CD's.**

If pathology materials are being sent to us directly from a third party, we need to have already received a retainer check and you must have the third party include a cover letter which outlines the patient information and any deadlines.

We will **NOT** sign paperwork stating that we will return the pathology materials on a specific date. Materials will be returned to your office as soon as Dr. Roggli and Dr. Sporn are finished with the case.

## Time-Lines for Review:

We have a very high volume office and case review should be planned with this in mind. Feel free to check with us beforehand to see what our current timelines are for reviews.

***RUSH** review (+50% Rush fee included with your final bill) A **RUSH** case will be taken if you've requested one or if by the time we receive all the records and pathology materials needed for review we will need to do a RUSH to meet your timeline.

***ROUTINE** review. Cases will be put into que by order received and reviewed as quickly as possible.

**Shipping & Handling:**
Please send all materials via FedEx, UPS or DHL.  Do not send pathology materials through the U.S. Mail.

Our mailing & shipping address for all checks, case records & pathology is:

> Duke University Medical Center
> 200 Trent Drive, Pathology Department –Box 3712
> Attn: Melinda Swift – Room 263M
> Durham, NC 27710

**General Fee Schedule:**
All case retention fees and deposition retention fees must be made payable to:

<mark>Private Diagnostic Clinics, PLLC (tax ID#: 56-1029437)</mark>

| | |
|---|---|
| Retainer Fee | $700 (non-refundable) |
| Deposition Retainer Fee | $700 (non-refundable) |
| Deposition Testimony | $700 per hour plus room & phone charge |

All Trial fees must be made payable to:  Dr. Victor Roggli or Dr. Thomas Sporn and sent to my attention with a cover letter.

| | |
|---|---|
| Trial Testimony | $600 per hour with a 24 hour cap of $3600 plus expenses |
| Trial Date Reservation | $1800 (applied to trial testimony if case goes to trial).  Date(s) will be reserved for Dr. Roggli or Dr. Sporn's testimony once trial fee is received.  (non-refundable) |

Both Dr's case reviews are $700/hour.  Fiber Analysis cases run $1800.00 and up.

Duke University Medical Center's fee structure is dependent upon the number of slides and can vary depending on specific stains and materials.

These are **NOT** a quote, just an approximation of expenses pertaining **only** to slides we create @ Duke:

> Histology stains range between $106-$225 per slide with a corresponding professional fee of approximately $136/slide.
>
> Immunopathology stains are approximately $250 per slide (which includes both technical and professional fees).

## Payment Terms:

**The retaining attorney's office is required to pay all invoices in full within 45 days**. We do not allow any invoices to be split up among your clients, other co-retained offices or directly from defendants or insurance companies. If you are in disagreement with this policy then we reserve the right to decline cases for review from your office.

**CERTIFICATE OF SERVICE**
*IN RE TOY ASBESTOS LITIGATION*
*UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA*
*Case No.* **4:19-cv-00325-HSG**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and am not a party to this action. My business address is 310 Golden Shore, Fourth Floor, Long Beach, California 90802.

On February 27 2020, I served the foregoing document described as **DEFENDANT, INGERSOLL-RAND COMPANY'S EXPERT DESIGNATION REPORT FOR VICTOR LOUIS ROGGLI, M.D.** on interested parties in this action by placing a true copy thereof enclosed in sealed envelopes as follows:

SEE ATTACHED SERVICE LIST

☐ **(By U.S. Mail)** I am readily familiar with my employer's business practice for collection and processing of correspondence for mailing with the United States Postal Service. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit. I deposited such envelope(s) with postage thereon fully prepaid to be placed in the United States Mail at Long Beach, California.

☐ **(By Facsimile)** I served a true and correct copy by facsimile pursuant to C.C.P. 1013(e), calling for agreement and written confirmation of that agreement or court order, to the number(s) listed above or on attached sheet. Said transmission was reported complete and without error.

☐ **(By Personal Service)** I caused to be delivered by hand by _____ to the interested parties in this action by placing the above mentioned document(s) thereof in envelope addressed to the office of the addressee(s) listed above or on attached sheet.

☐ **(By Overnight Courier)** I served the above referenced document(s) enclosed in a sealed package, for collection and for delivery marked for next day delivery in the ordinary course of business, addressed to the office of the addressee(s) listed above or on attached sheet.

☒ **(By Electronic Service)** I caused such document to be electronically served through File & ServeXpress on the recipients designated on the Transaction Receipt located on the File & ServeXpress website.

☐ (State) I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ (Federal) I declare that I am employed in the office of a member of the Bar of this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on February 27 2020, at Long Beach, California.

JUAN CASTANEDA

LAW OFFICES OF
PRINDLE, GOETZ, BARNES & REINHOLTZ LLP