# EXHIBIT 2



**BHS Pathology**

One Hospital Way, Butler, PA   16001
Dr Robert B. Patterson, Medical Director
Tel: 877-247-9929

| Patient Name | | Accession # | Phone # | Date of Birth | Sex | Collected Date |
|---|---|---|---|---|---|---|
| TOY, THOMAS H. | | SU18-16234 | (724)543-4621 | 5/25/1935 (Age: 83) | M | 10/1/2018 |
| Med Rec # | Encounter # | Received Date | Ordering Physician | | Additional Physician(s) | |
| 570598 | 21764744 | 10/1/2018 | Hazem El-Khatib MD *ELKH* | | William J. McCann M.D. *MCCWJ* Paul C Konitzky MD *KONPC* | |

## SURGICAL PATHOLOGY REPORT

### Specimen(s) Received
A: Pleura, biopsy, anterior chest left
B: Pleura, biopsy, chest wall cardiophrenic angle
C: Pleural Peel, left lung

### Final Diagnosis
A.  Pleura, biopsy, anterior chest left:
    - Malignant mesothelioma.   See comment.

B.  Pleura, biopsy, chest wall cardiophrenic angle:
    - Malignant mesothelioma.   See comment.

C.  Pleural Peel, left lung:
    - Malignant mesothelioma.   See comment.

### Comments
Noted at this time are the previous and concurrent left pleural fluid specimens (CN18-1509 and CN18- 1524 respectively). Multiple immunoperoxidase stains have been performed on block B1 with appropriately working positive controls with the lesional cells positive for calretinin, CK5/6, WT-1 (focal), D2-40 (focal), CD141 (focal) and MOC-31 (weak, focal) and no staining for TTF-1/Napsin-A. The clinical history (including a history of asbestos exposure), histopathologic features and immunostaining characteristics support the above stated diagnosis.   Clinical correlation with these findings is recommended.

wam/10/3/2018

***Electronically Signed***
William A. Michalak MD *MICW*

### Gross Description
A.  The specimen is received in formalin with proper patient identification and labeled "pleural biopsy anterior chest left".   It consists of a 1.4 x 0.7 x 0.2 cm aggregate of tan-pink pleural tissue which is submitted in toto in cassette A1.

B.  The specimen is received in formalin with proper patient identification and labeled "left pleural chest wall cardiophrenic angle". It consists of a 1.6 x 1.4 x 0.3 cm aggregate of tan-pink pleural tissue which is submitted in toto in cassette B1.

C.  The specimen is received in formalin with proper patient identification and labeled "pleural peel left lung".   It consists of a 2.4 x 2.0 x 0.3 cm aggregate of pink-red glistening pleural fragments which is submitted in toto in cassette C1.
ED 10/1/2018

ed/10/1/2018

### Pre-Operative Diagnosis
Recurrent left pleural effusion

### Post-Operative Diagnosis
Same

TOY, THOMAS H.

| TOY, THOMAS H. | SURGICAL PATHOLOGY REPORT | SU18-16234 |
|---|---|---|

This laboratory is certified under CLIA 88 to perform high complexity clinical testing. All Immunohistochemistry, in-situ hybridization, Class One analyte-specific reagents, and molecular pathology testing was developed and test characteristics determined by Butler Hospital Pathology department staff as required by CLIA 88. The testing has not been approved or cleared for specific use by the U.S. Food and Drug Administration. The FDA has also determined their approval is not necessary for clinical use.

| TOY, THOMAS H. | END OF REPORT | Page 2 of 2 |
|---|---|---|

 **BHS Pathology**

One Hospital Way, Butler, PA   16001
Dr Robert B. Patterson, Medical Director
Tel: 877-247-9929

| Patient Name<br>**TOY, THOMAS H.** | | Accession #<br>**CN18-1524** | Phone #<br>(724)543-4621 | Date of Birth<br>5/25/1935 (Age: 83) | Sex<br>M | Collected Date<br>10/1/2018 |
|---|---|---|---|---|---|---|
| Med Rec #<br>570598 | Encounter #<br>21764744 | Received Date<br>10/1/2018 | Ordering Physician<br>**Hazem El-Khatib MD**<br>*ELKH* | Additional Physician(s)<br>William J. McCann M.D.<br>*MCCWJ*<br>Paul C Konitzky MD *KONPC* | | |

## CYTOLOGY NON-GYN REPORT

### Specimen(s) Received
Pleural Fluid, Left

### Final Diagnosis

**Pleural Fluid, Left:**

Satisfactory for evaluation.

### Atypical cells present.

Atypical cells and inflammatory cells, see comment.

### Comments
Clusters of atypical cells are present, favor mesothelial origin.
See also the pleural biopsy specimen (SU18-16234) for additional evaluation.

md/10/3/2018

***Electronically Signed***
Maria Dizon MD *DIZM*

### Gross Description
Specimen consists of 70ml, blood tinged mucoid fluid
Cell block submitted

### Clinical History
Left pleural effusion, trapped lung

This laboratory is certified under CLIA 88 to perform high complexity clinical testing.  All Immunohistochemistry, in-situ hybridization and molecular pathology testing was developed and test characteristics determined by Butler Hospital Pathology department staff as required by CLIA 88.  The testing has not been approved or cleared for specific use by the U.S. Food and Drug Administration.  The FDA has also determined their approval is not necessary for clinical use.

TOY, THOMAS H.                                   END OF REPORT                                   Page 1 of 1

0003



**BHS Pathology**

One Hospital Way, Butler, PA   16001
Dr Robert B. Patterson, Medical Director
Tel: 877-247-9929

| Patient Name | Accession # | Phone # | Date of Birth | Sex | Collected Date |
|---|---|---|---|---|---|
| TOY, THOMAS H. | CN18-1509 | (724)543-4621 | 5/25/1935 (Age: 83) | M | 9/26/2018 |

| Med Rec # | Encounter # | Received Date | Ordering Physician | Additional Physician(s) |
|---|---|---|---|---|
| 570598 | 21636223 | 9/27/2018 | Mark A Provenzano *PROM* | William J. McCann M.D. *MCCWJ* |

## CYTOLOGY NON-GYN REPORT

### Specimen(s) Received
Pleural Fluid, Left

### Final Diagnosis

**Pleural Fluid, Left:**

Satisfactory for evaluation.

**Atypical cells present.**

**Thinprep and cell block contain single and clusters of epithelioid cells exhibiting cytologic atypia with numerous inflammatory cells.**

Several immunoperoxidase stains have been performed with appropriately working positive controls.
Results: Lesional cells positive for CK5/6, calretinin and WT-1 (focal), while being negative for MOC-31 and TTF-1/Napsin-A.

Clinical history, cytologic features and immunostaining characteristics favor mesothelial origin.

Uncertain whether a benign/reactive or neoplastic process.

Clinical correlation recommended along with appropriate follow-up studies as clinically indicated.

wam/10/1/2018

\*\*\*Electronically Signed\*\*\*
William A. Michalak MD *MICW*

### Gross Description
Specimen consists of 20 ml turbid reddish orange fluid
Cell block submitted

### Clinical History
Pleural effusion.

This laboratory is certified under CLIA 88 to perform high complexity clinical testing.   All Immunohistochemistry, in-situ hybridization and molecular pathology testing was developed and test characteristics determined by Butler Hospital Pathology department staff as required by CLIA 88.   The testing has not been approved or cleared for specific use by the U.S. Food and Drug Administration.   The FDA has also determined their approval is not necessary for clinical use.

TOY, THOMAS H.                                   END OF REPORT                                   Page 1 of 1

0004