# EXHIBIT 3

# STATE OF CALIFORNIA
## CERTIFICATION OF VITAL RECORD

# COUNTY OF SONOMA
### SANTA ROSA, CALIFORNIA

**CERTIFICATE OF DEATH**
STATE OF CALIFORNIA
USE BLACK INK ONLY / NO ERASURES, WHITEOUTS OR ALTERATIONS
VS-11A (REV 3/06)

STATE FILE NUMBER: 3201949001303
LOCAL REGISTRATION NUMBER:

### DECEDENT'S PERSONAL DATA
1. NAME OF DECEDENT – FIRST (Given): **THOMAS**
2. MIDDLE: **HOMER**
3. LAST (Family): **TOY**
4. AKA. ALSO KNOWN AS:
5. DATE OF BIRTH mm/dd/ccyy: **05/25/1935**
6. AGE Yrs.: **83**
7. SEX: **M**
8. BIRTH STATE/FOREIGN COUNTRY: **PA**
9. SOCIAL SECURITY NUMBER:
10. EVER IN U.S. ARMED FORCES?: **X YES**
11. MARITAL STATUS: **MARRIED**
12. DATE OF DEATH mm/dd/ccyy: **04/23/2019**
13. HOUR (24 Hours): **1335**
14. EDUCATION – Highest Level/Degree: **HS GRADUATE**
15. WAS DECEDENT HISPANIC/LATINO(A)/SPANISH?: **X NO**
16. DECEDENT'S RACE: **CAUCASIAN**
17. USUAL OCCUPATION: **PLANNER ESTIMATOR**
18. KIND OF BUSINESS OR INDUSTRY: **UNITED STATES NAVY**
19. YEARS IN OCCUPATION: **63**

### USUAL RESIDENCE
20. DECEDENT'S RESIDENCE (Street and number, or location): **940 MILLBRAE AVENUE**
21. CITY: **SANTA ROSA**
22. COUNTY/PROVINCE: **SONOMA**
23. ZIP CODE: **95407**
24. YEARS IN COUNTY: **57**
25. STATE/FOREIGN COUNTRY: **CA**

### INFORMANT
26. INFORMANT'S NAME, RELATIONSHIP: **AGNES TOY, SPOUSE**
27. INFORMANT'S MAILING ADDRESS: **940 MILLBRAE AVENUE, SANTA ROSA, CA 95407**

### SPOUSE/SRDP AND PARENT INFORMATION
28. NAME OF SURVIVING SPOUSE/SRDP – FIRST: **AGNES**
29. MIDDLE: **A**
30. LAST (BIRTH NAME): **ROMERO**
31. NAME OF FATHER/PARENT – FIRST: **HOMER**
32. MIDDLE: **CHARLES**
33. LAST: **TOY**
34. BIRTH STATE: **PA**
35. NAME OF MOTHER/PARENT – FIRST: **LAURA**
36. MIDDLE: **L**
37. LAST (BIRTH NAME): **TEMPLETON**
38. BIRTH STATE: **PA**

### FUNERAL DIRECTOR / LOCAL REGISTRAR
39. DISPOSITION DATE mm/dd/ccyy: **04/30/2019**
40. PLACE OF FINAL DISPOSITION: **LIMESTONE CHURCH OF GOD CEMETERY, 142 LOWER LIMESTONE, ADRIAN, PA 16210**
41. TYPE OF DISPOSITION(S): **CR/TR/REL**
42. SIGNATURE OF EMBALMER: **NOT EMBALMED**
43. LICENSE NUMBER: -
44. NAME OF FUNERAL ESTABLISHMENT: **ADOBE CREEK FUNERAL HOME & CREMATION SERVICES**
45. LICENSE NUMBER: **FD1646**
46. SIGNATURE OF LOCAL REGISTRAR: **CELESTE PHILLIP MD, MPH**
47. DATE mm/dd/ccyy: **04/30/2019**

### PLACE OF DEATH
101. PLACE OF DEATH: **OWN RESIDENCE**
102. IF HOSPITAL, SPECIFY ONE:
103. IF OTHER THAN HOSPITAL, SPECIFY ONE: **X Decedent's Home**
104. COUNTY: **SONOMA**
105. FACILITY ADDRESS OR LOCATION WHERE FOUND: **940 MILBRAE AVENUE**
106. CITY: **SANTA ROSA**

### CAUSE OF DEATH
107. CAUSE OF DEATH:
   IMMEDIATE CAUSE (A): **MESOTHELIOMA, ETIOLOGY UNKNOWN**
   Time Interval Between Onset and Death (AT): **6 MOS**
108. DEATH REPORTED TO CORONER?: **X YES**
   REFERRAL NUMBER: **19-0000382**
109. BIOPSY PERFORMED?: **X YES**
110. AUTOPSY PERFORMED?: **X NO**
111. USED IN DETERMINING CAUSE?:
112. OTHER SIGNIFICANT CONDITIONS: **NONE**
113. WAS OPERATION PERFORMED FOR ANY CONDITION IN ITEM 107 OR 112?: **NO**

### PHYSICIAN'S CERTIFICATION
114. I CERTIFY THAT TO THE BEST OF MY KNOWLEDGE DEATH OCCURRED AT THE HOUR, DATE, AND PLACE STATED FROM THE CAUSES STATED.
   Decedent Attended Since (A) mm/dd/ccyy: **12/10/2018**
   Decedent Last Seen Alive (B) mm/dd/ccyy: **12/28/2018**
115. SIGNATURE AND TITLE OF CERTIFIER: **REX DELL HARNER M.D.**
116. LICENSE NUMBER: **G29415**
117. DATE mm/dd/ccyy: **04/25/2019**
118. TYPE ATTENDING PHYSICIAN'S NAME, MAILING ADDRESS, ZIP CODE: **REX DELL HARNER M.D., 5300 SNYDER LANE, ROHNERT PARK, CA 94928**

### CORONER'S USE ONLY
119. MANNER OF DEATH:
120. INJURED AT WORK?:
121. INJURY DATE:
122. HOUR:
123. PLACE OF INJURY:
124. DESCRIBE HOW INJURY OCCURRED:
125. LOCATION OF INJURY:
126. SIGNATURE OF CORONER / DEPUTY CORONER:
127. DATE mm/dd/ccyy:
128. TYPE NAME, TITLE OF CORONER / DEPUTY CORONER:

STATE REGISTRAR

*010001004190393*

FAX AUTH.#:
CENSUS TRACT:

---

**CERTIFIED COPY OF VITAL RECORDS**
STATE OF CALIFORNIA } ss
COUNTY OF SONOMA
DATE ISSUED: **5/06/2019**

This is true and exact reproduction of the document officially registered and placed on file in the Vital Statistics office, Sonoma County Department of Health Services.




This copy not valid unless prepared on engraved border displaying seal and signature of Registrar.
PBNCO (Rev) 12/15

LOCAL REGISTRAR
SONOMA COUNTY, CALIFORNIA



*00090 6373*