Jessica M. Dean, Esq.   (CSBN 260598)
Benjamin H. Adams, Esq.   (CSBN 272909)
**DEAN OMAR BRANHAM SHIRLEY, LLP**
302 N. Market Street, Suite 300
Dallas, Texas 75202
Telephone: (214) 722-5990
Facsimile:  (214) 722-5991
jdean@dobslegal.com
badams@dobslegal.com
Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| *In re Toy Asbestos Litigation* | Case No. 4:19-cv-00325-HSG |
|---|---|
| | **[PROPOSED] ORDER** |
| | **[Filed concurrently with Plaintiffs' Response to Defendant Ingersoll-Rand Company's Motion to Strike Plaintiff's Expert Dr. Brent Staggs, His Opinions and Reports, and Any Reliance Thereon; Declaration of Benjamin Adams]** |
| | Date:  May 21, 2020<br>Time: 2:00 p.m.<br>Dept.: Courtroom 2<br>Judge: Hon. Haywood S. Gilliam, Jr.<br><br>Trial Date: July 27, 2020<br>Date Removed:  January 18, 2019 |

Upon consideration of Defendant Ingersoll-Rand Company's Motion to Strike Plaintiff's Expert Dr. Brent Staggs, His Opinions and Reports, and Any Reliance Thereon and good cause appearing, **IT IS HEREBY ORDERED** that:

Defendant Ingersoll-Rand Company's Motion is **DENIED**.

**IT IS SO ORDERED.**

Dated: _____  _____
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT COURT JUDGE