1  David R. Ongaro (State Bar No. 154698)
   dongaro@ongaropc.com
2  Kirsten McNelly Bibbes (State Bar No. 276308)
   kbibbes@ongaropc.com
3  Nilufar K. Majd (State Bar No. 246017)
   nmajd@ongaropc.com
4  ONGARO PC
   1604 Union Street
5  San Francisco, CA  94123
   Telephone:     (415) 433-3900
6  Facsimile:     (415) 433-3950

7  Attorneys for Defendant
   HONEYWELL INTERNATIONAL INC., *f/k/a*
8  AlliedSignal Inc., Successor-In-Interest To
   The Bendix Corporation

9

10

11                    **UNITED STATES DISTRICT COURT**

                   **NORTHERN DISTRICT OF CALIFORNIA**
12

13

| *In re Toy Asbestos Litigation* | Case No. 4:19-cv-00325-HSG |
|---|---|
| | **STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND JANUARY 10, 2020 SCHEDULING ORDER FOR THE LIMITED PURPOSE OF ALLOWING HONEYWELL'S EXPERT PETER ENGLISH TO TAKE PLACE AFTER APRIL 27, 2020 DEADLINE AND RELATED DAUBERT SCHEDULE** (as modified) |
| | Trial Date: July 27, 2020 Date Removed: January 18, 2019 |

23        Pursuant to Civil Local Rule 6-1(b), and Fed. R. Civ. P. 16(b)(4), Plaintiffs Agnes Toy and

24  Thomas Toy, Jr. ("Plaintiffs") by and through their attorneys of record, and Defendant Honeywell

25  International Inc. ("Honeywell") by and through its attorneys of record, hereby stipulate to an

26  extension as follows:

27

28

1.    On January 10, 2020 this Court entered a Scheduling Order setting forth certain deadlines, including an April 27, 2020 deadline for defense expert depositions and a May 6, 2020 deadline for Daubert motions. (ECF Docket No. 348).

2.    Peter English, M.D., Ph.D., is Honeywell's state-of the art expert.  Dr. English's Fed R. Civ. P. Rule 26(a)(2) disclosure and report were timely disclosed to all parties on February 17, 2020. Honeywell offered, and Plaintiffs noticed Dr. English's deposition for April 24, 2020.

3.    Honeywell recently learned Dr. English was not available for deposition on April 24, 2020, as he is currently under a shelter in place order, due to the Covid-19 pandemic in North Carolina, and not at his usual home office where his laptop and materials are situated.

4.    Having met and conferred, Plaintiffs and Defendant Honeywell by and through their respective counsel of record, enter into this stipulation to modify this Court's January 10, 2020 scheduling order for the limited purpose of allowing Dr. English's deposition to take place after the April 27, 2020 deadline and to modify any *Daubert* motions and hearing date related thereto.

5.    As a condition of this stipulation, Honeywell and Plainitffs have agreed that Dr. English will not offer a supplemental report and/or modify the opinions that are already contained in his original report, served on February 17, 2020.

6.    Honeywell has represented to Plaintiffs that Dr. English's unavailability due to the Coronavirus Shelter in Place Orders was unforeseeable to Honeywell. As such, Honeywell believes good cause exists pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure to extend the deposition deadline, the filing date of any *Daubert* motion and hearing date thereto, concerning Dr. English in this case. Plaintiffs do not oppose Honeywell's request.

Based on the foregoing, Plaintiffs and Honeywell have agreed to a modification of certain deadlines in the current January 10, 2020 scheduling order, and hereby request and submit the following Stipulation and Proposed Order relating to Dr. English.

| Matter | Current Deadline | Parties Proposed New Date: |
| --- | --- | --- |
| Deadline to Depose Dr. English | April 27, 2020 | June 4, 2020 at 10:00 a.m. (ET) |
| *Daubert* Motion Filing | May 6, 2020 | June 18, 2020 |

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENSE DEPOSITION DEADLINE FOR LIMITED PURPOSE OF DEPOSING PETER ENGLISH AND ANY RELATED DAUBERT MOTIONS THERETO

| Deadline Regarding Dr. English | | |
|---|---|---|
| Hearing date for *Daubert* Motion Regarding Dr. English | June 4, 2020 | June 25, 2020 at 2:00 p.m. |

Dated:  May 8, 2020

**Dean, Omar, Branham, Shirley, LLP**

By:     */s/ Benjamin Adams*
          BENJAMIN ADAMS
          Attorneys for Plaintiffs
          Agnes Toy and Thomas Toy, Jr.

Dated:  May 8, 2020

**ONGARO PC**

By:     *s/Kirsten McNelly Bibbes*
          KIRSTEN MCNELLY BIBBES
          Attorneys for Defendant
          HONEYWELL INTERNATIONAL INC. *f/k/a*
          AlliedSignal Inc., Successor-in-Interest to The
          Bendix Corporation

STIPULATION AND [PROPOSED] ORDER TO EXTEND DEFENSE DEPOSITION DEADLINE FOR LIMITED PURPOSE OF DEPOSING PETER ENGLISH AND ANY RELATED DAUBERT MOTIONS THERETO

1

**[PROPOSED]~~ ORDER**

2        PURSANT TO STIPULATION between the parties, it is hereby ORDERED that the

3   January 10, 2020 case schedule is modified as shown above and that Plaintiffs and Honeywell

4   shall comply with the modified schedule listed above.except the hearing on the Daubert Motion Re

5   Dr. English will be held on July 2, 2020 at 2:00 p.m.

6        _____5/11/2020_____            _Haywood S. Gilliam Jr._

7        **DATE**                       **HON. HAYWOOD S. GILLIAM, JR.**
                                        **UNITED STATES DISTRICT COURT JUDGE**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

STIPULATION AND ~~[PROPOSED]~~ ORDER TO EXTEND DEFENSE DEPOSITION DEADLINE FOR LIMITED
PURPOSE OF DEPOSING PETER ENGLISH AND ANY RELATED DAUBERT MOTIONS THERETO
