**LEWIS BRISBOIS BISGAARD & SMITH LLP**
FLORENCE A. McCLAIN, SB# 203300
  E-Mail: Florence.McClain@lewisbrisbois.com
TRINA M. CLAYTON, SB# 204215
  E-Mail:  Trina,Clayton@lewisbrisbois.com
333 Bush Street, Suite 1100
San Francisco, California 94104-2872
Telephone: 415.362.2580
Facsimile: 415.434.0882

Attorneys for Defendant
SMOTHERS PARTS INTERNATIONAL, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Toy Asbestos Litigation,*<br><br>**AGNES TOY**, individually and as successor-in-interest to the Estate of THOMAS TOY, SR., deceased; **THOMAS H. TOY, JR.**, individually and as legal heir to THOMAS H. TOY, SR., deceased,<br><br>          Plaintiffs,<br>  vs.<br><br>**HONEYWELL INTERNATIONAL, INC.**, et al,<br><br>          Defendants. | Case No. 4:19-cv-00325-HSG<br><br>[*Removed from Alameda County Superior Court – Case No. RG18932350*]<br><br>**ORDER GRANTING DISMISSAL OF DEFENDANT SMOTHERS PARTS INTERNATIONAL, INC. WITHOUT PREJUDICE**<br><br>Judge: Honorable Haywood S. Gilliam, Jr.<br>Dept.: Courtroom 2<br><br>FAC Filed:    February 11, 2019<br>SAC Filed     July 22, 2019<br>Date Removed: January 18, 2019 |

PURSUANT TO STIPULATION, IT IS ORDERED that Plaintiffs' Agnes Toy, individually and successor-in-interest to the Estate of Thomas H. Toy, Sr., deceased; Thomas H. Toy, Jr., individually and as legal heir to Thomas H. Toy, Sr., deceased, ("Plaintiffs") action is dismissed without prejudice as to Defendant SMOTHERS PARTS INTERNATIONAL, INC, only, with mutual wavier of costs, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

1 | DATED: 5/13/2020

_____
Honorable Haywood S. Gilliam, Jr.