LISA L. OBERG (SBN 120139)
  Lisa.Oberg@dentons.com
MICHELLE C. JACKSON (SBN 170898)
  Michelle.Jackson@dentons.com
DANIEL B. HOYE (SBN 139683)
  Daniel.Hoye@dentons.com
SAMUEL D. JUBELIRER (SBN 287649)
  Samuel.Jubelirer@dentons.com
DENTONS US LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, California 94105
*Telephone:*   415.267.4000
*Facsimile:*   415.267.4198

Attorneys for Defendant
METALCLAD INSULATION LLC

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Toy Asbestos Litigation.* | CASE NO. 4:19-cv-00325-HSG<br><br>[PROPOSED] ORDER GRANTING DISMISSAL OF DEFENDANT METALCLAD INSULATION LLC<br><br>JUDGE:  Honorable Haywood S. Gilliam, Jr.<br>DEPT.:  Courtroom 2<br><br>DATE REMOVED:  1.18.19<br>TRIAL DATE:  7.27.20 |

1  PURSUANT TO STIPULATION, IT IS ORDERED that the above-entitled action by
2  Plaintiff AGNES TOY, individually and successor-in-interest to the Estate of THOMAS H. TOY,
3  SR., deceased; THOMAS H. TOY, JR., individually and as legal heir to THOMAS H. TOY, SR.,
4  deceased, is dismissed without prejudice as to Defendant METALCLAD INSULATION LLC,
5  only, with a mutual wavier of costs, pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil
6  Procedure.

8  Dated:    5/13/2020                              /s/ Haywood S. Gilliam, Jr.
                                                    HONORABLE HAYWOOD S. GILLIAM, JR.
9                                                   *Judge of the United States District Court*
                                                    *Northern District of California*

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

1
[PROPOSED] ORDER GRANTING DISMISSAL OF DEFENDANT METALCLAD INSULATION LLC
114779056\V-1