Emily D. Bergstrom (SBN 191395)
ebergstrom@bhc.law
P. Mark Mahoney (SBN 232549)
mmahoney@bhc.law
BHC LAW GROUP LLP
5900 Powell Street, Suite O
Emeryville, CA  94608
Telephone:  (510) 658-3600
Facsimile:   (510) 658-1151

Attorneys for Defendants
M. SLAYEN AND ASSOCIATES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **IN RE TOY ASBESTOS LITIGATION** | Case No.:  4:19-cv-00325-HSG |
| AGNES TOY, individually and successor-in-interest to the Estate of THOMAS H. TOY, SR., deceased; THOMAS H. TOY, JR., individually and as legal heir to THOMAS H. TOY, SR., deceased,<br><br>*Plaintiff*,<br><br>vs.<br><br>HONEYWELL INTERNATIONAL INC., et al.<br><br>*Defendants.* | (Removed from Alameda County Superior Court, Case No. RG18932350)<br><br>**[PROPOSED]** **ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL OF M. SLAYEN AND ASSOCIATES, INC.** |

# [PROPOSED] ORDER

On May 13, 2020, Plaintiffs Agnes Toy and Thomas Toy, Jr. and defendant M. Slayen and Associates, Inc. filed a Stipulation of Voluntary Dismissal of M. Slayen and Associates, Inc. The Court, having considered the stipulation of the parties, and good cause appearing, therefore orders as follows:

1.  This action is dismissed without prejudice as against M. Slayen and Associates, Inc., pursuant to Federal Rules of Civil Procedure 41(a)(1) and (2); and,

2.  Each party shall bear their own costs, expenses and attorneys' fees.

IT IS SO ORDERED.

Dated:  5/14/2020

*Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

**BHC Law Group**

5900 Hollis Street
Suite O
Emeryville, CA 94608
T: (510-658-3600

- 1 -
**[PROPOSED] ORDER GRANTING STIPULATION OF VOLUNTARY DISMISSAL OF M. SLAYEN AND ASSOCIATES, INC.**