Emily D. Bergstrom (SB #191395)
ebergstrom@bhc.law
Kurt T. Putnam (SB #224416)
kputnam@bhc.law
BHC LAW GROUP LLP
5900 Hollis Street, Suite O
Emeryville, CA 94608
Telephone: (510) 658-3600
Facsimile:  (510) 658-1151

Attorneys for Defendant
Weir Valves & Controls USA, Inc., fka
Atwood & Morrill Co., Inc. (erroneously
sued as Atwood & Morrill Co., Inc.
individually and as successor-in-interest
to Atwood & Morrill Co., Inc.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGNES TOY, individually and successor-in-interest to the Estate of THOMAS H. TOY, SR., deceased; THOMAS H. TOY, JR., individually and as legal heir to THOMAS H. TOY, SR., deceased,<br><br>*Plaintiffs*,<br><br>vs.<br><br>HONEYWELL INTERNATIONAL INC., et al.<br><br>*Defendants*. | USDC Case No.  19-cv-00325-HSG<br><br>**WEIR VALVES & CONTROLS USA, INC. FKA ATWOOD & MORRILL'S STIPULATION FOR DISMISSAL WITHOUT PREJUDICE; [PROPOSED] ORDER THEREON**<br><br>Judge: Hon. Haywood S. Gilliam, Jr. |

## STIPULATION

IT IS HEREBY STIPULATED between Defendant WEIR VALVES & CONTROLS USA, INC. FKA ATWOOD & MORRILL ("WEIR") and Plaintiffs AGNES TOY and THOMAS TOY, JR. ("Plaintiffs"), by and through their respective counsels of record, that WEIR be DISMISSED WITHOUT PREJUDICE from the above-referenced action, pursuant to Federal Rule of Civil Procedure 41(a)(2), as the parties have agreed to the dismissal and the terms thereof. WEIR and Plaintiffs further stipulate that each party shall bear their own costs.

///

BHC
LAW
GROUP LLP

5900 Hollis Street,
Suite O
Emeryville, CA 94608

T: 510-658-3600
F: 510-658-1151

1   IT IS SO STIPULATED.

2

3   Dated: May 14, 2020                    DEAN OMAR BRANHAM SHIRLEY, LLP

4
                                  By:     *Jessica M. Dean*
5                                         Jessica M. Dean
                                          Benjamin H. Adams
6                                         Attorneys for Plaintiffs

7

8

9   Dated: May 14, 2020                    BHC LAW GROUP LLP

10
                                  By:     *Kurt T. Putnam*
11                                        Emily D. Bergstrom
                                          Kurt T. Putnam
12                                        Attorneys for Defendant
                                          WEIR VALVES & CONTROLS USA, INC. FKA
13                                        ATWOOD & MORRILL

14

15

16              [PROPOSED] ORDER

17       GOOD   CAUSE   APPEARING   THEREFORE,   Defendant   WEIR   VALVES   &

18  CONTROLS USA, INC. FKA ATWOOD & MORRILL is DISMISSED WITHOUT

19  PREJUDICE from the above-referenced case, each party to bear their own costs.

20  IT IS SO ORDERED.

21  Dated: 5/15/2020

22

23                                By:   *Haywood S. Gilliam Jr.*
                                          Hon. HAYWOOD S. GILLIAM, JR.
24                                        U.S. District Court Judge
                                          Northern District of California
25

26

27

28

**BHC**
**LAW**
**GROUP** LLP

5900 Hollis Street,
Suite O
Emeryville, CA 94608

T: 510-658-3600
F: 510-658-1151

WEIR VALVES & CONTROLS USA, INC.'S STIPULATION FOR DISMISSAL WITHOUT PREJUDICE;
[PROPOSED] ORDER THEREON