UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AGNES TOY, individually and successor-in-interest to Estate of THOMAS H. TOY, SR., deceased;<br>THOMAS H. TOY, JR., individually and as legal heir to THOMAS H. TOY, SR., deceased,,,<br><br>    Plaintiffs,<br><br>vs.<br><br>HONEYWELL INTERNATIONAL, INC., et al.,<br><br>    Defendants. | Case No. 4:19-cv-00325-HSG<br><br>**ORDER REGARDING STIPULATION [251] OF DISMISSAL WITHOUT PREJUDICE OF PLAINTIFFS' CLAIMS AGAINST DEFENDANT CLA-VAL CO., ONLY, PURSUANT TO RULE OF CIVIL PROCEDURE 41(a)(2)** |

## **ORDER**

Pursuant to the stipulation entered by and between counsel for Plaintiffs AGNES TOY and THOMAS H. TOY, JR. ("Plaintiffs) and Defendant CLA-VAL CO., all claims that were asserted, or that could have been asserted, by Plaintiffs against Defendant CLA-VAL CO. are hereby dismissed without prejudice and without fees or costs pursuant to Fed. R. Civ. Proc. 41(a)(2).

Dated: 5/19/2020

*Haywood S. Gilliam Jr.*
Presiding Judge Haywood S. Gilliam, Jr.
US District Court Northern District of California

-1-