Gordon Rees Scully Mansukhani, LLP
1111 Broadway, Suite 1700
Oakland, CA  94607

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

IN RE: TOY ASBESTOS LITIGATION,

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

CASE NO:  4:19-cv-00325-HSG

**ORDER GRANTING DISMISSAL WITHOUT PREJUDICE OF DEFENDANT AIR & LIQUID SYSTEMS CORPORATION**

PURSUANT TO THE STIPULATION between the parties, it is hereby ordered that Plaintiffs' action is dismissed without prejudice as to Defendant AIR & LIQUID SYSTEMS CORPORATION, each party to bear their own costs, Pursuant to Rule 41 of the Federal Rules of Civil Procedure.

IT IS SO ORDERED:

Dated:  5/26/2020

HON. HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

-1-