# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| *In re Toy Asbestos Litigation,* | Case No: 4:19-cv-00325-HSG |
| **AGNES TOY**, individually and successor-in-interest to the Estate of THOMAS H. TOY, SR., deceased; **THOMAS H. TOY, JR.**, individually and as legal heir to THOMAS H. TOY, SR., deceased,<br><br>Plaintiffs,<br><br>vs.<br><br>**HONEYWELL INTERNATIONAL, INC.**, et al.,<br><br>Defendants. | **[PROPOSED]** ORDER GRANTING DEFENDANT GENUINE PARTS COMPANY'S DISMISSAL WITH PREJUDICE<br><br>Judge:   Honorable Haywood S. Gilliam, Jr.<br>Dept.:   Courtroom 2<br><br>FAC Filed:   February 11, 2019<br>SAC Filed    July 22, 2019<br>Date Removed:   January 18, 2019<br>*[Removed from the Alameda County Superior Court, Case No. RG18932350]* |

1

1     **PURSUANT TO STIPULATION, IT IS SO ORDERED** that Plaintiffs AGNES TOY, individually and as successor-in-interest to the Estate of THOMAS H. TOY, SR., deceased; THOMAS H. TOY, JR., individually and as legal heir to THOMAS H. TOY, SR., deceased, ("Plaintiffs") action is dismissed with prejudice as to Defendant Genuine Parts Company only, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

    **IT IS SO ORDERED**.

Dated:    5/28/2020

*Haywood S. Gilliam, Jr.*
Honorable Haywood S. Gilliam, Jr.
United States District Judge
Northern District of California