David R. Ongaro (State Bar No. 154698)
dongaro@ongaropc.com
Kirsten McNelly Bibbes (State Bar No. 276308)
kbibbes@ongaropc.com
Nilufar K. Majd (State Bar No. 246017)
nmajd@ongaropc.com
ONGARO PC
1604 Union Street
San Francisco, CA  94123
Telephone:     (415) 433-3900
Facsimile:      (415) 433-3950

Attorneys for Defendant
HONEYWELL INTERNATIONAL INC., *f/k/a*
AlliedSignal Inc., Successor-In-Interest To
The Bendix Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Toy Asbestos Litigation* | Case No. 4:19-cv-00325-HSG |
| | **STIPULATION AND [PROPOSED] ORDER FOR MODIFIED DEPOSITION AND *DAUBERT* SCHEDULE REGARDING DEFENDANT HONEYWELL INTERNATIONAL INC.'S EXPERT DR. ANIL VACHANI** |
| | Trial Date: July 27, 2020<br>Date Removed: January 18, 2019 |

    Purusant to the Court's Order Granting in Part and Denying in Part, Defendant Honeywell International Inc.'s ("Honeywell") Motion to Modify the April 27, 2020 Court Ordered Deadline to Depose Expert Dr. Anil Vachani (ECF Docket No. 507), Plaintiffs Agnes Toy and Thomas Toy, Jr. ("Plaintiffs") by and through their attorneys of record, and Honeywell by and through its attorneys of record, have met and conferred and submit the following Stipulation and Proposed Order for the deposition of, and *Daubert* schedule pertaining to Dr. Anil Vachani.

| Matter | Parties Proposed New Date: |
|---|---|
| Deposition of Dr. Vachani | June 1, 2020 at 10:00 a.m. (ET) |
| *Daubert* Motion Filing Deadline Regarding Dr. Vachani | June 11, 2020 |
| Honeywell's Opposition to *Daubert* Motion Regarding Dr. Vachani | June 18, 2020 |
| Plaintiffs' Reply to *Daubert* Motion Regarding Dr. Vachani | June 25, 2020 |
| *Daubert* Hearing Regarding Dr. Anil Vachani | July 2, 2020 at 2:00 p.m. |

Dated:  May 29, 2020            **Dean, Omar, Branham, Shirley, LLP**

By:   /S/ Benjamin Adams
      BENJAMIN ADAMS
      Attorneys for Plaintiffs
      Agnes Toy and Thomas Toy, Jr.

Dated:  May 29, 2020            **ONGARO PC**

By:   /S/ Nilufar K. Majd
      NILUFAR K. MAJD
      Attorneys for Defendant
      HONEYWELL INTERNATIONAL INC. *f/k/a*
      AlliedSignal Inc., Successor-in-Interest to The
      Bendix Corporation

1

Case No. 4:2019-cv-00325-HSG

STIPULATION AND [PROPOSED] ORDER FOR MODIFIED DEPOSITION AND DAUBERT SCHEDULE REGARDING DEFENDANT HONEYWELL INTERNATIONAL INC.'S EXPERT DR. ANIL VACHANI

**[PROPOSED] ORDER**

PURSANT TO STIPULATION between the parties, it is hereby ORDERED that the January 10, 2020 case schedule is modified as shown above and that Plaintiffs and Honeywell shall comply with the modified schedule listed above.

| | |
|---|---|
|    6/1/2020 | *Haywood S. Gilliam, Jr.* |
| **DATE** | **HON. HAYWOOD S. GILLIAM, JR.**<br>**UNITED STATES DISTRICT COURT JUDGE** |