# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In Re Toy Asbestos Litigation* | Case No. 19-cv-00325-HSG |
| Plaintiffs, | |
| vs. | **ORDER DISMISSING ACTION AS TO DEFENDANT BW/IP, INC., and its Wholly Owned Subsidiaries** |
| HONEYWELL INTERNATIONAL INC., et al., | |
| Defendants. | **Trial Date: July 27, 2020** |

Pursuant to the Joint Stipulation to Dismiss Action as Defendant BW/IP, INC., and its Wholly Owned Subsidiaries filed by the parties to this action, it is hereby ordered that Plaintiffs' Complaint is dismissed as to Defendant BW/IP, INC., and its Wholly Owned Subsidiaries Improperly Sued and Served as BW/IP, INC., individually and as successor-in-interest to BRYON JACKSON PUMPS with prejudice. Each party to bear its own costs.

**IT IS SO ORDERED.**

Dated: _____7/7/2020_____         By: _[signature]_
                                                     HON. HAYWOOD S. GILLIAM, JR.
                                                     United States District Judge

3
19-cv-00325-HSG

4323594 v1