UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE TOY ASBESTOS

Case No. 19-cv-00325-HSG

**ORDER REGARDING JULY 17, 2020 HEARING**

Re: Dkt. Nos. 399, 421, 422, 424, 427, 429, 430, 432, 433, 437, 439, 440, 441, 442, 444, 446, 449, 450, 451, 454, 461

Pending before the Court are the parties' motions for summary judgment and *Daubert* motions. Several Defendants have been terminated from this action since the filing of these motions: M. Slayen and Associates, Inc.; Weir Valves & Controls USA; and Metalclad Insulation LLC. *See* Dkt. Nos. 477, 479, 480. Because these parties have been dismissed and no other Defendants join in their motions, the Court **TERMINATES AS MOOT** the following motions: Dkt. Nos. 421, 429, 433, 437, 439, 461. Additionally, on June 25, 2020, Defendant Ingersoll-Rand Company filed a notice of bankruptcy filing and stay of proceeding. *See* Dkt. No. 530. Accordingly, the Court **HOLDS IN ABEYANCE** Ingersoll-Rand's motion for summary judgment, Dkt. No. 441.

//
//
//
//
//
//

The Court takes the remaining motions under submission.  *See* Dkt. Nos. 399, 422, 424, 427, 430, 432, 440, 442, 444, 446, 449, 450, 454, 451, and 454.  The hearing previously scheduled for July 17, 2020, is **VACATED**.  The Court will issue written orders.

**IT IS SO ORDERED.**

Dated: 7/16/2020

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge