# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| IN RE TOY ASBESTOS LITIGATION | Case No. 4:19-cv-00325-HSG |
|---|---|
| | **ORDER DISMISSING ACTION AS TO DEFENDANT AURORA PUMP COMPANY WITHOUT PREJUDICE** |
| | Judge: Honorable Haywood S. Gilliam, Jr.<br>Courtroom: 2 |
| | Complaint Filed: Dec. 14, 2008 |

Pursuant to the Joint Stipulation to Dismiss Action as to Defendant AURORA PUMP COMPANY filed by the parties to this action, it is hereby ordered that Plaintiffs' Complaint is dismissed as to Defendant AURORA PUMP COMPANY, without prejudice. Each party to bear its own costs.

**IT IS SO ORDERED.**

Dated: 8/27/2020

By: *Haywood S. Gilliam Jr.*
HON. HAYWOOD S. GILLIAM, JR.
United States District Judge