LISA L. OBERG (SBN 120139)
  Lisa.Oberg@dentons.com
DANIEL B. HOYE (SBN 139683)
  Daniel.Hoye@dentons.com
SAMUEL D. JUBELIRER (SBN 287649)
  Samuel.Jubelirer@dentons.com
DENTONS US LLP
One Market Plaza, Spear Tower, 24th Floor
San Francisco, California 94105
*Telephone:*   415.267.4000
*Facsimile:*   415.267.4198

Attorneys for Defendant
MORSE TEC LLC, F/K/A
BORGWARNER MORSE TEC LLC,
AS SUCCESSOR-BY-MERGER TO
BORG-WARNER CORPORATION

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| *In re Toy Asbestos Litigation* | CASE NO. 4:19-CV-00325-HSG<br><br>**ORDER GRANTING DISMISSAL OF DEFENDANT MORSE TEC LLC**<br><br>JUDGE:   Honorable Haywood S. Gilliam, Jr.<br>DEPT.:   Courtroom 2 |

PURSUANT TO STIPULATION, IT IS ORDERED that the above-entitled action by Plaintiffs AGNES TOY, individually and successor-in-interest to the Estate of THOMAS H. TOY, SR., deceased; THOMAS H. TOY, JR., individually and as legal heir to THOMAS H. TOY, SR., deceased, is dismissed with prejudice as to Defendant Morse TEC LLC, f/k/a BorgWarner Morse TEC LLC, and successor-by-merger to Borg-Warner Corporation only, with each party to bear its own fees and costs, pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

**IT IS SO ORDERED.**

Dated: 12/17/2020

_____
HONORABLE HAYWOOD S. GILLIAM, JR.
JUDGE *of the* UNITED STATES DISTRICT COURT
NORTHERN DISTRICT *of* CALIFORNIA

DENTONS US LLP
ONE MARKET PLAZA, SPEAR TOWER, 24TH FLOOR
SAN FRANCISCO, CALIFORNIA 94105
(415) 267-4000

1
ORDER GRANTING DISMISSAL OF DEFENDANT MORSE TEC LLC
116192904\V-2