1  KEVIN D. JAMISON (Bar No. 222105)
   kjamison@jec-legal.com
2  ERIN N. EMPTING (Bar No. 272130)
   eempting@jec-legal.com
3  JAMISON EMPTING CRONIN, LLP
   825 East 4th Street, Suite 204
4  Los Angeles, California  90013
   Telephone  (213) 246-2732
5  Facsimile  (626) 314-1833

6  Attorneys for Defendant CBS Corporation, a
   Delaware corporation, f/k/a Viacom Inc.,
7  successor by merger to CBS Corporation, a
   Pennsylvania corporation, f/k/a Westinghouse
8  Electric Corporation

9

10                 **UNITED STATES DISTRICT COURT**

11              **NORTHERN DISTRICT OF CALIFORNIA**

12

13  AGNES TOY, individually and successor-in-        Case No:  4:19-cv-00325-HSG
    interest to the Estate of THOMAS H. TOY,         Consolidated with Case Nos. 4:19-cv-00326-HSG
14  SR., deceased; THOMAS H. TOY, JR.,               and 4:19-cv-00336-HSG
    individually and as legal heir to THOMAS H.
15  TOY, SR.,                                        **ORDER GRANTING
                                                     STIPULATION RE DISMISSAL WITH
16              Plaintiffs,                          PREJUDICE OF DEFENDANT CBS
                                                     CORPORATION**
17       vs.
                                                     *[Removed from Alameda County Superior Court,*
18  HONEYWELL INTERNATIONAL INC.,                    *Case No. RG18932350]*
    etc., et al.,
19                                                   Judge:      Hon. Haywood S. Gilliam, Jr.
                Defendants.                          Courtroom:  5
20
                                                     Action Filed:  December 14, 2018
21                                                   Removed:       January 18, 2019
                                                     Trial:         July 27, 2020
22

23

24

25       The Court, having reviewed the Stipulation re Dismissal with Prejudice as to Defendant CBS

26  Corporation, and good cause appearing therefore,

27       IT IS HEREBY ORDERED that defendant CBS Corporation, a Delaware corporation, f/k/a

28  Viacom Inc., successor by merger to CBS Corporation, a Pennsylvania corporation, f/k/a

                                             1

1    Westinghouse Electric Corporation shall be DISMISSED WITH PREJUDICE from this matter, with

2    a mutual waiver of costs.

3

4    DATED: 12/21/2020

Honorable Haywood S. Gilliam, Jr., Judge
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2

ORDER GRANTING STIPULATION RE DISMISSAL WITH PREJUDICE OF DEFENDANT CBS
CORPORATION

4:19-cv-00325-HSG