UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

IN RE TOY ASBESTOS

Case No. 19-cv-00325-HSG

**ORDER SETTING TELEPHONIC CASE MANAGEMENT CONFERENCE**

The Court **SETS** a telephonic case management conference on Thursday, May 13, 2021, at 2:30 p.m. The parties should be prepared to discuss their availability for a pretrial conference and trial in Fall 2021 or early 2022. The Court intends to set a trial date within that window, and will set one of the following dates absent a very compelling reason:

|  | **Pretrial Conference** | **2-Week Trial** |
|---|---|---|
| **Option 1** | August 31, 2021, at 3:00 p.m. | September 20, 2021, at 8:30 a.m. |
| **Option 2** | October 12, 2021, at 3:00 p.m. | November 1, 2021, at 8:30 a.m. |
| **Option 3** | January 25, 2022, at 3:00 p.m. | February 14, 2022, at 8:30 a.m. |

Counsel and all others who wish to listen to the proceedings may do so by calling in, using the following credentials:

**Dial-In:** 888-808-6929

**Passcode:** 6064255

Persons granted remote access to court proceedings are reminded of the general prohibition against photographing, recording, and rebroadcasting of court proceedings (including those held by telephone or videoconference). *See* General Order 58 at Paragraph III. Any recording of a court proceeding held by video or teleconference, including "screen-shots" or other visual copying

of a hearing, is absolutely prohibited.  Violation of these prohibitions may result in sanctions, including removal of court-issued media credentials, restricted entry to future hearings, or any other sanctions deemed necessary by the court.

**IT IS SO ORDERED.**

Dated: 5/11/2021

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge