UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS H. TOY, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>HONEYWELL INTERNATIONAL INC., et al.,<br><br>    Defendants. | Case No. 19-cv-00325-HSG<br><br>**JUDGMENT** |

  Judgment is hereby entered consistent with the Court's Order Granting Armstrong International Inc.'s Motion for Summary Judgment,

  This document constitutes a judgment and a separate document for purposes of Federal Rule of Civil Procedure 58(a).

  Dated at Oakland, California, this 20th day of May, 2021.

Susan Y. Soong<br>
Clerk of Court

By: _____<br>
Nikki D. Riley<br>
Deputy Clerk to the Honorable<br>
HAYWOOD S. GILLIAM, JR.
