UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TOY ASBESTOS<br><br>Plaintiff(s)<br>v.<br><br>Defendant(s) | CASE No C 4:19-cv-00325-HSG<br><br>STIPULATION AND ORDER SELECTING ADR PROCESS |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5. The parties agree to participate in the following ADR process:

- ☐ **Early Neutral Evaluation (ENE)** (ADR L.R. 5)
- ☐ **Mediation** (ADR L.R. 6)
- ☒ **Early Settlement Conference with a Magistrate Judge** (ADR L.R. 7)
- ☐ **Private ADR** (*specify process and provider*)

The parties agree to hold the ADR session by:

- ☐ the presumptive deadline *(90 days from the date of the order referring the case to ADR)*
- ☒ other requested deadline: October 31, 2021

Date: May 27th, 2021

_____
Attorney for Plaintiff
***Defendants' Signatures Attached***

Date: 

_____
Attorney for Defendant

---

- ☒ IT IS SO ORDERED.
- ☐ IT IS SO ORDERED WITH THE FOLLOWING MODIFICATIONS:

DATE: 5/28/2021

_____
U.S. DISTRICT JUDGE (Haywood S. Gilliam, Jr.)

---

*Important! E-file this form in ECF using the appropriate event among these choices: "Stipulation & Proposed Order Selecting Mediation" or "Stipulation & Proposed Order Selecting ENE" or "Stipulation & Proposed Order Selecting Early Settlement Conference with a Magistrate Judge" or "Stipulation & Proposed Order Selecting Private ADR."*

*Form ADR-Stip rev. 1-15-2019*