Jessica M. Dean, Esq. (CSB No. 260598)
Benjamin H. Adams, Esq. (CSB No. 272909)
**DEAN OMAR BRANHAM SHIRLEY, LLP**
302 N. Market Street, Suite 300
Dallas, Texas 75202
Telephone: (214) 722-5990
Facsimile:  (214) 722-5991
jdean@dobslegal.com
badams@dobslegal.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| *In re Toy Asbestos Litigation* | Case No:  4:19-cv-00325-HSG <br><br> **ORDER GRANTING DISMISSAL OF DEFENDANT GENERAL ELCECTRIC COMPANY WITH PREJUDICE** <br><br> Judge:    Honorable Haywood S. Gilliam, Jr. |

PURSUANT TO STIPULATION, IT IS ORDERED that Plaintiffs Agnes Toy, individually and successor-in-interest to the Estate of Thomas H. Toy, Sr., deceased; Thomas H. Toy, Jr., individually and as legal heir to Thomas H. Toy, Sr., deceased, ("Plaintiffs") action is dismissed with prejudice as to Defendant General Electric Company, only, with mutual wavier of costs, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: August  4, 2021

*/s/ Haywood S. Gilliam, Jr.*
Honorable Haywood S. Gilliam, Jr.
United States District Judge