BOBBIE R. BAILEY, SBN 159663
bbailey@leaderberkon.com
EDWARD MARTINOVICH, SBN 237844
emartinovich@leaderberkon.com
LEADER BERKON COLAO & SILVERSTEIN LLP
550 South Hope Street, Suite 1850
Los Angeles, CA 90071
Telephone:   (213) 234-1750
Facsimile:   (213) 234-1747

Attorneys for Defendant
IMO INDUSTRIES INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: TOY ASBESTOS LITIGATION | Case No. **4:19-cv-00325-HSG**<br><br>**ORDER GRANTING DISMISSAL WITH PREJUDICE AS TO DEFENDANT IMO INDUSTRIES INC.** |

PURSUANT TO STIPULATION, IT IS ORDERED that Plaintiffs Agnes Toy, individually and successor-in-interest to the Estate of Thomas H. Toy, Sr., deceased; Thomas H. Toy, Jr., individually and as legal heir to Thomas H. Toy, Sr., deceased, ("Plaintiffs") action is dismissed with prejudice as to Defendant Imo Industries Inc., only, with mutual wavier of costs, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated: January 13, 2022

Honorable Haywood S. Gilliam, Jr.
United States District Judge