Benjamin H. Adams, Esq. (CSB No. 272909)
**DEAN OMAR BRANHAM SHIRLEY, LLP**
302 N. Market Street, Suite 300
Dallas, Texas 75202
Telephone: (214) 722-5990
Facsimile:  (214) 722-5991
jdean@dobslegal.com
badams@dobslegal.com

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| *In re Toy Asbestos Litigation* | Case No:  4:19-cv-00325-HSG |
| | **ORDER GRANTING DISMISSAL OF THE ENTIRE ACTION** |
| | Judge:     Honorable Haywood S. Gilliam, Jr. |

PURSUANT TO STIPULATION, IT IS ORDERED that Plaintiffs Agnes Toy, individually and successor-in-interest to the Estate of Thomas H. Toy, Sr., deceased; Thomas H. Toy, Jr., individually and as legal heir to Thomas H. Toy, Sr., deceased, ("Plaintiffs") action is dismissed with prejudice as to Defendants The Goodyear Tire & Rubber Company, Grinnell, LLC, Honeywell International Inc., ITT, LLC, and Warren Pumps, LLC, with mutual wavier of costs, pursuant to Rule 41 of the Federal Rules of Civil Procedure.

Dated:      1/14/2022

*/s/ Haywood S. Gilliam, Jr.*
Honorable Haywood S. Gilliam, Jr.
United States District Judge