UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE TOY ASBESTOS LITIGATION | Case No. 19-cv-00325-HSG<br>**ORDER OF DISMISSAL**<br>Re: Dkt. No. 594 |

On January 14, 2022, Plaintiffs Agnes Toy and Thomas H. Toy, Jr. filed a notice to voluntarily dismiss the remaining Defendants in this action. *See* Dkt. No. 594. Because Parker-Hannifin Corporation, Standard Motor Products, Inc., and Ingersoll-Rand Company Inc. have filed answers in this case, this "action may be dismissed at the plaintiff's request only by court order, on terms the court considers proper." Fed. R. Civ. P. 41(a)(2). Under the circumstances, the Court finds that dismissal without prejudice is appropriate. Therefore, the Court **GRANTS** Plaintiffs' request to dismiss Defendants Metropolitan Life Insurance Company, Parker-Hannifin Corporation, Standard Motor Products, Inc. and Ingersoll-Rand Company Inc. without prejudice, and with all parties to bear their own costs. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

Dated: January 18, 2022

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge